IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ABIGAIL FARELLA and LOGAN W.
MURPHY, on behalf of themselves
and all others similarly situated.                                                PLAINTIFFS

v.                              CASE NO. 5:22-CV-5121-TLB

DISTRICT JUDGE A.J. ANGLIN,
GREGG PARRISH, Executive Director
of Arkansas Public Defender Commission,
and JAY SAXTON, Chief Benton County
Public Defender,                                                                          DEFENDANTS

## MOTION FOR CLASS CERTIFICATION

Comes now the Plaintiffs, by and through their attorneys, Doug Norwood and Alison Lee, and for their Motion for Class Certification, herein state and allege as follows:

1.) The Amended Complaint was filed on November 15, 2022. (Doc. #34)

2.) The proposed class are "those indigent individuals who will appear before Judge Anglin for a bail hearing, and will not have appointed counsel [public defender] present to represent them at the hearing." Plaintiffs claim that this procedure is in violation of the federal Sixth and Fourteenth Amendments to the U.S. Constitution.

3.) Named Plaintiffs, and those similarly situated, seek to certify the class pursuant to Fed. R. Civ. P. 23. This is a claim for injunctive and declaratory relief.

## CLASS ACTION ALLEGATIONS

4.) The class are "those indigent individuals who will appear before Judge Anglin for a bail hearing, and will not have appointed counsel at the bail hearing, in violation of the federal Sixth and Fourteenth Amendments to the U.S. Constitution."

5.) This action is brought and may properly be maintained as a class action pursuant to Rule 23(a)(1-4) and Rule 23(b)(2) of the Federal Rules of Civil Procedure.

6.) This action satisfies the numerosity, commonality, typicality, and adequacy requirements of those provisions.

    A. <u>Numerosity of Impracticability of Joinder</u>. Fed. R. Civ. P. 23(a)(1). The number of potential class members is very large. Judge Anglin will conduct many hundreds of bail hearings per year, and this will continue unabated for as long as he remains a district court judge. His current 4-year term started on January 1, 2021. It is easy to see that there will be thousands of class members.

    B. <u>Commonality</u>. Fed. R. Civ. P. 23(a)(2). Common questions of law and fact are present in all class member cases. The class is "those indigent individuals who will appear before Judge Anglin for a bail hearing, and have been or will be denied the right to counsel at the bail hearing, in violation of the federal Sixth and Fourteenth Amendments to the U.S. Constitution." This is the exact fact pattern for every class member. They all have the exact legal and factual claim.

C. <u>Typicality</u>. Fed. R. Civ. P. 23(a)(3). There is no variation between any class member. Each is an indigent person denied counsel at a bail hearing conducted by Judge Anglin.

D. <u>Adequacy</u>. Fed. R. Civ. P. 23(a)(4). The named Plaintiffs are adequate representatives of the class because their interests in vindication of the legal claims they raise are entirely aligned with the interests of all class members. The named Plaintiffs are members of the class, and they have no conflicts with any other class member.

7.) Plaintiffs seek certification pursuant to Fed. R. Civ. P. 23(b) as they meet the requirements of all of the rules requirements for "predominance" and "superiority."

8.) This motion seeks to have Doug Norwood and Alison Lee appointed Class Counsel and for Class Certification for the named Plaintiffs and the putative class members..

ABIGAIL FARELLA and LOGAN W. MURPHY, on behalf of themselves and all others similarly situated,

PLAINTIFFS

BY:    /s/ Doug Norwood
Doug Norwood, Arkansas Bar No. 87-097
Alison Lee, Arkansas Bar No. 2006087
Norwood & Norwood, P.A.
2001 South Dixieland Road
P.O. Box 1960
Rogers, Arkansas 72757
(479) 636-1262     P
(479) 636-7595     F
doug@norwoodattorneys.com

alison@norwoodattorneys.com

November 20, 2023