|  |  |  |
|---|---|---|
|  | 1 | sitting there in circuit court.  You've seen that many |
|  | 2 | times.  I mean, they have that done.  I would assume |
|  | 3 | that that would help you. |
|  | 4 | A.    Having a public defender would be beneficial -- |
| 12:08PM | 5 | Q.    Yeah, definitely. |
|  | 6 | A.    -- for the bond hearings. |
|  | 7 | Q.    Do you think as a -- that the public defenders, |
|  | 8 | not in every case but a significant number of the |
|  | 9 | cases, may be able to present a case to where you |
| 12:08PM | 10 | might be able to consider a lower bond than has been |
|  | 11 | proposed by the prosecutor? |
|  | 12 | A.    I don't know because they've only showed up one |
|  | 13 | time. |
|  | 14 | Q.    But I'm just saying.  I mean, you've been around |
| 12:09PM | 15 | the system.  Like you said, you've done everything in |
|  | 16 | this thing.  I thought I had done everything.  You've |
|  | 17 | done actually more than I have. |
|  | 18 |        Do you think that that would be -- what |
|  | 19 | would happen, that the public defender would get up |
| 12:09PM | 20 | there, make good arguments in some of these cases, and |
|  | 21 | you would go, "I think I'm going to go with a bond |
|  | 22 | reduction"? |
|  | 23 | A.    I don't know if a public defender would make a |
|  | 24 | good argument or a bad argument.  I don't know. |
| 12:09PM | 25 | That's speculation, and some public defenders are |



**www.ArkansasRealtimeReporting.com**

| | | |
|---|---|---|
| | 1 | excellent and some are not excellent.  Some are |
| | 2 | experienced and some are fresh out of law school.  I |
| | 3 | could not speculate on how well they would perform, |
| | 4 | but having them present would be beneficial. |
| 12:09PM | 5 | Q.    I'm done with you. |
| | 6 | MS. CAMPBELL:  We have a few questions. |
| | 7 | MS. CRYER:  Okay. |
| | 8 | MR. NORWOOD:  Hey, you want to come down |
| | 9 | here? |
| 12:10PM | 10 | MS. CAMPBELL:  I'm happy to do it here. |
| | 11 | Can everyone hear me? |
| | 12 | Does anyone need a break before? |
| | 13 | MS. CRYER:  I'm good. |
| | 14 | EXAMINATION |
| 12:10PM | 15 | BY MS. CAMPBELL: |
| | 16 | Q.    Good afternoon.  We met earlier. |
| | 17 | A.    Good afternoon. |
| | 18 | Q.    My name is Katie Campbell.  I represent Gregg |
| | 19 | Parrish, Jay Saxton, and the public defender |
| 12:10PM | 20 | commission.  I just want to ask you a few questions. |
| | 21 | I recognize it's a beautiful Friday afternoon, so I |
| | 22 | won't keep you here much longer. |
| | 23 | So you testified that public defenders |
| | 24 | generally do not attend initial hearings.  Do you |
| 12:10PM | 25 | remember that testimony earlier? |



1    A.    I remember the testimony, yes.

2    Q.    Do you have personal knowledge as to why public

3    defenders do not attend initial hearings?

4    A.    I do not know.

12:10PM    5    Q.    And you testified that the public defender might

6    not want to get up at 5:00 in the morning to attend a

7    6:00 a.m. hearing.  Do you remember that?

8    A.    I actually testified some would like to get up

9    at 6:00 in the morning and some wouldn't, and I said

12:10PM    10    that some people are morning people and some people

11    are not.

12              So I don't know why the public

13    defender's office doesn't attend, and I'm not saying

14    that that is the reason.  I was just making

12:11PM    15    observation that most of the system appreciates that

16    it's at 6:00 a.m.

17              I cannot say that the public defender's

18    office likes it or doesn't like it, but I do feel like

19    detainees prefer to have an early bond hearing.  I

12:11PM    20    can't speculate as to whether the public defender's

21    office would like that or not, but I feel more

22    comfortable speculating that the detainees like

23    getting out of jail earlier than they do later.

24              So I just don't want to speculate about

12:11PM    25    why the public defenders do or don't want to come



1   because I just don't know why it is.

2   Q.    Okay.  Thank you.  And you testified if there's

3   an argument as to probable cause at that initial

4   hearing, you would refer that to a circuit judge; is

12:11PM   5   that right?

6   A.    No.  I make a probable cause determination.

7   That's what the purpose of the 8.1 hearing is.  What I

8   said was if someone wanted to bring in witnesses and

9   wanted to subpoena the police officer and then

12:12PM   10   cross-examine the police officer that that is

11   preliminary hearing type of hearing.

12            And what I'm saying is that if there was

13   testimony from witnesses about the facts of the case,

14   I would then go to Judge Tom Smith as the controlling

12:12PM   15   judge and notify him of what the request is.

16            I wouldn't just automatically allow it

17   to happen.  I would be cautionary, and before ever

18   allowing testimony about the facts of a case, I would

19   always use Judge Tom Smith as the administrative judge

12:12PM   20   before I would make a final determination.

21   Q.    Okay.  Thanks for that clarification.

22            So if a public defender did attend the

23   initial hearings and wanted to call witnesses, you

24   would contact Judge Tom Smith as to next steps as to

12:13PM   25   what to do; is that right?



1    A.    Yes, because I would like Judge Tom Smith to
2    clarify what are we supposed to do as district court
3    judges.  We are under his supervision, and he is the
4    one that supervises all the district judges.

12:13PM   5             I think that there should be uniformity
6    between the district judges.  And so I think it's
7    important that he would be giving that clarification
8    about whether this is the type of hearing that
9    witnesses could be called because I read the rule and

12:13PM  10    it says nonadversary, and to me "nonadversary" means
11    that there's -- means that there's not being testimony
12    about the facts and there's not being
13    cross-examination.

14             So I would defer to him or at least ask

12:13PM  15    him what should we do, and I would caution him that if
16    we're calling witnesses, I don't -- I'm not convinced
17    it would be a first appearance, that that should be
18    more of a preliminary hearing type hearing.  Which, I
19    cannot do a preliminary hearing.

12:14PM  20    Q.    Okay.  And so if a public defender appeared at
21    the initial hearing and wanted to present documentary
22    evidence, would the same thing happen?  You would
23    call?
24    A.    You mean a document?

12:14PM  25    Q.    Correct.



| | | |
|---|---|---|
| | 1 | A.    No.  I mean, that's different.  That's not -- I |
| | 2 | mean, if they wanted to show me a certificate that the |
| | 3 | person just went to Ozark Guidance, I mean, a document |
| | 4 | I'm not saying is what I'm talking about. |
| 12:14PM | 5 | What I'm talking about is testimony |
| | 6 | about the facts of the case -- |
| | 7 | Q.    Okay. |
| | 8 | A.    -- is going to happen and the police officer |
| | 9 | wants to testify or the defense attorney wants to |
| 12:14PM | 10 | subpoena the police officer that that -- to me that |
| | 11 | would now turn into adversarial.  If someone just |
| | 12 | wanted to produce a document to say, "Well, here is |
| | 13 | his utility bill showing that he lives one mile from |
| | 14 | the courthouse," then that's not in any way |
| 12:14PM | 15 | problematic for me because that's just a document. |
| | 16 | So a utility bill, a paycheck stub.  Or |
| | 17 | if he wanted to present to me the gentleman or lady's |
| | 18 | work ID to show that he works, you know, at a |
| | 19 | particular factory.  I would not object in any way to |
| 12:15PM | 20 | reviewing a document. |
| | 21 | What I'm talking about is I would be |
| | 22 | very cautionary before I started allowing actual |
| | 23 | testimony to happen in a first appearance because I |
| | 24 | don't think the Supreme Court is giving district |
| 12:15PM | 25 | judges the ability to do that type of hearing because |

1   we're limited to only nonadversary hearings.

2              I can't conduct an adversary hearing

3   pursuant to Administrative Order 18 unless it's been

4   authorized, and I just am very cautionary about

12:15PM   5   staying in my lane and not having an adversary

6   hearing.

7   Q.    Okay.  If I understood you then, like a public

8   defender attended the initial hearing and wanted to

9   call the probable cause affiant to the stand, that

12:16PM   10   would be adversarial in your mind and you would refer

11   that out?

12   A.    You mean like the police officer?

13   Q.    Correct.

14   A.    Right.  Because that would then be

12:16PM   15   cross-examination.

16   Q.    Okay.

17   A.    And I believe that cross-examination is an

18   adversarial proceeding and that should be a

19   preliminary hearing conducted by a circuit court

12:16PM   20   judge.  So I'll -- I read the rule as I can only

21   conduct an informal, nonadversary hearing, and that's

22   the limit of what I can do.  And if it's adversarial,

23   then I should not be conducting the hearing because I

24   don't have authority from Rule -- Administrative Order

12:16PM   25   18, and I don't have the authority under the

1    administrative order signed by the circuit judges.

2    Q.    Okay.  And if in your mind it's adversarial,

3    then you refer it -- or you go to Judge Smith or refer

4    it to a circuit judge, how long would it take for that

12:17PM    5    defendant's case to be heard?

6    A.    I mean, that would be speculative.  Every case

7    is different.  Every day is different.  If it's a

8    Saturday, it will be a different answer than maybe it

9    is on a Wednesday.  I mean, so I can't tell you how

12:17PM    10    long it would be.  It would depend on things like if I

11    contacted him at 1:00 in the morning or I contacted

12    him at 10:30.

13                When the circuit judge in Division 1 is

14    here and the circuit judge in Division 2 is here, it

12:17PM    15    would probably be a lot quicker.  If I called Judge

16    Tom Smith at 1:00 a.m. on a Saturday, probably

17    wouldn't happen in the next couple hours.

18    Q.    Or just kind of estimating, are we talking days

19    or weeks?

12:17PM    20    A.    So I'm not going to speculate on how long it

21    will take Judge Tom Smith and Judge Robin Green and

22    Judge Brad Karren to have a hearing when I don't even

23    know what type of hearing, like, we're having.  Like,

24    why do they want to call a witness, what's the

12:18PM    25    significance.



```
 1              There's so many hypotheticals, I think
 2   you'd have to narrow it down and give me a little bit
 3   more detail before I could just speculate.
 4   Q.    So sitting here today, if a public defender at
 5   an initial hearing wanted to cross-examine a witness,
 6   you cannot tell me how long it would take for that,
 7   that case to be heard?
 8   A.    Well, is the witness available?  Is the witness
 9   on vacation?  You know, I have no idea knowing if a
10   police officer finished a shift on Friday and is
11   taking a one-week vacation.
12              So there's so many hypotheticals that
13   you're asking me to give an answer, there's no way
14   that I can give you a time frame when you're just
15   saying it's a public defender and it's a witness.
16   There's just no way for me to know.  And I don't know
17   what the charge is.
18   Q.    Sure.  Yeah, and I understand that there are a
19   lot of factors in the hypothetical.  I was just trying
20   to get your sense of the timing.  So --
21   A.    I don't know.
22   Q.    Okay.  And that's really all I was wanting to
23   know, so thank you.
24              So if a public defender was regularly
25   attending these initial hearings and these were
```

12:18PM  5
12:18PM 10
12:18PM 15
12:19PM 20
12:19PM 25

1    regularly being referred in some amount of time, would

2    you agree with me that the system for how this is held

3    would likely need to change, if circuit judges were

4    regularly conducting what you're now calling an

12:19PM  5    adversarial preliminary hearing instead of an initial

6    hearing being held?

7    A.    I mean, if your question is if public defenders

8    were showing up for preliminary hearings, would things

9    have to change, and the answer would be yes, it would

12:19PM  10   have to be changed.

11   Q.    What kind of change would you think would need

12   to happen?

13   A.    I don't know.  I mean, again, I don't know the

14   procedural way because many times I have my own

12:19PM  15   opinion and people don't think it's right or people

16   don't think it will work.  So I could have my opinion,

17   but it doesn't mean anybody's going to listen to me.

18   And I don't know if someone would actually take what I

19   have to say and put it into implementation.  So I

12:20PM  20   don't know.

21   Q.    And I hear you, and I understand what you're

22   saying.

23              In your personal opinion, what do you

24   think would need to happen?

12:20PM  25   A.    For what?



1    Q.    If public defenders were going to regularly

2    attend initial hearings and create what you're calling

3    an adversarial hearing out of initial hearing?

4    A.    I will not conduct an adversarial hearing, so

12:20PM    5    you're asking me to do something that I don't think

6    I'm authorized to do.    I can't do adversarial

7    hearings.    I can only do informal nonadversary

8    hearings.

9         So I will not do an adversary hearing

12:20PM    10    unless someone can show me that I have authority, and

11    I would never do it unless I had the administrative

12    judge telling me I even had authority.

13         So I don't do adversarial proceedings,

14    and someone would have to convince me that it's

12:21PM    15    authorized.

16    Q.    So you did not do them.    Is it fair to say that

17    the circuit courts and the circuit judges would have

18    to take on those hearings if they became adversarial?

19    A.    It would have to be.

12:21PM    20    Q.    Okay.

21    A.    Because I don't think the district judges can do

22    adversarial hearings.

23    Q.    Okay.    Do district judges receive any training

24    on how to conduct Rule 8.1 hearings?

12:21PM    25    A.    So we'll go to a CLE class.



| | | |
|---|---|---|
| | 1 | Q.    Okay. |
| | 2 | A.    But that's the extent of the training.  It's |
| | 3 | brought up in a CLE class.  So district judges have |
| | 4 | two conferences a year and so it will be brought up in |
| 12:21PM | 5 | a conference. |
| | 6 | Q.    Is it brought up each year at those conferences? |
| | 7 | A.    No. |
| | 8 | Q.    Okay.  And you had testified several times |
| | 9 | earlier, I believe, that you would like public |
| 12:22PM | 10 | defenders to attend these initial appearances. |
| | 11 | A.    I would like them to voluntarily appear. |
| | 12 | Q.    You -- I think you preempted my next question. |
| | 13 | But you would agree with me that you do |
| | 14 | not ask for or order their attendance at those |
| 12:22PM | 15 | hearings, correct? |
| | 16 | A.    So pursuant to Gerstein versus Pugh, bond |
| | 17 | hearings are not critical stages, and in 1975, 48 |
| | 18 | years ago, the Supreme Court said it's a -- it is not |
| | 19 | a critical stage. |
| 12:22PM | 20 | And so based upon that, my reading of the |
| | 21 | case law from the Supreme Court is that at a probable |
| | 22 | cause hearing, there is no constitutional right to a |
| | 23 | public defender, so I cannot order public defender to |
| | 24 | show up because there's no constitutional right to it. |
| 12:23PM | 25 | I would like them to voluntary show up, |



1   but I'm not going to write out an order saying that

2   it's mandated by Judge Anglin.

3   Q.    Okay.  Do you notify the public defenders of

4   when and where the initial hearings are held?

12:23PM   5   A.    Every single public defender should know, and I

6   know Jay Saxton knows where the bond hearings are

7   held.  They're held at the bond hearing room at the

8   jail.

9           And he's been the public defender for

12:23PM   10  25 years and they have been held predominantly in that

11  room for 25 years.  So I know Jay Saxton knows where

12  the bond hearings are being held.

13  Q.    Okay.  Do you notify the public defender of the

14  time and place of the hearing?  I under- -- I hear

12:23PM   15  your answer, but do you notify them of those, the time

16  and place of those hearings?

17  A.    I have bond hearings at 6:00 a.m. every single

18  day that I do a bond hearing for over three years.  I

19  have a standard time, so there's never a question of

12:24PM   20  when my bond hearings are at.  They're always at 6:00

21  a.m.  There has only been one time in three years that

22  I had to move the time because it was a Saturday, and

23  I had a family sporting event that I wanted to attend.

24  But other than that one time, it's always at 6:00 a.m.

12:24PM   25  Q.    I'm going to ask you again.  I just want -- yes



1    or no question:  Do you notify the public defenders of

2    that standard time?

3    A.    The public defenders know that my --

4    Q.    Did you hear my question?  I just asked if you

12:24PM  5    notify them.

6    A.    They know.  So it's like me telling my wife

7    we're married.  She knows we're married.  So I don't

8    every day call the public defender's office.  They

9    know that my hearing's at 6:00 a.m., so --

12:24PM  10   Q.    And I appreciate that response.  I just want an

11   answer to my question:  Do you notify them of that

12   time?  Yes or no.

13   A.    I don't notify them on a daily basis.

14   Q.    Thank you.

12:25PM  15   A.    I don't notify them every day that my bond

16   hearings are at 6:00 a.m.

17   Q.    Okay.  And I believe you said now that they are

18   at 6:00 a.m., and I -- which day are they held?

19   A.    Every day.

12:25PM  20   Q.    Every day.

21   A.    The bond hearings are conducted 365 times a

22   year.

23   Q.    Okay.

24   A.    Every day.

12:25PM  25   Q.    And I know you want the public defenders to



1    attend.  Is it your expectation that they would attend

2    at 6:00 a.m.?

3    A.    I would make the bond hearings available at a

4    different time if that was agreed to.  However, if

12:25PM  5    they are not going to show up, I'll just continue to

6    have them at 6:00.  If the public defenders want to

7    have a discussion, I would be happy to consider

8    changing it, but at this point, they're not in any way

9    requesting to show up or wanting to get the change,

12:26PM  10   the time changed.

11   Q.    If public defenders did appear, would they be

12   expected to meet with the defendants prior to their

13   appearance before the bench?

14   A.    That would be a decision for the public

12:26PM  15   defender's office.

16   Q.    Okay.  Would you agree with me -- and I think

17   this has been your prior testimony -- that a public

18   defender is not appointed prior to the first

19   appearance hearing?

12:26PM  20   A.    That is correct.

21   Q.    Okay.  You had testified that you thought it

22   would be helpful if a bond hearing form had been

23   filled out with the help of a public defender.  Do you

24   remember that?

12:26PM  25   A.    Yes.



1  Q.    Can you explain how a public defender could help

2  them do that if they are not appointed prior to the

3  first appearance?

4  A.    They could show up at the bond hearing and, if

12:26PM  5  need be, I could -- they have been having people fill

6  the form out for years and years before they are

7  appointed.   They have been handing the form out before

8  they get appointed.   So they have always handed the

9  form out even before they got appointed.

12:27PM  10  Q.    But you would agree with me that if that were to

11  be the case, if they were to help them fill out the

12  form prior to the initial hearing, it would be prior

13  to appointment?

14  A.    Yes.

12:27PM  15  Q.    Okay.

16  A.    If they are filling the form out prior to

17  appointment, then it would be prior to the hearing.

18          MS. CAMPBELL:  Nothing further.  Thank

19      you.

12:27PM  20          THE WITNESS:  Thank you.

21          MR. NORWOOD:  I have just a couple of

22      questions.

23          FURTHER EXAMINATION

24  BY MR. NORWOOD:

12:27PM  25  Q.    Do you know the difference between the federal



www.ArkansasRealtimeReporting.com

1    standard for an indigent person, determining an

2    indigent person as opposed to the state standard?

3    A.    No.

4    Q.    Would you agree with me that somebody that has a

12:27PM    5    job that has even a high income, lives in a nice

6    house, if his liabilities greatly exceed that, that

7    he's technically an indigent person?

8    A.    It's possible for a person that draws a large

9    salary to be considered indigent for the purpose of

12:28PM    10    appointment.

11    Q.    Did you know in Arkansas law, there's a

12    presumption that a person that's incarcerated is an

13    indigent person?

14    A.    That doesn't surprise me.

12:28PM    15    Q.    So basically if I understand it right, everybody

16    that you see, if I understood, you said 95 percent of

17    the people that you appoint a public defender to?

18    A.    That want a public defender.  Now, if they tell

19    me, "I don't want one," I'm not putting that in the 95

12:28PM    20    percent.  If you tell me "I don't want a public

21    defender; I've hired somebody," I'm not talking about

22    those people.  I'm talking about people that said "I

23    want a public defender."

24    95 percent of the people that say "I

12:29PM    25    want a public defender" get a public defender from me.



1    That's just a round, rough figure.

2    Q.    But don't you determine whether all of the

3    people are indigent?

4    A.    I ask them first, "Do you want to be appointed a

12:29PM    5    public defender," and some people say, "No.  I have

6    a -- I have an attorney."  And then I write "Hiring

7    private counsel."

8            So I ask them, "Do you want to be

9    appointed a public defender?"  That's my first

12:29PM    10    question.  And some people say no because either, A,

11    "I've hired an attorney," or, B, it could be that

12    their family has hired a private attorney.

13            So I start out with that question.  I

14    don't determine indigency and then ask them.  I ask

12:29PM    15    them at the beginning.

16    Q.    Okay.  Rule 8.2A, the first sentence says, "A

17    judicial officer shall determine whether a defendant

18    is indigent."  It doesn't say if there's an exception

19    to that.  It says you shall determine that in every

12:30PM    20    single case --

21    A.    Well --

22    Q.    -- and you don't do that?

23    A.    -- does it say every single case?

24    Q.    It says, "A judicial officer shall determine

12:30PM    25    whether the defendant is indigent," period.

1    A.    And I do that.

2    Q.    But you only do that for the people that

3    actually want a public defender?

4    A.    Correct.

12:30PM    5    Q.    Okay.  Okay.  I got it now.  I understand.

6          MR. NORWOOD:  Okay.  That's all I've

7      got.

8          MS. CRYER:  Have you got any?

9          MS. CAMPBELL:  No.

12:30PM    10          MS. CRYER:  Okay.  I've got just one,

11      hopefully just one.

12                    EXAMINATION

13    BY MS. CRYER:

14    Q.    Judge, you were asked earlier by Mr. Norwood

12:30PM    15    what factors you considered in setting the bond for

16    Plaintiff Farella, so let me ask:  What factors did

17    you take into consideration when setting a bail amount

18    for Logan Murphy?

19    A.    So in that particular case, I looked at

12:31PM    20    mitigating factors and aggravating factors.  One of

21    the mitigating factors was that he didn't actually hit

22    another vehicle.  He didn't crash.  The police officer

23    didn't crash.  No one got injured.

24          So in that particular case, that was a

12:31PM    25    mitigating factor.  However, I took into consideration



1    that it was a 120 miles an hour, and he was arrested

2    for DWI.  And he admitted to fleeing from the police,

3    and he admitted to having a margarita and smoking

4    marijuana and that there were, according to the police

12:31PM    5    officer, other vehicles on the road.  In his driving

6    alone, he was concerned about it being a possible DWI.

7    I took those as aggravating factors.

8              In addition, the officer wrote down that

9    he smelled of alcohol, he was swaying, and he had

12:32PM    10    bloodshot, watery eyes and he had slow speech.  So I

11    took those as aggregate, aggravating factors.  And

12    looking at the fact that the speed was 120 miles an

13    hour and he was arrested for DWI, I felt this was one

14    of the more egregious DWIs, at least on paper, that I

12:32PM    15    had read.

16              And so in this particular case, I felt

17    like this was a case that would be filed.  The

18    evidence was overwhelming, and there was a confession.

19              And I feel sometimes that the prosecutor

12:32PM    20    won't necessarily follow the case or may put it on a

21    diversion or may remand it, and I felt like this was a

22    case that was most likely going to be prosecuted and

23    there would be somewhere around five years probation.

24              I was expecting that maybe it would be

12:33PM    25    120 days in jail because I felt like it was a more



|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | egregious one.  And so I took all that into                  |
|       | 2  | consideration and said that this is someone that is          |
|       | 3  | facing a serious charge with some potential                  |
|       | 4  | significant jail time, and it's a Class C felony.            |
| 12:33PM | 5 |               And, in addition, it's not a Class C          |
|       | 6  | felony like theft of property, where someone steals          |
|       | 7  | something, that there is an element of creating --           |
|       | 8  | it's manifesting extreme indifference to the value of        |
|       | 9  | human life, and you're putting random people at risk.        |
| 12:33PM | 10 | And DWI kills a large number of people each year, and       |
|       | 11 | I felt like under this particular case that this was         |
|       | 12 | appropriate.                                                 |
|       | 13 |               I also know that when a bond gets set,         |
|       | 14 | that the public defender or the private attorney can         |
| 12:34PM | 15 | file a motion for reduction of bond.                        |
|       | 16 |               And so taking that into consideration, I       |
|       | 17 | felt like 40,000 was appropriate because this was            |
|       | 18 | egregious.  I did take into consideration that he            |
|       | 19 | lived here, he was from here, that he was from               |
| 12:34PM | 20 | Centerton.                                                   |
|       | 21 |               And I see on the bond paperwork that           |
|       | 22 | he's from Centerton, and I know what his address is.         |
|       | 23 | So I took into consideration that he was local, but I        |
|       | 24 | just felt like the danger of his actions at that             |
| 12:34PM | 25 | particular moment justified a $40,000 bond.                 |



1    Q.    Okay.

2              MS. CRYER:  I don't have any other

3         questions.

4                   FURTHER EXAMINATION

12:34PM  5    BY MR. NORWOOD:

6    Q.    Because you didn't think he would show up for

7    court?

8    A.    Exactly, knowing that he was going to do

9    substantial jail time.

12:34PM  10   Q.    He ended up getting probation.

11   A.    That's what I was thinking he would get.  I was

12   expecting something like 120 days, and he got 113

13   days.

14   Q.    But why in the world would somebody going to get

12:35PM  15   a probation officer, why are they not going to show up

16   for court?

17   A.    The same reason that 35 percent of the people

18   don't show up in my court.  Some people just don't

19   show up for court because they don't want to face the

12:35PM  20   consequence.  And if 100 percent of the people showed

21   up in court, then bonds would probably go down.  But

22   there's a large percentage of people that live in

23   Benton County and they don't go to court, and that's

24   the reality where we're at.  And --

12:35PM  25   Q.    Believe me, they help me pay my light bill.



1  A.    So if everybody went to court, then that would

2  change the Court's perspective.  But currently I can

3  tell you in our court, 35 percent of people don't show

4  up on arraignment day, just as an average.  A lot of

12:35PM  5  people who live in this area just don't come to court.

6              MR. NORWOOD:  That's all I've got.

7              MS. LEE:  One more thing.

8                   EXAMINATION

9  BY MS. LEE:

12:36PM  10  Q.    Earlier I believe you said, and correct me if

11  I'm wrong, that you felt bondsmen really help people

12  come to court.  They help find them?

13  A.    Well, they help -- if they miss court, they help

14  get them back into the court system.

12:36PM  15  Q.    How do you determine whether or not to set a

16  cash-only bond?

17  A.    If it's something where it's a higher felony.

18  Q.    So it's a classification of felony?

19  A.    If it's a Class B or higher, I'm much more

12:36PM  20  likely to set up a cash bond.

21  Q.    Cash-only bond?

22  A.    If it's a higher felony.

23  Q.    Are there any other factors that go into

24  determining why you would set a cash-only bond other

12:36PM  25  than the classification of felony?

```
 1   A.       To a degree.  I would look at what, for example,
 2   it's a drug case.  Is it kratom or is it
 3   methamphetamine?  Is the person a drug dealer
 4   allegedly or does the person have it for use?  And if
 5   someone is getting up to several grams, over an
 6   8-ball, and they have over an 8-ball or over 7 grams,
 7   then I'm more likely to set a cash bond because the
 8   person is alleged to have had a larger quantity of
 9   methamphetamine.
10            And so I do take into consideration, on
11   a drug case, what's the drug, what's the quantity of
12   the drug.  And some people may have a legitimate
13   excuse to have a large volume of marijuana because we
14   have medical marijuana, but there's no methamphetamine
15   card you can get.  And when you have over an 8-ball,
16   you're in a quantity that law enforcement and judges
17   may start to say, "That's more than just personal
18   use."
19            So I look at the classification of the
20   offense is one of the big things, and if it's going to
21   be a cash bond, it's probably going to be a higher
22   classification.
23            MR. NORWOOD:  That's all I've got.
24            MS. LEE:  I'm good.
25            MS. CRYER:  We're good.
```

Time stamps in left margin: 12:37PM (lines 5, 10, 15, 20), 12:38PM (line 25)



FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
ANGLIN, A.J. on 04/05/2024

102

```
 1     THE STENOGRAPHER:  We're off the record.

 2     (Proceedings adjourned at 12:38 p.m.)

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

REPORTER CERTIFICATION

     I, DANA HAYDEN, Certified Court Reporter for the State of Arkansas, do hereby certify to the following:

     1) that on 04/05/2024, the witness, A.J. ANGLIN, was duly sworn by me prior to the taking of testimony as to the truth of the matters attested to and contained therein;

     2) that the foregoing pages contain and are a true and correct transcription of the proceedings as reported verbatim by me via realtime stenography to the best of my ability and transcribed at or under my direction and supervision, and subject to appropriate changes submitted by witness, if any, during his/her requested reading and signing of this deposition according to the Arkansas Rules of Civil Procedure;

     3) that I am neither counsel for, related to, nor employed by any of the parties to the action in which this proceeding was taken; and that I am not a relative or employee of any attorney employed by the parties hereto;

     4) that I am not financially interested or otherwise interested in the outcome of this action that affects or has substantial tendency to affect



FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
ANGLIN, A.J. on 04/05/2024

104

```
1   impartiality or requires me to relinquish control of

2   an original or copies of a deposition transcript

3   before it is certified, or that requires me to provide

4   any service not made available to all parties to the

5   action; and

6            5) that I have no contract with the parties,

7   attorneys, or persons with an interest in the action;

8   and that I am not knowingly identified on a preferred

9   provider list, whether written or oral, for any

10  litigant, insurance company, or third-party

11  administrator involved in this matter;

12           6)  that signature of the witness is waived.

13  This transcript is prepared at request of counsel for

14  PLAINTIFFS, and all fees are billed directly to them

15  in compliance with Arkansas Board of Court Reporter

16  Examiners Regulations Section 19.

17           Witness my hand and seal this 22nd of

18  April, 2024.

19

20

21                     _____
                       DANA HAYDEN, CCR, RMR, CRR, CRC
22                     LS Certificate #714, State of Arkansas
                       Arkansas Realtime Reporting
23                     1130 E Millsap Rd
                       Fayetteville AR 72703
24                     479-301-2040
                       www.ArkansasRealtimeReporting.com

25
```

DANA HAYDEN
CERTIFIED COURT REPORTER
ARKANSAS SUPREME COURT
LS NO. 714



**www.ArkansasRealtimeReporting.com**

**Exhibits**

Anglin Exhibit_001
3:16 65:11

Anglin Exhibit_002
3:18 65:12

Anglin Exhibit_003
3:19 65:16

Anglin Exhibit_004
3:21 65:17

Anglin Exhibit_005
3:22 69:18

Anglin Exhibit_006
3:25 77:7

---

**$**

$1,000 64:8

$10,000 52:24

$2,500 68:3

$25 35:7

$25,000 65:23

$2500 65:22

$40 61:9

$40,000 98:25

$5,000 47:17,19,20

$500 48:24 64:8

$75,000 47:21

---

**(**

(b) 52:15

(b)(1) 50:9

(b)(i) 50:8

---

**1**

1 5:17,19,20 12:1 13:25
17:10,16,25 18:1 19:4
20:21 33:9 65:9,11
74:22,23,24 85:13

1's 19:4

**1-800** 76:2,6

**1/division** 21:1

**10** 57:22

**10,000** 65:25 67:4

**100** 29:11 44:15,16,18,
21 46:3 99:20

**10:30** 85:12

**113** 99:12

**11:39** 65:3

**11:47** 65:3

**12** 14:2 17:1,4

**120** 14:12,13 97:1,12,25
99:12

**12:03** 76:17

**12:06** 76:17

**12:38** 102:2

**13** 12:21 17:1,4 21:19,22

**130** 14:12,13

**14** 60:18 61:1,3 62:3

**17,500** 47:25 48:2

**18** 6:24,25 7:9 14:6,10,
24 15:1,3,22,24 16:19
23:15 84:3,25

**1975** 41:13 89:17

**1980s** 49:13

**1983** 4:25

**1996** 5:12 49:9

**19th** 9:22 10:1

**1:00** 85:11,16

**1st** 6:14 10:9,11 13:2
23:18,21,22 24:2,4

---

**2**

**2** 12:3 13:25 17:10,16
20:21 21:1 33:9 60:13
65:10,12 75:1 85:14

**2,500** 67:24 68:7

**20** 14:7,10 67:20

**2000** 8:24

**2003** 5:12,13

**25** 8:23 12:16,18,20
35:15 90:10,11

**2500** 65:23,24 67:4,10
68:13

**28** 49:9,12

**2L** 4:16

---

**3**

**3** 5:18,19,21 12:7 20:4
65:14,16 68:21

**30** 43:3,24,25 76:7

**35** 45:8 99:17 100:3

**365** 91:21

**3:00** 17:15 20:5,21,23,25

**3L** 4:16

---

**4**

**4** 12:11 50:20 65:15,17

**40** 14:18 43:3 55:18

**40,000** 98:17

**401(k)s** 27:7

**48** 89:17

---

**5**

**5** 69:17,18

**50** 9:6

**50/50** 10:21,24

**5:00** 19:9 80:6

---

**6**

**6** 21:8 36:14 77:7

**6:00** 17:7,11,17,21 18:4,
7,9,17 19:1,8,15,16,19,
21,23,25 21:9,10 31:20
80:7,9,16 90:17,20,24
91:9,16,18 92:2,6

**6:30** 17:22,23

---

**7**

**7** 60:18 61:1 62:3 101:6

**70** 67:19

**75** 14:18

---

**8**

**8-ball** 101:6,15

**8.1** 7:3 25:12 31:21
38:12 40:25 81:7 88:24

**8.2** 25:13

**8.2A** 95:16

**8.3** 25:13 42:2

**8.5** 34:22

**8.5(b)(ix)** 46:6

**87** 49:4

---

**9**

**9.1** 50:8

**9.2** 51:14

**9.2(a)** 52:13

**95** 27:18,20 94:16,19,24

**9:00** 17:15 19:3 20:16,
20,23,25

**9:30** 20:16

---

**A**

**A.J.** 4:2,7

**a.m.** 17:7,11,15,21,22
18:4,10,17 19:1,9,15,17,
19,21,23,25 20:20 21:9,
11 65:3 80:7,16 85:16
90:17,21,24 91:9,16,18
92:2

**Abigail** 43:11 65:14,15,
20,23 66:6

**ability** 31:17 55:10
83:25

**access** 17:9 74:14



**account** 27:3,6,13 53:23
59:22 77:16

**accurate** 74:3

**act** 72:14 74:17

**actions** 98:24

**actual** 30:8 31:1,2,8,9,
12 34:16 59:23 83:22

**addition** 8:16 12:9
66:18 73:9,13 97:8 98:5

**additional** 12:5

**address** 98:22

**adjourned** 102:2

**admin-** 7:15

**administrative** 6:24,25
7:9,15,21 8:1,17 9:3,15,
16,22 10:1,4,22 14:24
15:1,3,21,23 16:19 23:6,
9,12,14,15 24:18 25:12
32:4,19,24 33:8 36:21
37:10 39:23 50:24 75:17
81:19 84:3,24 85:1 88:11

**admitted** 97:2,3

**adult** 11:6

**adversarial** 40:9,17
83:11 84:10,18,22 85:2
87:5 88:3,4,6,13,18,22

**adversary** 84:2,5 88:9

**advise** 25:15

**advocate** 55:24

**affiant** 84:9

**affidavit** 29:10,11,20
33:25 34:9,12 38:22,24
39:5 43:13 60:10 71:9,22
76:24

**affidavits** 6:8 19:9 57:2

**Afghanistan** 76:5

**afternoon** 79:16,17,21

**aggravated** 70:21

**aggravating** 38:18,24
96:20 97:7,11

**aggregate** 97:11

**agree** 34:18 41:7,12
48:23 54:25 67:14 76:23

**account** 77:19 87:2 89:13 92:16
93:10 94:4

**agreed** 92:4

**agreeing** 50:10

**ahead** 34:1 36:24 72:16

**Aid** 4:20,22,24

**Alabama** 40:15,16

**alcohol** 97:9

**alibi** 37:7

**Alison** 76:15

**alleged** 101:8

**allegedly** 101:4

**allowed** 33:14 39:12
42:11

**allowing** 39:5 61:15
81:18 83:22

**ammunition** 70:3

**amount** 12:17 27:12
53:22 87:1 96:17

**Anglin** 4:2 12:12 90:2

**anybody's** 13:17 87:17

**app** 24:13

**apparently** 70:2

**appearance** 25:13,14
32:14,15 33:14 40:1,3,4,
11 41:16 42:3,12,25
51:18,25 53:4 55:20
82:17 83:23 92:13,19
93:3

**appearances** 13:14
31:22,24,25 32:10,12
41:4 42:22 89:10

**appeared** 82:20

**appearing** 50:11

**appoint** 26:5,10 27:15,
18 55:19,23 63:24 94:17

**appointed** 40:18 55:22
61:7 62:18,19 63:12 75:5
92:18 93:2,7,8,9 95:4,9

**appointing** 27:16 56:3
60:17,18

**appointment** 62:6

**appointments** 11:25

**appreciates** 80:15

**approved** 10:5,7 50:3
63:15,17

**approximately** 17:1

**area** 100:5

**areas** 16:10

**argue** 37:10

**arguing** 37:12

**argument** 34:10,19,20
78:24 81:3

**arguments** 78:20

**Arkansas** 40:4 41:9
66:7,8 67:3,9 94:11

**armed** 70:17

**arraignment** 8:5 45:9
60:6 61:6 62:18 100:4

**arraignments** 7:6 8:3
9:19

**arranged** 75:25

**arrest** 7:3,20 16:7 71:23

**arrested** 13:17 70:11
71:24 97:1,13

**arrests** 66:13,15

**assessment** 35:18
41:18

**assessments** 42:19

**assign** 16:2

**assigned** 18:5,8,11,21
61:24 74:23,24

**assigning** 14:3

**assignment** 12:22

**assist** 28:3 47:2 56:12,
20

**assistance** 26:25

**assisting** 50:11

**assume** 33:24 38:20
58:6 70:16 78:2

**attempted** 33:1

**account** 93:13,17 94:10

**attend** 73:24 79:24 80:3,
6,13 81:22 88:2 89:10
90:23 92:1

**attendance** 89:14

**attended** 84:8

**attending** 86:25

**attention** 72:15

**attorney** 4:21 5:24 6:5
19:13,22 21:20 22:2
26:4,18 27:15,17,23
33:16 34:20 37:23,24
38:8 46:15 49:11 60:17
62:18,20 63:12,24 83:9
95:6,11,12 98:14

**attorneys** 5:20 21:24

**Aurora** 66:14

**authority** 5:1 8:7,14
9:11 10:14 16:6,13,14,17
22:18,21,22 23:13 31:22
84:24,25 88:10,12

**authorized** 84:4 88:6,15

**autism** 56:6

**autistic** 56:16

**automatically** 9:21
46:4 70:6,8 81:16

**average** 14:13 100:4

**avoid** 19:7

**aware** 23:4 28:10 67:4

**— B —**

**back** 5:5 6:11 9:4,9
35:14 49:4,9 56:5,6
70:19,23 100:14

**background** 4:11

**bad** 78:24

**bail** 13:12,13,19 17:6,7
22:7 42:20 43:4 51:17,23
52:8,12,16,17,20,24
53:2,22 63:17 96:17

**based** 12:23 25:22 48:2
66:25 89:20

**basically** 6:7 21:25 29:2
48:18 72:21 94:15



**basis** 12:21 53:12 91:13

**bear** 38:18 39:18

**beat** 19:18

**beating** 70:10

**beautiful** 79:21

**beginning** 95:15

**bench** 92:13

**beneficial** 18:19 22:15, 16 50:4 53:14,16 56:25 77:9 78:4 79:4

**benefit** 17:20 35:13 61:10

**benefits** 17:20,24 19:2

**Benton** 5:15 10:19 12:7, 9,13 16:23 21:5 24:1 34:16 43:2,18 49:21 53:19 54:7 67:6 99:23

**Bentonville** 12:4,5

**big** 20:10 51:1 77:5 101:20

**biggest** 12:6

**bill** 83:13,16 99:25

**bipolar** 55:5

**bit** 16:21 17:8 27:13 35:7 86:2

**blank** 68:24

**bloodshot** 97:10

**boat** 43:5

**bond** 6:18,19 7:4 8:24 12:17 13:4,11,23,24 14:1,14 15:11,16 17:11, 14,20 18:3,6,7,9,12,23 19:5 20:15 21:18,19 22:13,14 23:16,21 25:3, 21,23 30:20 32:5 46:13, 17,19,24 47:7,11,15,20, 21,24 48:1,7,10,23 50:18 52:4,7,24 54:19 56:20,24 57:21 58:15 59:15,17,18 60:8,9,15,24 61:13,21 62:20 63:21 65:21 67:4, 12,15,17,20,21,24 68:4, 7,17 72:7,9,13,16,17,21 73:2,6,9,24 74:2,6 75:12, 23 76:8 77:3,5 78:6,10,

21 80:19 89:16 90:6,7, 12,17,18,20 91:15,21 92:3,22 93:4 96:15 98:13,15,21,25 100:16, 20,21,24 101:7,21

**bonds** 48:11 52:6 99:21

**bondsman** 50:6 52:25

**bondsmen** 50:4 100:11

**book** 54:6

**booking** 51:1

**box** 8:8

**Brad** 10:25 11:1 74:25 85:22

**branch** 39:1,4

**BRASCHER** 34:25 35:4

**break** 64:25 79:12

**bring** 36:14 81:8

**brought** 19:10 36:13 55:13 63:6 71:1 89:3,4,6

**brought-in** 17:3

**bucks** 35:15

**building** 36:17

**bunch** 12:4 13:5 31:19 73:5 74:1

**burglarized** 36:16

---

**C**

**calendar** 13:1,3

**call** 13:12 32:3,5 33:6,16 40:8 62:11 71:14 76:1,6 81:23 82:23 84:9 85:24 91:8

**called** 32:2,13 33:18,21 41:2,25 62:7 63:5 76:22 82:9 85:15

**calling** 31:13 82:16 87:4 88:2

**Campbell** 35:5 79:6,10, 15,18 93:18 96:9

**capacity** 50:25

**capital** 33:1

**car** 30:10

**card** 101:15

**care** 50:9,16

**careful** 4:6

**Carolina** 29:16

**cartoons** 35:11

**case** 4:25 10:23 11:15 15:5 16:3 18:4 25:9 26:20 28:6,11,15,21 29:9,18 30:8,9 31:2,8,9, 12 32:7 33:1 34:15 37:1, 6,9,11,12 38:11,21 40:12 41:10 42:1,3,11,22 48:4 53:6 60:3,21 62:1,4,5 65:19 66:6 67:25 68:1 69:21 71:10,25 74:22 78:8,9 81:13,18 83:6 85:5,6 86:7 89:21 93:11 95:20,23 96:19,24 97:16, 17,20,22 98:11 101:2,11

**cases** 10:19 11:5,6,8,9, 18 14:4,14,16,20 28:3, 22,23 41:4 42:25 43:14 44:4,5,8 47:10,12 61:20, 23 64:10 69:13 70:7,9 72:13 75:19 78:9,20

**cash** 27:2,5 52:4,6,7,14, 20 59:21 100:20 101:7, 21

**cash-only** 100:16,21,24

**cash/corporate** 48:20

**category** 70:21

**caution** 33:17 38:10 82:15

**cautionary** 54:17 81:17 83:22 84:4

**cautious** 16:9 54:15

**Cearley** 21:15

**Centerton** 12:10 98:20, 22

**certificate** 58:8 60:4 62:7 63:5,14,20,25 76:22 83:2

**chairs** 17:1,2,3

**challenges** 53:14

**change** 87:3,9,11 92:9 100:2

**changed** 7:10 87:10 92:10

**changing** 92:8

**character** 35:19,22 36:1,18 53:25

**charge** 35:7 38:17 86:17 98:3

**charged** 25:7 63:10,13, 18 70:10 75:8

**charges** 25:16,17 57:3 66:22

**check** 7:17,18 27:1 64:20

**checked** 62:4,5

**checking** 27:3,6,13 59:22 77:16

**chief** 5:17 10:6 21:4

**child** 62:24

**Chris** 12:1 73:5

**CID** 5:10

**circuit** 7:14,22 8:13,17, 22 9:5,12,13,17,22 10:15,19,25 11:1,3 14:22 15:4,8,17,18 16:17 17:12 18:8,21 20:19 23:24,25 24:7 25:25 39:23 57:14, 18 60:4,5 61:16 76:21 77:21 78:1 81:4 84:19 85:1,4,13,14 87:3 88:17

**circumstances** 39:8 48:3 49:7 56:21

**citation** 25:21 47:9,24 51:6

**cite** 47:13,20 48:6 51:5, 8,9

**cited** 18:24 20:6 47:18, 21,23,25 48:1,2

**citing** 17:21

**citizen** 36:15

**city** 30:12,13

**civil** 12:12,13,14



ARKANSAS
REALTIME REPORTING

www.ArkansasRealtimeReporting.com

clarification 31:14
81:21 82:7

clarify 31:4,8 82:2

clarity 31:10

class 33:5 88:25 89:3
98:4,5 100:19

classification 25:17
100:18,25 101:19,22

CLE 88:25 89:3

clear 40:19

clerk 4:15 6:2 18:10,20

clerk's 18:14

client 34:21 44:10 60:25
77:4

Clinger 8:25

cloud 24:24

Coleman 40:15,16

collectible 64:11

Colorado 66:14,16 68:3

comfortable 80:22

commission 63:16
79:20

common 52:21 70:15,
16 75:10

community 46:8,12
54:1 68:7

compliance 51:21

con- 52:23

concerned 97:6

condition 51:24 53:3
54:12,13,23 55:15

conditions 51:18 52:2
53:5 54:21 55:3

conduct 7:3 17:10
31:23 40:11 41:3 42:8
84:2,21 88:4,24

conducted 17:6,7 41:15
84:19 91:21

conducting 10:14
17:17 33:10 40:24,25
84:23 87:4

confer 42:1

conference 89:5

conferences 89:4,6

confession 97:18

conflict 17:10 18:18
19:7 20:18

Connect 45:15 69:20

Conner 12:8 69:25 73:3,
6,13 74:2

consequence 99:20

consideration 45:20
46:22 96:17,25 98:2,16,
18,23 101:10

considered 57:9 94:9
96:15

constitutional 89:22,24

contact 37:9 55:21 56:2
74:4 81:24

contacted 36:20 85:11

contacts 68:3

contempt 22:20

continually 28:4

continue 27:9 92:5

contraband 51:2 66:20

contract 4:20,21,23
64:2,5

controlled 74:14

controlling 81:14

conversation 74:7

convicted 66:13

conviction 38:19 39:18

convictions 66:18,22
67:2,6 68:4,12

convince 46:11 88:14

convinced 82:16

cop 5:13

copies 34:23

cops 44:17

copy 34:4,6,7,8 35:9
63:6 74:5,18

corporate 52:14,21

correct 11:2,21,22 21:5
24:24 37:21 52:3 55:12
62:8 68:18 82:25 84:13
89:15 92:20 96:4 100:10

cosigned 48:19

counsel 26:14 95:7

count 44:1 57:10

counted 57:7

county 4:20 5:15 10:20
12:7,9,14 16:23 21:5
24:1,16,22,23 34:16
43:2,18 49:21 53:19 54:7
67:6 74:15 99:23

couple 71:21 85:17
93:21

court 6:21,25 7:12 8:11,
14 9:12,23,25 10:5,9,15
11:6,7,9,12,13,18,20
12:6,15 13:16,18 14:3
15:5,17 18:2 20:12 22:25
23:23 24:9,17,19,20
25:5,25 28:9 32:7,20,22
37:11,19 38:4,5 40:13
41:9 42:14,16,17,21,25
43:7,8,25 44:3,4,5,8,13
45:1,6,7,8,11,15,16,21
47:2 48:24 50:3,5,6,12
53:9 55:4 57:14,18
58:14,24 60:4 61:5
63:13,18,19,23 69:19
73:8 74:5,24 75:1,3,4,7,
11 76:21 77:9,15,21,25
78:1 82:2 83:24 84:19
89:18,21 99:7,16,18,19,
21,23 100:1,3,5,12,13,14

Court's 14:25 100:2

court-ordered 23:1

courthouse 20:10 43:3
83:14

courtroom 16:22,24
17:4,9 19:2,4 20:9,11,17,
23 21:2 55:11 71:2,9,16
75:8

courtroom's 20:8

courts 12:5 13:22,24
14:1,3 88:17

cover 13:4,7,10 30:5

crash 96:22,23

create 88:2

creating 98:7

crime 29:16 69:15

crimes 44:1 70:16

criminal 7:2 9:6 10:19,
23 11:15 12:13 41:8
42:24 43:14 57:1 68:6

criteria 26:21,23 28:17
54:10

critical 40:21 41:6
89:17,19

cross-examination
32:12,14,21 33:19,22
40:7 41:2 82:13 84:15,17

cross-examine 81:10
86:5

CRYER 30:25 31:5 35:3,
13 36:23 52:10 63:9 65:6
68:19,22 79:7,13 96:8,
10,13 99:2 101:25

Cummins 43:23

current 7:15 8:17 38:17

custody 29:16 31:17
50:22

---

**D**

daily 91:13

dang 31:19

danger 98:24

database 24:23

date 10:11 14:3 37:20
39:24 44:13 45:1 61:21

dates 38:4

David 47:25 51:10

day 13:5,10 14:7,9,10
18:8 19:6 20:3 21:25
22:1 26:6 33:7 45:2,3
47:22,23,24 48:1 51:4
60:25 61:3 62:20 69:23
85:7 90:18 91:8,15,18,
19,20,24 100:4

day-to-day 28:3



**days** 14:11 56:5 60:18 61:1 62:3 71:21 72:3 85:18 97:25 99:12,13

**deal** 59:1

**dealer** 101:3

**dealing** 56:10

**decide** 42:4 71:4

**decided** 52:22

**decision** 92:14

**defendant** 29:4 30:1 35:24 41:22 42:5 44:11 45:22 46:7 50:9,11,16,21 51:19,25 53:4 56:21 57:19 64:2 95:17,25

**defendant's** 54:1 85:5

**defendants** 18:22 31:16 68:14 92:12

**defender** 19:24 21:5,10, 11,13 22:12 26:13,17,19 27:16,25 28:2,12,13 40:14,18 55:22,23 56:3 59:10,25 60:19,21,24 61:9,13 62:16 63:3,16 64:7 77:8,11,13,17 78:4, 19,23 79:19 80:5 81:22 82:20 84:8 86:4,15,24 89:23 90:5,9,13 92:18,23 93:1 94:17,18,21,23,25 95:5,9 96:3 98:14

**defender's** 21:4 56:23 58:3 61:4,25 77:2,20 80:13,17,20 91:8 92:15

**defenders** 21:25 22:7,9 23:4 26:11 41:5 55:19 78:7,25 79:23 80:3,25 87:7 88:1 89:10 90:3 91:1,3,25 92:6,11

**defense** 5:24 6:5 39:3,6 49:10 83:9

**defer** 82:14

**degree** 54:18 101:1

**Delancy** 55:18

**Denver** 66:14

**department** 5:6,8,11,15 49:8

**depend** 85:10

**depo** 64:19

**deputies** 76:10,11

**deputy** 5:14,17 21:10, 11,13 34:17 67:12 72:6,8

**description** 59:8

**desires** 63:11

**destroy** 16:1,5,6

**destruction** 16:2,3

**detached** 34:21 67:16

**detail** 9:3 86:3

**detailed** 38:10 54:3 59:7

**detained** 72:18

**detainee** 77:11

**detainees** 18:23 80:19, 22

**detective** 5:10

**detention** 42:7

**determination** 26:3 28:20 32:16 37:3 40:19 44:23 60:16 61:12,14,16 63:2 71:6,12 72:1 81:6, 20

**determine** 26:21 42:6 53:2 60:14 61:8 62:13 95:2,14,17,19,24 100:15

**determined** 51:24 52:17

**determines** 51:17

**determining** 61:17 94:1 100:24

**devices** 51:12

**DHS** 11:10

**difference** 57:16,17 73:4 93:25

**difficult** 19:12

**diligent** 34:20

**direction** 74:16

**directly** 23:14

**disability** 27:1

**discovery** 60:20 61:2,5 62:5

**discussion** 17:12 20:25 92:7

**discussions** 23:11

**dismissed** 29:18

**disorder** 54:17 55:5

**dispose** 42:3

**disposition** 57:4,7,10, 11

**distinction** 40:13

**distinguish** 40:1,2

**district** 6:17 7:1,5,7,19, 23 8:3,6,14,16,19 9:2,10, 14,15,18,23 10:2 11:20, 24 12:15 14:23 15:5 23:10 24:12,25 25:2 26:2 33:13 45:8 50:18 53:15 69:24 72:21 82:2,4,6 83:24 88:21,23 89:3

**diversion** 97:21

**divide** 9:5 12:21

**divided** 10:21,24

**division** 5:10,17,18,19, 20,21,22 12:1,3,7,11 13:25 17:10,16,25 18:1 19:4 20:21 21:1 33:9 74:22,23,24 75:1 85:13, 14

**divisions** 9:8

**divorced** 62:25

**docket** 9:6 12:13,14

**document** 82:24 83:3, 12,15,20

**documentary** 82:21

**dollars** 64:11

**domestic** 69:14 70:9

**double-check** 64:14

**download** 74:13

**downside** 19:11,12

**downtown** 20:10

**draws** 94:8

**Drew** 5:23

**driver's** 66:9

**driving** 66:10 97:5

**drove** 66:16

**drug** 11:6,7,9,13 25:8 101:2,3,11,12

**drunk** 36:16

**duly** 4:3

**duties** 11:10

**duty** 15:16,20,23 16:9, 11

**DWI** 97:2,6,13 98:10

**DWIS** 97:14

**dynamic** 67:13

## E

**earlier** 18:23 79:16,25 80:23 89:9 96:14 100:10

**early** 20:1 58:7 75:22 80:19

**easier** 75:13

**easy** 54:5

**effect** 10:10

**egregious** 97:14 98:1, 18

**either/or** 26:16

**elected** 6:1,11,13 11:25

**element** 98:7

**elevated** 14:21 16:25

**eliminate** 53:5

**embarrassing** 54:16

**employed** 26:23,24,25 59:20

**employment** 4:11,17 25:18 54:2

**encompasses** 38:20

**encourage** 26:12 34:1, 5,20

**encouraged** 24:8

**end** 9:4

**ended** 5:16 99:10



enforcement 5:4 15:25 48:7 101:16

ensure 42:21 51:18,25 53:4

enter 51:2 59:9

entered 59:6 64:6

enters 71:8

entire 13:3 52:2

entirety 71:17

entitled 54:19

err 27:15,22

estimate 14:11,13

estimating 85:18

event 90:23

eventually 5:9,16

evidence 16:1,2,6 39:13,14 41:20,23 82:22 97:18

exact 67:17

EXAMINATION 4:4 79:14 93:23 96:12 99:4 100:8

exceed 94:6

excellent 79:1

exception 95:18

exclude 55:10

excuse 101:13

executive 39:1,4

exhibit 65:11,12,16,17 68:19 69:18 76:18 77:7

exhibits 65:9,18

exist 30:3 59:17

expect 35:21

expectation 92:1

expected 92:12

expecting 97:24 99:12

expedite 61:23 62:16,21

expediting 60:20

expeditiously 75:24

experience 6:9 29:21 55:2

experienced 79:2

explain 29:5 58:25 59:3 93:1

explains 9:10

explanation 10:12

expressed 24:3

extensive 29:21

extent 31:1 89:2

extra 20:6

extradition 7:25

extraditions 14:19

extreme 33:17 98:8

extremely 27:19 29:9 49:12 55:20

eyes 97:10

F

face 44:14 99:19

facilities 16:22

facing 98:3

fact 23:3 97:12

factor 28:22,23 43:15,18 44:9 46:20 96:25

factors 35:19 38:18,24 39:11,17 41:18,19 43:17 86:19 96:15,16,20,21 97:7,11 100:23

factory 83:19

facts 25:18 28:6,10,15 29:1,5 31:2 37:1,6,8,11, 12 38:11,21 41:25 42:11 46:7 53:24 68:1 69:20 81:13,18 82:12 83:6

fail 43:20

failed 43:14

fair 88:16

family 37:18 38:7 46:15, 16,17,24 47:4 66:7 67:9 90:23 95:12

fan 51:1 77:5

Farella 43:11 65:14,15 96:16

Farella's 57:2 65:20

farther 68:11

father 46:13

favor 27:24 44:2,4 47:8

federal 41:7 93:25

fee 60:14,15,16 61:9,13, 14,17 62:14 64:8

feel 27:7 28:12 33:5 50:4 80:18,21 97:19

Feeling 49:15

felonies 5:25 14:19

felony 6:18,21 10:19 11:6,8,12 14:20 15:5 16:2,6,7,12,14,18 25:8 26:20 33:5 42:25 98:4,6 100:17,18,22,25

felt 33:2 67:13 68:3,14 97:13,16,21,25 98:11,17, 24 100:11

figure 10:17 95:1

file 18:4 61:5,22 63:12 64:8 71:17 98:15

file-marked 18:20

filed 4:25 18:10 61:5,23 62:4 97:17

files 71:7,15

filing 60:19 61:2

fill 57:22,24 62:15 68:24 69:8 76:21 93:5,11

filled 57:18 59:24 60:5, 12 64:3 68:25 69:2 77:4, 17,23 92:23

filling 57:20 58:4,22 60:21,23 93:16

final 81:20

financial 50:6

find 26:15 27:14,19,21 29:6,15 64:15 100:12

finds 16:4

fine 73:25

finished 86:10

firm 4:14,19,22,23 5:24

fix 64:16

flee 46:8,12

fleeing 30:11 97:2

Flock 12:10

follow 25:5,12,14 97:20

force 22:21

forgot 69:11

form 25:24 26:1,2 35:18 36:23 41:18 52:11 57:13, 17,24 58:11 59:11,23,25 60:7,12,13,22,23 61:8,11 62:9,10,11,13,15,21 63:15 64:1 68:24 69:22, 24,25 70:1,2,12 73:13 76:20 92:22 93:6,7,9,12, 16

forms 63:16 77:23

found 29:13

fourth 11:20

frame 86:14

Freedom 74:17

freeze 56:17

frequently 69:13

fresh 79:2

Friday 5:13 12:25 79:21 86:10

front 25:9 55:1 57:21,25 71:18

full 13:9

future 22:6 64:9

G

Gabriel 55:18

gave 47:24

general 40:10

generally 12:19 13:8 18:10 34:1 36:5,9 37:13, 17 40:6,7,8 61:2,3,8,12



71:6 79:24

**gentleman** 83:17

**Gentry** 30:5,7,12

**Gerstein** 40:12,18 41:10 89:16

**get all** 76:2

**gist** 64:18

**give** 4:10 29:8 47:13 59:7 74:2,18 86:2,13,14

**giving** 30:21 31:11,12 36:8 51:6 57:21,24 58:7 82:7 83:24

**glad** 22:11

**glitch** 63:4 64:15

**good** 29:20 34:15 35:22 36:1,17 78:20,24 79:13, 16,17 101:24,25

**government** 6:10 26:25

**GPS** 51:11

**graduated** 4:18

**grams** 101:5,6

**great** 53:10

**greatly** 94:6

**Green** 7:22 9:7 10:22 11:1,14,17,19 15:14 18:11,18 20:16 32:7,25 58:2 62:12 85:21

**Green's** 74:5

**Gregg** 64:15 79:18

**Griffin** 12:1 17:19 73:5 74:1

**guaranteed** 44:21

**guess** 14:17 31:13 51:22 73:18

**Guidance** 83:3

**guilty** 7:6 8:5,6,9,10,12 43:3

**guns** 70:3

**guy** 29:12 30:10 43:5,7, 21 47:17 54:6

**guy's** 43:23

## H

**half** 21:20

**hand** 34:4 35:14 70:23

**hand-filled** 60:8

**handed** 58:2 93:8

**handing** 93:7

**handles** 11:11

**happen** 7:11 10:8 34:16 46:14 78:19 81:17 82:22 83:8,23 85:17 87:12,24

**happened** 6:23 9:1 23:8 32:3 33:6 49:13

**happening** 60:11 62:3

**happier** 17:22

**happy** 79:10 92:7

**hardest** 51:15

**hassle** 50:24

**head** 50:1 70:5

**hear** 37:11 79:11 87:21 90:14 91:4

**heard** 56:6 85:5 86:7

**hearing** 13:19,24 17:20 18:3,6,7,9,12 19:5 21:19 26:11 31:19,24 32:6,24 33:7,10,11 38:10,12 39:24 40:2,3,8,10,15,17, 21,24 41:1 42:7 46:14, 17,18,19,24 54:19 56:12, 20 57:21 60:9,24 61:13, 21 62:20 63:21 65:21 67:15,17 74:2 75:12 77:5,18 80:7,19 81:4,7, 11 82:8,18,19,21 83:25 84:2,6,8,19,21,23 85:22, 23 86:5 87:5,6 88:3,4,9 89:22 90:7,14,18 92:19, 22 93:4,12,17

**hearing's** 91:9

**hearings** 6:19,20 7:4,8, 25 8:19,24 9:20 10:14 12:17 13:12,13,23 14:2, 14 15:12,16 17:6,7,11,14 20:16 21:18 22:8,13,14 23:16 25:4 31:23,25

40:5,9 41:3 42:14 50:18 56:24 60:15 63:17 72:21 73:2,6,10,24 74:6 75:23 76:8 77:3 78:6 79:24 80:3 81:23 84:1 86:25 87:8 88:2,7,8,18,22,24 89:15,17 90:4,6,12,16, 17,20 91:16,21 92:3

**heavily** 55:16

**held** 87:2,6 90:4,7,10,12 91:18

**helpful** 28:13 45:21 92:22

**helping** 28:7

**herd** 31:18

**herded** 71:1

**Hey** 38:1 79:8

**hide** 39:12

**hiding** 39:14

**high** 49:14 67:8 94:5

**higher** 55:3 100:17,19, 22 101:21

**hire** 26:14,17 52:24

**hired** 94:21 95:11,12

**Hiring** 95:6

**history** 54:2 57:1 68:6

**hit** 13:2 96:21

**hit-and-run** 30:5,7

**hits** 6:14

**hold** 34:22 57:6

**honest** 54:15

**Honor** 4:10 34:15 45:16

**hour** 71:8,15 97:1,13

**hours** 18:6,12 20:7 50:21 71:8 85:17

**house** 19:17 70:14 94:6

**houses** 27:7

**housing** 5:1

**huge** 72:24

**human** 45:13 98:9

**hundred** 34:13 49:24

**hundreds** 64:10

**hypothetical** 30:4,8 31:11,13 86:19

**hypotheticals** 86:1,12

## I

**ID** 83:18

**idea** 47:14 49:19,20 86:9

**identification** 65:11,12, 16,17 69:18 77:7

**identified** 29:12

**iii** 52:9

**illegal** 43:6

**Illinois** 49:20

**immediately** 62:1

**impact** 25:20

**implementation** 87:19

**important** 10:13 28:9 33:2,12 55:21 82:7

**importantly** 61:25

**imprisonment** 63:11

**improper** 76:13

**improve** 69:7

**in-person** 73:6

**inaccurate** 73:11,15,17

**inappropriate** 68:4,7, 15

**incarcerated** 94:12

**included** 7:25

**income** 94:5

**incorrect** 29:25

**increases** 46:25

**incriminate** 36:6

**incriminating** 28:8

**independent** 24:25

**independently** 73:11

**indi-** 5:1



**ARKANSAS**
REALTIME REPORTING

**www.ArkansasRealtimeReporting.com**

**Indiana** 49:20

**indifference** 98:8

**indigency** 25:24 26:2 57:12 58:8,11 60:5 62:8 63:5,14,15,20,25 76:22,24 95:14

**indigent** 26:22 27:20,21 58:8 62:19 94:1,2,7,9,13 95:3,18,25

**individual** 47:23

**individually** 68:1

**influence** 28:14

**informal** 32:1,10 33:10 42:6,8 84:21 88:7

**information** 9:8 29:25 45:21 46:10 58:12,22 59:10,14 63:1 74:14,17 77:13

**infrequent** 21:17

**initial** 63:21 79:24 80:3 81:3,23 82:21 84:8 86:5,25 87:5 88:2,3 89:10 90:4 93:12

**injured** 96:23

**inmates** 18:1 19:10 55:1 58:20,22 76:11

**inquire** 25:17 27:2,13

**inquired** 20:2 24:17 74:8

**inquiries** 25:19

**inquiring** 17:13

**inquiry** 25:22 35:18 41:15,17 72:16

**insanity** 7:7 8:6

**insistent** 26:10

**insisting** 36:10

**instructed** 17:15

**interest** 46:21

**introduce** 76:18

**investigation** 16:7

**involved** 37:19 60:21 62:1 65:19

**IQ** 55:18

**Irwin** 21:10 22:11

**issue** 7:2,3,19,20 13:1 22:20 48:25 58:19 70:6

**issued** 6:24 7:21 16:12,18 29:14 69:13 72:10 75:4

**issues** 29:2

**issuing** 52:4 70:22

**J**

**jail** 12:17 16:22,23 17:24 18:17 20:6,11 24:1 50:25 51:3,4,9 58:13,21 59:6,9 71:3 72:3 75:25 76:9 80:23 90:8 97:25 98:4 99:9

**January** 6:14 10:11 13:2 23:18,20,22 24:2,4

**Jay** 21:4,12 60:19 61:2 62:4 79:19 90:6,11

**Jeff** 12:8 69:25 73:3,6,13

**Jim** 4:13,16 6:3

**job** 4:15 27:4,8,11 54:8 67:18,22 68:9 94:5

**Joey** 36:16

**judge** 6:1,5,11,13,14,17 7:22 8:25 9:2,16,18,22 10:21,22,25 11:1,3,11, 14,16,19 12:1,3,8,11 13:4,5,10 14:22,23 15:2, 6,14,17 16:16,17 17:18, 19 18:6,8,11,18,21 20:16 23:3,4,7,9,12,15,21,25 24:12,18,25 25:2 26:7,9 29:25 30:20 32:4,6,7,19, 24,25 33:8,13 34:21 36:21 37:10 39:23 42:1 43:22 44:12 49:11 51:15 53:15 54:14,19,25 55:21 56:16 58:2,3,4,15 59:15, 17,18 60:5,8 61:16,24 62:12 69:7,25 70:2 73:2, 4,5,6 74:1,2,5,15,25 75:3,5,17,22,24 77:25 81:4,14,15,19,24 82:1 84:20 85:3,4,13,14,15, 21,22 88:12 90:2 96:14

**judge's** 15:8 16:24,25

**judges** 7:1,5,7,14,19,23 8:3,7,13,14,16,18,19,22 9:5,10,12,13,14,17 10:15,19 11:20,24 15:18 17:13 20:19 23:10 24:8 26:2 50:18 69:24 72:21 73:12,16 82:3,4,6 83:25 85:1 87:3 88:17,21,23 89:3 101:16

**judges'** 23:17,24

**judicial** 10:1,14 22:16 41:15 42:2,5 51:16 52:18 53:23 56:2 95:17,24

**July** 10:9

**jurisdiction** 46:9 66:15

**jurisdictions** 40:4 45:17

**justice** 10:5,6,10

**justified** 98:25

**juvenile** 5:18 11:3,5

**K**

**Karren** 9:7 10:22,25 11:1,14,16,19 18:11,19 32:6,25 58:3 62:12 74:25 85:22

**Kathryn** 74:4

**Katie** 79:18

**kills** 98:10

**kind** 4:12 24:5 43:11 46:9 54:8 56:15 69:15 70:4 85:18 87:11

**kiosk** 58:13,15,18,23 59:1,2,6,8,14 60:1

**knew** 55:6

**knowing** 86:9 99:8

**knowledge** 80:2

**kratom** 101:2

**Kum** 70:19

**L**

**lady's** 83:17

**lane** 84:5

**Language** 75:20,25 76:1,5

**languages** 76:2,6

**large** 13:25 94:8 98:10 99:22 101:13

**larger** 101:8

**law** 4:11,13,14,15,17 5:3,24 15:25 36:21 41:7 48:7 59:2 79:2 89:21 94:11 101:16

**lawsuit** 22:5 64:18

**lawyer** 29:24 30:2 33:23,24 34:11,14 39:15 45:14,24,25 55:17 56:12, 19

**lawyers** 21:14 31:18

**leave** 34:6

**LEE** 30:13,19,23 58:25 59:12 64:25 100:7,9 101:24

**left** 9:13

**legal** 4:19,20,22,24 5:2 6:3

**legitimate** 101:12

**length** 53:25

**liabilities** 94:6

**license** 66:10

**life** 19:20 67:9 98:9

**light** 99:25

**likelihood** 38:19 39:18 47:1

**likes** 18:25 48:7 80:18

**limit** 84:22

**limited** 42:9 84:1

**Lingle** 4:13,14,16 6:3

**list** 7:2,10 52:2 54:20 64:23 71:4,5,7 72:19



ARKANSAS
REALTIME REPORTING

www.ArkansasRealtimeReporting.com

listed 7:17 57:3

listen 34:10,19 46:1
87:17

lists 6:25 41:19

litany 27:10

literally 50:3

live 25:19 38:4 43:17
66:6 67:6 68:10 99:22
100:5

lived 43:16 54:7 66:6,9,
16 67:9 98:19

lives 83:13 94:5

living 67:2 68:2

local 98:23

log 24:13

Logan 47:22 48:1 65:4
96:18

long 4:8 10:12 54:7
85:4,10,20 86:6

longer 79:22

looked 96:19

lot 19:1 31:18 45:10
85:15 86:19 100:4

low 67:13,22

lower 67:20 78:10

lunch 69:11

M

machine 34:7 58:18
60:2

made 28:22 34:17 42:25
47:11 58:23 71:23

made-up 31:11

main 20:10 25:4

major 17:19 73:1,4

majority 4:23 13:25

make 16:15 22:23 26:3,
16,24 28:19,22 29:6
34:8,20 35:6 38:3 42:21
44:22 51:11,20 59:21
63:2 71:5,12,14 72:7,13

75:13 77:15 78:20,23
81:6,20 92:3

makes 38:4

making 37:19 40:13
51:8 54:3,16 60:15
61:14,18 80:14

mandate 23:23

mandated 41:5 90:2

manifesting 98:8

manually 59:6

mapped 13:3

margarita 97:3

marijuana 97:4 101:13,
14

mark 18:4 61:22 65:8

marked 8:8,15 65:11,12,
16,17 69:18 77:7

Marks 21:16

married 91:7

means 13:17 20:5 32:1
44:20 52:1,13 63:19
82:10,11

meant 32:2,13

mechanism 15:1 24:5
50:14

medical 13:6 101:14

medication 55:8

meet 92:12

meeting 17:13 21:1
23:17,24

member 37:18 46:24

members 38:7 46:15,
16,17 47:5

mental 54:12,13,17,20,
23 55:3,15

met 79:16

meth 25:8

methamphetamine
16:4 101:3,9,14

Mexico 43:5

Micronesia 76:4

middle 49:14,17,19
63:23

mile 83:13

miles 97:1,12

Miller's 5:23

million 76:19

mind 64:24 84:10 85:2

mine 23:1

minute 76:7,15,16

minutes 57:22

Miranda 25:15

mirror 9:16

mirroring 9:21

misdemeanor 6:19
13:15,16,17,22 14:4,15
66:22

misdemeanors 5:25
6:20 14:8,18

misses 50:5

Mississippi 4:19 5:4

Missouri 66:9,10

mistake 16:15

mitigating 38:18,23
39:6,7,11,13,14,17
41:20,23 48:3 96:20,21,
25

modeled 41:10

mom 38:5

moment 98:25

Monday 5:14

Mondays 18:15

money 27:2,5,9,12 35:7
47:12 48:17 51:17,23
52:8,12,16,17,20 53:2
59:21 77:15

monitors 51:11

monthly 17:13 21:1
27:1,12

months 10:10

morning 12:25 19:13,14
21:8 31:20 80:6,9,10

85:11

mother 38:1 46:13

motion 60:19 61:2,5
62:4 98:15

move 20:2 90:22

moved 5:9,18,19

murder 33:1

Murphy 47:22 48:1
96:18

Murphy's 65:5

N

narrow 86:2

nature 38:17 45:13

necessarily 97:20

neutral 34:21 67:15

nice 20:22 94:5

night 51:9

no-contact 69:12,13
70:12,22 73:14

nods 50:1 70:5

nonadversary 32:1,10,
15,17 33:10,15,19,21
38:15 40:20,25 41:4
42:6,9 82:10 84:1,21
88:7

nondrug 11:18

noon 18:5 61:22

Norwood 4:5 30:16
34:23 35:1,6,11 63:7
65:2,4,7,13 68:21 79:8
93:21,24 96:6,14 99:5
100:6 101:23

notarize 26:1

Notary 26:1

notified 60:25 61:1

notify 32:4 81:15 90:3,
13,15 91:1,5,11,13,15

number 8:20 9:20 25:16
56:8 60:13 65:9,14,15
67:17 68:11,21 69:17
76:2,7 78:8 98:10



ARKANSAS
REALTIME REPORTING

www.ArkansasRealtimeReporting.com

**numerous** 66:13,15

---

## O

**object** 31:6 52:10 83:19

**Objection** 36:23

**obligated** 39:9,11

**observation** 80:15

**occasion** 11:13

**occasionally** 13:4

**odd** 64:23

**odds** 47:17

**offense** 63:10 67:1 101:20

**office** 5:16 18:19 21:4 56:7,23 58:4 61:4 62:1 72:7,8,10 76:20 77:3 80:13,18,21 91:8 92:15

**officer** 6:4 29:10 41:15 42:2,5 49:10 51:16 52:18 53:11,17,18,23 56:2 81:9,10 83:8,10 84:12 86:10 95:17,24 96:22 97:5,8 99:15

**officers** 50:17 53:8

**official** 76:20

**officially** 18:5

**one-week** 12:19 86:11

**open** 77:15

**opened** 54:6

**operating** 15:21

**opinion** 32:9,22 68:8 87:15,16,23

**opponent** 6:13

**opposed** 42:14 94:2

**option** 20:3 49:22 50:3 52:21 53:9 58:6 70:2

**options** 52:15 53:10,16, 20

**order** 6:24,25 7:9,15,21 8:1 9:3,9,15,16,19,22 10:1,23 11:8 14:24 15:1, 3,22,24 16:2,3,19 22:18,

25 23:15 64:24 65:7 69:13 70:12,22 84:3,24 85:1 89:14,23 90:1

**orders** 10:4 69:12 73:14

**organization** 50:10

**out-of-state** 66:8,17

**outlined** 16:10 25:18

**overcrowded** 50:25

**overnight** 10:8

**overwhelming** 97:18

**owe** 48:17

**Ozark** 83:3

---

## P

**p.m.** 17:15,23 18:7 20:4, 5,21 76:17 102:2

**paper** 48:16 97:14

**paperwork** 43:12 45:18 50:15 57:23 65:5,19 98:21

**paranoid** 55:4

**Parrish** 35:9 64:15 79:19

**part** 20:10 30:16 33:12

**partially** 28:8

**party** 25:1

**pass** 44:16,20

**past** 23:18

**patrol** 5:9

**pay** 48:23 99:25

**paycheck** 4:21 83:16

**PC** 29:10,20,25 33:24 34:12 57:2

**pen** 57:21,24

**penalty** 38:19 39:19

**pending** 31:5

**people** 5:2,25 14:3 17:2, 4 19:14,15,16,18,21,25 20:5 21:8 26:12,15 27:17,21 28:5,7,10 29:1

43:1,8 45:2,5,9,10 46:2 47:20 48:6,10 50:14 51:1,3,11 53:8 54:16,18 55:2,5,19,23,24 56:8,10, 13 58:4 59:1,9 63:21 68:10 70:25 71:1,4,7,24 72:2 76:3 77:20,22 80:10 87:15 93:5 94:17,22,24 95:3,5,10 96:2 98:9,10 99:17,18,20,22 100:3,5, 11 101:12

**percent** 12:17,18,20 27:18 29:11 34:13 44:16, 18,21 45:8 46:3 49:24 67:19,20 94:16,20,24 99:17,20 100:3

**percent-plus** 27:20

**percentage** 14:16 47:10 99:22

**perform** 16:11 79:3

**performing** 14:25 15:2, 7,10,16,20,22 16:9

**period** 95:25

**permanent** 16:25 17:2

**permit** 8:3

**perplexed** 71:20

**person** 12:23 26:22 28:15 29:12 46:11,19 47:18 50:7,10 54:12,20 55:13 57:21,22 62:24 63:10,13,18 68:10 70:13 73:2 75:14 76:4 83:3 94:1,2,7,8,12,13 101:3,4, 8

**person's** 44:23

**personal** 80:2 87:23 101:17

**perspective** 100:2

**persuade** 30:2

**phone** 76:8

**physical** 24:21

**physically** 47:3

**pick** 18:16

**picked** 69:19

**picture** 34:2 55:17

**piece** 48:16

**pipeline** 64:9

**place** 41:2 50:9,15 75:10 90:14,16

**Plaintiff** 96:16

**plaintiffs** 16:21

**plan** 8:17

**play** 55:16

**players** 10:17

**plea** 7:6 8:5,6,9,10,12

**plead** 43:3

**pleas** 8:13

**point** 28:20 33:4 35:16 92:8

**police** 5:6,7,11,15 6:4 29:10 49:8,10 81:9,10 83:8,10 84:12 86:10 96:22 97:2,4

**poor-income** 5:2

**positive** 46:23,25 47:5

**possession** 25:8

**possibly** 29:17 53:3

**potential** 14:2 51:2 98:3

**potentially** 13:23 36:7 53:5

**predominantly** 90:10

**preempted** 89:12

**prefer** 19:24 22:10,13 23:5,11 56:22,24 75:7 80:19

**preference** 75:9

**prefill** 58:9

**preliminary** 7:8 8:19 9:20 40:1,3,5,8,9,10,15, 17 41:1,3 81:11 82:18,19 84:19 87:5,8

**preparing** 6:8

**present** 32:8,22 37:17, 18 46:14,16,18 75:8 78:9 79:4 82:21 83:17

**presented** 59:18 77:8



presenting 77:18

presume 66:21

presumption 94:12

pretrial 13:13 25:20 41:14 42:4 50:17 53:7,8, 11,17,18

pretty 29:20 52:4

primary 42:20 49:1

printed 59:16

prior 7:16 26:9 41:16 42:25 44:3,5,8 63:24 67:5 92:12,17,18 93:2, 12,16,17

priority 20:21,24 21:2

prison 36:2 43:23 66:21

privacy 54:18

private 6:10,11 19:13,22 21:19,24 22:2 26:14 37:23,24 38:8 95:7,12 98:14

probable 6:8 29:6 30:3 32:16 37:2 39:5 40:19, 21,24 42:7 43:13 60:10 71:22 72:1 81:3,6 84:9 89:21

probation 50:17 97:23 99:10,15

problem 22:17

problematic 83:15

procedural 87:14

procedurally 74:21 75:2

procedure 13:6 41:8 69:8 74:12 76:13

procedures 73:19

proceed 42:4

proceeding 33:15,20 84:18

proceedings 4:1 88:13 102:2

process 14:23 62:21

produce 22:7 83:12

properly 64:3

properties 66:20

property 66:24 67:1 98:6

proposed 78:11

prosecuted 97:22

prosecutor 5:14 6:4 39:2,12 47:11 49:11 52:23 65:21 67:12,14,18, 23 78:11 97:19

prosecutor's 5:16 18:19 39:7 56:7 67:22 72:6,8,10 76:20

prosecutors 39:13 68:12

prospective 22:6

prove 35:22

provided 58:15,16 59:15,16 63:18

providing 58:13 63:20

public 19:24 21:3,4,10, 11,13,24 22:7,9,12 23:4 26:10,12,17,19 27:16,25 28:2,12,13 40:14,17 41:5 55:19,22,23 56:3,22 57:19 58:3 59:10,24 60:19,20,24 61:4,9,12,25 62:16 63:2,15 64:7 77:2, 8,10,12,17,19 78:4,7,19, 23,25 79:19,23 80:2,5, 12,17,20,25 81:22 82:20 84:7 86:4,15,24 87:7 88:1 89:9,23 90:3,5,9,13 91:1,3,8,25 92:6,11,14, 17,23 93:1 94:17,18,20, 23,25 95:5,9 96:3 98:14

Pugh 40:13,19,22 41:11 89:16

pull 45:14,24

punishable 63:11

purpose 17:8 42:13,20 81:7 94:9

pursuant 9:20 23:15 24:9 33:11 74:15 84:3 89:16

put 9:2 29:1 39:6,7 75:9 87:19 97:20

putting 39:4 77:13 94:19 98:9

---

**Q**

qualified 50:10

qualify 26:6 55:24 56:4

quantity 101:8,11,16

quash 16:11,14,16,17

question 36:7,10,11 42:4 51:22 54:22 62:23 73:18 87:7 89:12 90:19 91:1,4,11 95:10,13

questions 26:5 27:10 57:23 58:1 59:20,23 60:2 62:25 73:21 77:10 79:6, 20 93:22 99:3

quick 19:17 61:19,24 69:11 72:19

quicker 85:15

quickly 72:9

---

**R**

random 12:22 98:9

rare 11:13 27:19 29:10 49:12 52:4

Ray 12:3 13:5 73:5

read 19:9 29:19 34:3,8 54:11,21,23 71:9 82:9 84:20 97:15

reading 89:20

real 72:19

reality 99:24

realtime 34:3

reason 7:7 15:24 27:9 66:5 80:14 99:17

rec 67:12 72:9

receive 88:23

recently 29:9 74:4

recess 65:3 76:17

recognize 79:21

recommendation 47:12,25 48:2 72:7,14,17 75:15

recommendations 8:25

recommended 67:21

recommending 52:23 68:13

record 10:16 23:16 24:3,6 42:24 43:9 59:4 102:1

recording 23:19,20 24:1,8,14,15,21 33:3 42:13

records 45:15 73:9

recusal 11:14,17

recused 11:16

reduction 78:22 98:15

refer 81:4 84:10 85:3

reference 38:8

referred 87:1

referring 4:7 9:7 49:3 52:5,6 62:11

refers 52:13

refuse 15:25 71:13

refused 76:11

regularly 86:24 87:1,4 88:1

rejecting 52:3

release 13:13 25:20 41:14 42:4 47:8 50:20

released 53:17

releasing 47:7

relevant 53:24 57:23,25 59:19,23

relief 22:6

rely 76:9

remain 28:5

remand 97:21

remember 30:16 66:2,3 79:25 80:1,7 92:24



ARKANSAS
REALTIME REPORTING

remembers 30:20

remind 28:4

reminding 47:4

Renauro 21:16

rephrase 52:11

report 23:14 53:8,12,18 75:11

reporter 24:17,19,20 32:7,20,22 42:15 74:5,24 75:1,3,5,7,11

represent 79:18

representation 55:25 61:19

represented 5:1,25 61:4 63:12

representing 15:4

reputation 35:20,23 36:18 37:14

request 74:18 81:15

requested 58:16

requesting 92:9

require 48:9 50:21 52:18

required 25:21

reschedule 19:5

researching 64:19

reset 32:23 33:7

residence 54:1

resident 66:8

residents 68:23

respectable 36:15

responding 77:12

response 91:10

responsibility 37:25

responsible 75:12,14

rest 72:3

return 50:22

reveal 54:16

review 38:23 63:24 71:7,15 77:4

reviewed 71:16

reviewing 6:7 77:14 83:20

revoke 71:10

rights 25:15

risk 53:24 98:9

road 16:4 97:5

robbed 70:20

robbery 70:18,21

Robin 10:22 11:1 85:21

Rogers 4:14 12:2,14 67:8

role 15:8,10

room 90:7,11

rotation 12:19

rotations 22:1,4

rough 14:12 47:13 95:1

roughly 14:5

round 95:1

rubber-stamp 67:16,23

rule 31:21 32:16 33:11 34:22 38:12 40:25 42:2, 17,18 50:8 51:14 52:13 53:2,21 54:6 82:9 84:20, 24 88:24 95:16

rules 25:5,12,14 34:24 41:8 42:10 49:18

running 17:9

Ryan 21:15

**S**

safe 72:20

salary 27:12 94:9

sample 69:16

Sandra 74:7

Saturday 12:24 18:16 85:8,16 90:22

Saxton 21:4,12 60:19 61:2 62:4 74:7 79:19 90:6,11

say-so 71:2

scenario 32:18 33:5

schizophrenics 55:4

school 4:11,13,15,17 49:14,17 67:8 79:2

schooler 49:20

screenshot 34:2,5

search 7:3,19

seat 16:25

seating 17:1,3

seconds 76:7

Section 41:14 46:6 53:22 63:22

sector 6:10,11

sees 56:16

sense 75:11 86:20

sentence 95:16

sentencing 65:7

services 5:2 6:3

serving 6:14

set 25:22,23 51:16,23 52:16,18 53:2 65:25 67:4 98:13 100:15,20,24 101:7

Seth 21:10 22:11

setting 42:20 53:22 67:19,20 96:15,17

sheet 68:17

sheets 68:16

shift 86:10

shirt 36:4

shocks 43:2

short 5:4

Shortly 23:19

show 19:3 20:14 21:10, 13,14,20 22:19,21 33:23 36:13 38:7 39:16 43:8 44:8 45:9,15,18 46:15 47:1,5 48:16,24 56:3 56:23 77:3,21 83:2,18 88:10 89:24,25 92:5,9

93:4 99:6,15,18,19 100:3

showed 22:11 43:10,11, 25 44:13 45:18 78:12 99:20

showing 43:7 46:24 83:13 87:8

shows 33:23 43:21 55:2

side 7:2 27:16,22

sign 7:23 9:15 16:3 22:18 35:13 50:14

signature 35:15 48:11 68:18

signed 8:1 85:1

significance 85:25

significant 56:8 78:8 98:4

signing 8:18 48:14

silent 28:5

Siloam 5:5,7,9,11 12:12

simple 25:8

Simpson 4:20

single 11:15 14:10 43:25 44:13 45:18 51:4 71:10 90:5,17 95:20,23

sit 17:2,5 54:4,5

sitting 72:3 78:1 86:4

situation 51:5

slow 97:10

small 4:22

smelled 97:9

Smith 7:22 11:4,11 23:3, 4 32:4 39:23 42:1 75:3, 22 81:14,19,24 82:1 85:3,16,21

Smith's 74:15

smoking 97:3

smuggling 66:20

So-and-so 54:22

solely 73:3

Solutions 75:21,25 76:1,5



**Somebody's** 70:10

**someone's** 25:20

**sort** 48:10 56:9

**South** 29:16

**Spanish** 75:20 76:3,6,8

**speaking** 56:5

**specialty** 11:7,12

**specific** 6:25 7:12 8:21

**specifically** 7:16 8:2 9:10 16:10 37:16 38:9 40:20 42:10

**spectrum** 56:9

**speculate** 79:3 80:20, 24 85:20 86:3

**speculating** 80:22

**speculation** 78:25

**speculative** 85:6

**speech** 97:10

**speed** 97:12

**spend** 51:8

**sporting** 90:23

**Springs** 5:5,7,11 12:12

**stack** 35:1

**staff** 17:24 18:18 50:17

**stage** 40:22 41:6 89:19

**stages** 89:17

**stake** 50:6

**stand** 56:15 84:9

**standard** 90:19 91:2 94:1,2

**standing** 25:9 44:11

**start** 19:8 20:15 23:20, 22 24:4,13 27:6 31:15 77:22 95:13 101:17

**started** 24:2 25:1 83:22

**starts** 13:2 24:24

**state** 5:4 39:11 40:3 43:16 49:19 64:2,5 66:6, 7,8,16 67:3 68:2,10 94:2

**State's** 28:21

**statement** 22:24 34:16, 17 72:20

**states** 43:6 68:11

**stating** 37:4

**status** 54:2

**statute** 7:8 8:20 9:20 63:5

**staying** 84:5

**steal** 36:3

**steals** 98:6

**STENOGRAPHER** 102:1

**steps** 81:24

**stick** 13:8

**stint** 14:5

**stopped** 24:24 25:1

**store** 70:19

**stored** 24:23 73:11

**straight** 5:14

**streamlined** 77:20

**street** 56:15

**strength** 28:20

**strictly** 16:19

**strong** 46:7,11

**Stuart** 21:15

**stub** 83:16

**stuff** 4:12 28:17,19 54:9 56:16 64:4 70:4 77:24

**stumbled** 64:19

**subject** 29:14

**submit** 10:6,8

**submitted** 60:9 63:24

**subpoena** 81:9 83:10

**subsection** 52:9,15

**Subsequently** 29:17

**substantial** 99:9

**sudden** 49:15

**summary** 6:2

**summons** 7:20

**Sunday** 18:16

**supervise** 50:11

**supervised** 5:20

**supervises** 82:4

**supervision** 82:3

**supposed** 28:18 38:14 82:2

**Supreme** 6:24 7:12 8:11 9:11,25 10:5,9,15 14:25 24:9 40:13 41:9 42:16,17 50:3 83:24 89:18,21

**surety** 48:20 52:14,21

**surgery** 13:6

**surprise** 94:14

**swaying** 97:9

**sworn** 4:3

**system** 22:16 23:19,20 24:1,9,21,22 28:9 51:7 78:15 80:15 87:2 100:14

———————————

**T**

**tag** 66:11

**takes** 71:21

**taking** 8:9 32:20 41:2 46:20 55:8 86:11 98:16

**talk** 28:6,15 37:5,13,16 42:19 56:13,14,15 57:12 58:10 64:15 65:1 69:12 70:1,9 76:15

**talked** 16:20,21 20:19 21:3,7 23:2,5,6

**talking** 11:25 20:9 28:24 31:1 36:25 37:2 38:25 43:19 48:22 52:9 64:10 65:20 68:19 72:9 83:4,5, 21 85:18 94:21,22

**technically** 94:7

**telling** 22:18,25 36:19 39:22,25 41:22 44:23 88:12 91:6

**tells** 46:2

**ten** 13:20,22 14:1

**tend** 26:15 27:7

**Tenders** 70:24

**term** 6:15 52:12

**terminology** 40:10

**terms** 11:18 19:20 28:10 74:20

**testified** 4:3 79:23 80:5, 8 81:23 89:8 92:21

**testify** 37:6 39:16 83:9

**testifying** 32:11

**testimony** 32:21 37:21 38:11 40:6 42:11 79:25 80:1 81:13,18 82:11 83:5,23 92:17

**theft** 66:19,23 67:1 71:25 98:6

**thing** 36:13 62:7 64:19 68:23 73:12 77:20 78:16 82:22 100:7

**things** 7:1,24 8:21 9:13 15:25 23:7 25:4 31:18 53:13 64:23 69:6,7 73:16 85:10 87:8 101:20

**thinking** 99:11

**thirdly** 18:3

**Thomas** 11:3 17:18 75:24

**thought** 64:20 76:13 78:16 92:21

**thousands** 64:11

**ties** 46:8,11 67:3 68:2,6, 11

**time** 4:8 5:5 13:24 17:6, 14 21:12 27:18 29:16 33:3 43:25 45:19 50:22 55:6,14 56:20 67:15,19, 20 76:21 78:13 86:14 87:1 90:14,15,19,21,22, 24 91:2,12 92:4,10 98:4 99:9

**times** 18:4 36:3 43:24 45:17 76:19,25 78:2 87:14 89:8 91:21



**timing** 86:20

**today** 86:4

**told** 19:2 20:20 21:1 22:11 23:5,17,25 24:18 58:12,14 74:11,13

**Tom** 7:22 11:11 21:16 23:3,4 32:4 39:23 42:1 74:15 75:3,22 81:14,19, 24 82:1 85:16,21

**total** 14:2,9 55:16

**totality** 44:22

**track** 43:9

**tracking** 51:12

**trade** 13:9

**traffic** 19:18

**training** 88:23 89:2

**tran-** 75:7

**transcript** 33:2 74:9 75:4,13

**transfer** 11:8

**transferred** 5:21

**translate** 76:10

**translator** 75:19 76:8

**translators** 75:24

**treat** 68:9

**treating** 68:13

**trouble** 43:9,10,24 44:12

**true** 44:14

**trust** 44:15,16

**truth** 44:24

**turn** 83:11

**turns** 16:4

**twelve** 13:23

**type** 7:11 27:1 31:23 81:11 82:8,18 83:25 85:23

___

**U**

**unable** 42:2

**under-** 90:14

**understand** 10:18 15:19 19:16,23,25 20:13 29:19 38:13 40:23 46:5 52:22 53:1 55:11 58:17 68:16 71:20 86:18 87:21 94:15 96:5

**understanding** 51:22

**understood** 84:7 94:16

**uniformity** 82:5

**United** 43:6

**usable** 56:18

**user** 60:14,16 61:9,13, 14,17 62:14

**utility** 83:13,16

___

**V**

**vacation** 86:9,11

**variation** 73:1

**vehicle** 66:10,17 96:22

**vehicles** 97:5

**versus** 40:12,15,16,18 41:10 89:16

**victim** 70:17

**video** 18:1 20:12 73:3,7, 20

**violence** 69:14,15 70:9, 17

**volume** 101:13

**voluntarily** 22:23 56:23 89:11

**voluntary** 89:25

___

**W**

**wait** 20:3,4 62:17 72:12, 17

**waiting** 57:22

**waking** 58:7

**walk** 34:3 43:1,2 71:16

**wanted** 15:12,15 32:3 41:25 55:13 65:22 81:8,

9,23 82:21 83:2,12,17 84:8 86:5 90:23

**wanting** 37:13 86:22 92:9

**warrant** 16:12,13,18 29:13,15 71:10,11,25 72:2

**warrantless** 71:22

**warrants** 7:3,19,20 16:15

**watching** 46:18

**watery** 97:10

**wear** 51:11

**website** 9:25 10:3

**Wednesday** 85:9

**week** 12:19,21,23,24 13:9 14:12,13 18:13 53:18

**week-long** 14:5

**weekend** 18:14

**weekly** 53:12

**weeks** 12:20,21 21:19, 20,22,23 85:19

**well-known** 36:14

**West** 9:22 10:1 12:7,9, 14

**white** 71:10

**wife** 70:11 91:6

**witnesses** 31:19,21 32:2,5,11,13 33:6,18,21 41:1,25 81:8,13,23 82:9, 16

**word** 44:19 54:11,21,22, 24 56:6 57:20 71:9

**words** 21:22 32:11

**work** 4:24 5:24 6:10 19:15,21,23,24 24:11 83:18 87:16

**worked** 4:13,15,19

**working** 19:16 35:15 50:21

**works** 18:17 24:12 64:24 83:18

**world** 99:14

**wrap** 69:10

**wreck** 30:10

**write** 22:25 42:17 90:1 95:6

**written** 63:13

**wrong** 34:11 38:21 100:11

**wrote** 42:18 97:8

___

**X**

**xi** 38:16

___

**Y**

**y'all** 42:13 63:8 64:16 69:23

**year** 9:14 12:21 13:2,3 49:3 89:4,6 91:22 98:10

**yearly** 13:1

**years** 5:8,11,23 6:6,12 8:2,18,23 26:9 43:3,24, 25 49:9,10,12 66:19,23 67:2 68:5 89:18 90:10, 11,18,21 93:6 97:23

**Yurgil** 47:25 51:10



ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2022-Jun-21  11:54:40
04CR-22-1247
C19WD01 : 7 Pages
D150

BENTON COUNTY DETENTION CENTER

# COURT INFORMATION SHEET

| NAME MURPHY, LOGAN | OCA # 129211 | DATE 06/21/22 |
|---|---|---|

| CHARGE FLEEING (F) & RECKLESS (M) | DATE CONFINED |
|---|---|

COURT DISPOSITION

7/25/22 @ 0800

| | AMOUNT | TYPE BOND REQUIRED | SPECIAL CONDITIONS |
|---|---|---|---|
| BOND | $40,000 | ☑ CASH/CORP. SUR.    ☐ SIGNATURE<br>☐ PROPERTY    ☐ O.R. | CR# 2022-20779<br>PHY ARREST |

| JUDGE ANGLIN | COURT |
|---|---|
| TRANSP. OFF. AGENCY *gcid* | [X] CIRCUIT DIV __2__    ☐ ROGERS DISTRICT<br>☐ BENTONVILLE DISTRICT    ☐ SILOAM SPRINGS DISTRICT<br>☐ BENTON CO. WEST    ☐ OTHER |

PROBABLE CAUSE: (YES) NO    WARRANT ORDER: Y OR N    AFFADAVIT: (Y) OR N

RESIDENCE:
JOB/WORK:
FAMILY/LOCAL TIES:
PROBABTION OR PAROLE:
RESIDE WITH:
CRIMINAL HISTORY:
FTA HISTORY:

## PUBLIC DEFENDER APPOINTED: YES OR NO

04CR-22-1247-1



EXHIBIT 1
WIT: Anglin
DATE: 4/5/2024
DANA HAYDEN

IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS

STATE OF ARKANSAS                                    PLAINTIFF

VS:

LOGAN WADE MURPHY                                    DEFENDANT
W/M; DOB: 11/07/2000
AR DL#:
LKA: 496 SPRING ST
CENTERTON, AR 72719

## AFFIDAVIT OF PROBABLE CAUSE

Comes now, Detective Cpl. Andrew Corbett #308 of the Bentonville Police Department, Criminal Investigations Division, and under oath doth state:

After an extensive investigation, the defendant, Logan Wade Murphy, was arrested on June 20, 2022, for Fleeing, a Class C Felony and Reckless Driving, a Violation. The facts of this investigation are set out in an arrest report completed by Officer Geoffrey Day:

A review of Murphy's criminal history revealed the following arrests (No Convictions): Contributing to the Delinquency of a Minor (December 2018) and Public Intoxication (June 2022). Based upon the nature of the crime, the likelihood of conviction, the possible severity of penalty that could be imposed, the State joins me in requesting that a bond of $25,000 be set on the defendant, Logan Wade Murphy.

                                        Detective Cpl. Andrew Corbett #308
                                        Bentonville Police Department

STATE OF ARKANSAS
COUNTY OF BENTON

Subscribed and sworn to before me this 20ᵗʰ day of _____JUNE_____, 2022.


NOTARY PUBLIC

MY COMMISSION EXPIRES: ___6-1-29___
APPROVED:
Lauren Aldridge
DEPUTY PROSECUTING ATTORNEY
Incident #2022-20779

KRISTINA FELTON
MY COMMISSION # 12707905
EXPIRES: June 1, 2029
Benton County

2022-20779                          Arrest Murphy                    Officer Geoffrey Day 943

Source of Activity

On June 20th, 2022, at approximately 0055 hours I was on patrol driving North out of the Sonic Parking lot on SW 14th Street.

Observations

I observed a blue passenger car displaying Arkansas VL AHP03T driving excessively fast, heading East on SW 14th in the inside lane. The vehicle passed a silver SUV that was in the outside lane and nearly struck it while changing lanes. The blue car entered the Southbound I-49 onramp. I initiated my blue lights and siren and followed the vehicle. I paced the vehicle at over 100 miles per hour. We passed multiple vehicles on the freeway, reaching speeds of 120 MPH. The vehicle was weaving in its lane multiple times, and I suspected the driver was intoxicated.

The blue vehicle never slowed down and continued over 100 MPH until the pursuit was terminated by Sergeant Danny Henry. The VL came back to a blue Ford Focus and registered to Logan Murphy, who we had arrested a few days ago for public intoxication at a disturbance.

A bolo was sent out for the vehicle and driver for Felony Fleeing by Vehicle. Lowell Police Department observed the vehicle driving and pull into Workman's at 898 W Monroe Ave in Lowell just moments after the pursuit was terminated. Lowell placed Logan in Handcuffs based on our charges. I drove to the stop location and spoke with Logan after reading him his Miranda rights.

Logan had bloodshot watery eyes and had slow speech. I could smell the odor of intoxicants from his person. Logan admitted to driving the vehicle and running from me. He also admitted to driving over 100 MPH. Logan admitted to drinking a margarita and using marijuana before driving. He said he has a drinking problem, and he knows he needs to stop. Logan told me he saw the blue lights and did not pull over and fled because "it felt right" to run. Logan told me that he felt like God was with him while he fled.

Logan's responses were very odd and delayed. I asked him if he had been drinking while driving or after he stopped, and he said no, only before driving. An open alcohol container was found inside the vehicle. I asked him if he would be willing to do field sobriety and he agreed.

2022-20779                          Arrest Murphy                          Officer Geoffrey Day 943

Logan exited the vehicle and SFST's were performed by Lowell Police. Logan told the officer he had used marijuana when he was drinking. I observed him visibly swaying while standing.

Arrest

Lowell PD arrested Logan for driving while intoxicated.

Booking

Lowell PD later advised me he refused testing and was charged with DWI and Refusal to Submit to a Chemical Test (Lowell Case Number 22-00818). Vehicle inventoried and towed by Lowell PD. I updated his jacket with his current address and phone number.

He was charged with Felony Fleeing by Vehicle and Reckless Driving out of Bentonville Police Department and held for a bond hearing.

DCBC YES

Officer Geoffrey Day 943

IN THE BENTON COUNTY CIRCUIT COURT, BENTONVILLE DIVISION

STATE OF ARKANSAS                                           PLAINTIFF

VS:

LOGAN WADE MURPHY                                           DEFENDANT
W/M; DOB: 11/07/2000
AR DL#
LKA: 496 SPRING ST
CENTERTON, AR 72719

### ORDER OF PROBABLE CAUSE AND ORDER TO APPEAR

Now on this 21st day of June, 2022, came on for consideration in the matter of Probable Cause for the continued detention of Logan Wade Murphy: ~~witnesses having been sworn and evidence having been taken~~, the Court finds that there is sufficient probable cause for detaining Logan Wade Murphy for the offense(s) of:

Fleeing §5-54-125, a Class C Felony.
Reckless Driving §27-50-308, a Violation

~~WHEREFORE, IT IS HEREBY ORDERED that the Defendant be released on his personal recognizance and Defendant is hereby ordered to appear on the 25th day of July, 2022, at 8:00 a.m. in the Benton County Circuit Court Division 2 for further proceedings.~~
OR

WHEREFORE, IT IS HEREBY ORDERED that the Defendant be detained upon probable cause for the offense(s) set forth herein above in the custody of the Sheriff of Benton County, Arkansas, pending further proceedings.

IT IS FURTHER ORDERED that bail be set in the amount of $ 40,000.00 to ensure the Defendant's future appearances, and should such be posted on behalf of Defendant, the Defendant is hereby ordered to appear on the 25th day of July, 2022, at 8:00 a.m. in the Benton County Circuit Court Division 2 for further proceedings.

THE NATURE OF THE BAIL IS ORDERED TO BE:

_____✓_____ Cash or corporate surety bond

_____ 10% deposit

_____ Defendant's unsecured signature bond

IT IS FURTHER ORDERED THAT:

____✓___ Public Defender _____, Attorney at Law, be
appointed to represent the Defendant.

_____ No attorney be appointed at this time.

_____ Judge

_____ Time

Incident # 2022-20779

**BENTONVILLE POLICE CASE-----**
**Please FAX a copy of signed order to (479) 271-3187**

# ORDER OF INDIGENCY

**THAT,** the following individual appeared before me to determine their indigency status: **AND THAT,** under oath, provides the following:

DEFENDANT'S NAME _MURPHY, LOGAN_____

DOB: _11/7/2000_____

1. Do you want to be represented by the Public Defender's Office?
   Yes___✓___ No_____
2. Affidavit of Indigency completed?
   Yes_____ No_✓___

   If "no", complete the following questions:
   - Are you currently employed?
     Yes_____ No_✓___
   - Take home pay: $_____ per_____
   - If married, what is spouse's income? $_____ per_____
   - Assets:
     - Cash:                                              $_____
     - Savings:                                           $_____
     - Stocks:                                            $_____
     - Vehicle(s): total value for all                    $_____
     - Real Estate: value minus outstanding encumbrances  $_____
   - Total monthly expenses: estimated                    $_____

Defendant swears that the above statements are true and correct to the best of his/her knowledge and recollection, that she/he has not sold or disposed of any assets for less than their fair market value prior to the commencement of the above-captioned proceeding in order to obtain appointed counsel and that she/he understands that furnishing false information under oath may subject him/her to a criminal prosecution, with a possible punishment of up to 10 years in the Arkansas Department of Corrections and a fine of up to $ 10,000. Further, defendant states that any change in his/her financial condition will be reported to both this Court and appointed counsel immediately.

**THAT,** after reviewing the above information with Defendant, this Court Orders:

_✓_ **Public Defender is appointed**

____ **Public Defender is NOT appointed**

**THAT,** Defendant is ordered to make contact with Benton County Public Defender's Office upon release.

_____          _June 21, 2022_____
District/Circuit Judge                                    Date

# SENTENCING ORDER

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2023-Jun-12 12:06:21
04CR-22-1247
C19WD01 : 4 Pages

IN THE CIRCUIT COURT OF ___BENTON___ COUNTY, ARKANSAS,

___19-W___ JUDICIAL DISTRICT ___One___ DIVISION

On ___May 22, 2023___ the Defendant appeared before the Court, was advised of the nature of the charge(s), of Constitutional and legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing.

**Offender**

| Defendant [Last, First, MI] Murphy, Logan Wade | | DOB 11/07/2000 | Sex ☑ Male ☐ Female | Total Number of Counts Two |
| --- | --- | --- | --- | --- |
| SID # | 4 1 5 2 3 8 5 | Race & Ethnicity ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic | | |
| Supervision Status at Time of Offense | | | | |

**Court Info**

Judge Robin F. Green

Prosecuting Attorney/Deputy Wilson Raines

Defendant's Attorney John Atkins   ☐ Private ☑ Public Defender ☐ Pro Se ☐ Appointed

Change of Venue ☐ Yes ☑ No    If yes, from:

File Stamp

EXHIBIT 2
WIT: Anglin
DATE: 4/5/2024
DANA HAYDEN

**Legal Statement**

☑ Pursuant to A.C.A. §§16-93-301 et seq., or ☐ §§_____ this Court, without making a finding of guilt or entering a judgment of guilt and with the consent of the Defendant defers further proceedings and places the Defendant on probation.

There being no legal cause shown by the Defendant, as requested, why judgment should not be pronounced, a judgment:

☐ is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. Defendant was advised of the conditions of the sentence and/or placement on probation and understands the consequences of violating those conditions. The Court retains jurisdiction during the period of probation/suspension and may change or set aside the conditions of probation/suspension for violations or failure to satisfy Arkansas Division of Community Correction (A.C.C.) rules and regulations.

☐ of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Division of Correction (A.D.C.) for the term specified on each offense shown below.

Defendant made a voluntary, knowing, and intelligent waiver of the right to counsel. ☐ Yes ☑ No

**Offense #1**

| A.C.A. # of Offense/ Name of Offense+ 5-54-125(a)(d)(2) Fleeing (By Vehicle with Extreme Indifference) | Case # CR 2022-1247-1 |
| --- | --- |

| A.C.A. # of Original Charged Offense 5-54-125(a)(d)(2) | ATN BTN006626313 | Offense was ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted |
| --- | --- | --- |
| | Appeal from District Court ☐ Yes ☑ No | Probation/SIS Revocation+ ☑ Yes ☐ No |

| Offense Date 06/20/2022 | Offense is ☑ Felony ☐ Misd. ☐ Viol. | Offense Classification ☐ Y A ☐ B C ☐ D U |
| --- | --- | --- |

| Number of Counts: One | Criminal History Score 0 | Seriousness Level 3 | Defendant ☐ Attempted ☐ Solicited ☐ Conspired to commit the offense |
| --- | --- | --- | --- |

Presumptive Sentence ☐ Prison Sentence of _____ to _____ months   ☐ Community Corrections Center ☑ Alternative Sanction

**Defendant Sentence*** (see Page 2)

Imposed ☐ ADC ☐ Jud. Tran. ☐ County Jail

If probation or SIS accompanied by period of confinement, state time: 113 days or _____ months.

_____ months

Sentence was enhanced _____ months, pursuant to A.C.A. §§_____

Probation 60 months

Enhancement(s) is to run: ☐ Concurrent ☐ Consecutive.

SIS _____ months

Defendant was sentenced as a habitual offender, pursuant to A.C.A. §5-4-501, subsection

Other ☐ Life ☐ LWOP ☐ Death

☐ (a) ☐ (b) ☐ (c) ☐ (d)

| Victim Info# (See page 2) ☑ N/A [Multiple Victims ☐ Yes ☑ No] | Age | Sex ☐ Male ☐ Female | Race & Ethnicity ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic |
| --- | --- | --- | --- |

| Defendant voluntarily, intelligently, and knowingly entered a ☐ negotiated plea of ☑ guilty or ☐ nolo contendere. ☐ plea directly to the court of ☐ guilty or ☐ nolo contendere. | Defendant: ☐ was sentenced pursuant to ☐ §§16-93-301 et seq., or ☐ other §§_____ ☐ entered a plea and was sentenced by a jury. ☐ was found guilty by the court & sentenced by ☐ court ☐ jury. ☐ was found guilty at a jury trial & sentenced by ☐ court ☐ jury. ☐ was found guilty of lesser included offense by ☐ court ☐ jury. |
| --- | --- |

| Sentence is a Departure ☐ Yes ☑ No | Sentence Departure is ☐ Durational or ☐ Dispositional. If durational, state how many months above/below the presumptive sentence: |
| --- | --- |

Departure Reason (See page 2 for a list of reasons)

Aggravating # _____ or Mitigating # _____. For Agg. #17 or Mit. #9, or if departing from guidelines, please explain: _____

Sentence will run: ☐ Consecutive ☑ Concurrent to Offense # 2 _____ or Case # _____

Defendant's Full Name: Murphy, Logan Wade

**Offense #: 2**

| A.C.A. # of Offense/ Name of Offense+ | 5-26-304(a)(1)(b)(1) Domestic Battering in the Second Degree | | Case # CR 2022-2215-1 |
|---|---|---|---|

| A.C.A. # of Original Charged Offense | 5-26-304(a)(1)(b)(1) | ATN BTN006629087 | Offense was ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted |
|---|---|---|---|

Appeal from District Court ☐ Yes ■ No    Probation/SIS Revocation+ ☐ Yes ■ No

| Offense Date 10/19/2022 | Offense is ☐ Felony ☐ Misd. ☐ Viol. | Offense Classification ☐ Y ☐ A ■ B ☐ C ☐ D ☐ U |
|---|---|---|

| Number of Counts: One | Criminal History Score 0 | Seriousness Level 4 | Defendant ☐ Attempted ☐ Solicited ☐ Conspired to commit the offense |
|---|---|---|---|

Presumptive Sentence ☐ Prison Sentence of ____ to ____ months    ■ Community Corrections Center    ■ Alternative Sanction

**Defendant Sentence\* (see Page 2)**
Imposed ☐ ADC ☐ Jud. Tran. ☐ County Jail

If probation or SIS accompanied by period of confinement, state time: 113 days or ____ months.

____ months

Probation 60 months

Sentence was enhanced ____ months, pursuant to

A.C.A. §§ ____

Enhancement(s) is to run: ☐ Concurrent ☐ Consecutive.

SIS ____ months
Other ☐ Life ☐ LWOP ☐ Death

Defendant was sentenced as a habitual offender, pursuant to A.C.A. §5-4-501, subsection ☐ (a) ☐ (b) ☐ (c) ☐ (d)

| Victim Info# (See page 2) ☐ N/A [Multiple Victims ☐ Yes ■ No] | Age U/K | Sex ■ Male ☐ Female | Race & Ethnicity ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic |
|---|---|---|---|

**Defendant voluntarily, intelligently, and knowingly entered a**
■ negotiated plea of ■ guilty or ☐ nolo contendere.
☐ plea directly to the court of ☐ guilty or ☐ nolo contendere.

Defendant:
☐ was sentenced pursuant to ☐ §§16-93-301 et seq., or ☐ other §§ ____
☐ entered a plea and was sentenced by a jury.
☐ was found guilty by the court & sentenced by ☐ court ☐ jury.
☐ was found guilty at a jury trial & sentenced by ☐ court ☐ jury.
☐ was found guilty of lesser included offense by ☐ court ☐ jury.

| Sentence is a Departure ☐ Yes ■ No | Sentence Departure is ☐ Durational or ☐ Dispositional. If durational, state how many months above/below the presumptive sentence: |
|---|---|

**Departure Reason** (See page 2 for a list of reasons)

Aggravating # ____ or Mitigating # ____. For Agg. #17 or Mit. #9,

or if departing from guidelines, please explain: ____

Sentence will run: ☐ Consecutive ☐ Concurrent ■
to Offense # 1 ____ or
Case # ____

---

**Offense #:**

| A.C.A. # of Offense/ Name of Offense+ | | | Case # |
|---|---|---|---|

| A.C.A. # of Original Charged Offense | | ATN | Offense was ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted |
|---|---|---|---|

Appeal from District Court ☐ Yes ☐ No    Probation/SIS Revocation+ ☐ Yes ☐ No

| Offense Date | Offense is ☐ Felony ☐ Misd. ☐ Viol. | Offense Classification ☐ Y ☐ A ☐ B ☐ C ☐ D ☐ U |
|---|---|---|

| Number of Counts: | Criminal History Score | Seriousness Level | Defendant ☐ Attempted ☐ Solicited ☐ Conspired to commit the offense |
|---|---|---|---|

Presumptive Sentence ☐ Prison Sentence of ____ to ____ months    ☐ Community Corrections Center    ■ Alternative Sanction

**Defendant Sentence\* (see Page 2)**
Imposed ☐ ADC ☐ Jud. Tran. ☐ County Jail

If probation or SIS accompanied by period of confinement, state time: ____ days or ____ months.

____ months

Sentence was enhanced ____ months, pursuant to

A.C.A. §§ ____

Probation ____ months

Enhancement(s) is to run: ☐ Concurrent ☐ Consecutive.

SIS ____ months
Other ☐ Life ☐ LWOP ☐ Death

Defendant was sentenced as a habitual offender, pursuant to A.C.A. §5-4-501, subsection ☐ (a) ☐ (b) ☐ (c) ☐ (d)

| Victim Info# (See page 2) ☐ N/A [Multiple Victims ☐ Yes ☐ No] | Age | Sex ☐ Male ☐ Female | Race & Ethnicity ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic |
|---|---|---|---|

**Defendant voluntarily, intelligently, and knowingly entered a**
☐ negotiated plea of ☐ guilty or ☐ nolo contendere.
☐ plea directly to the court of ☐ guilty or ☐ nolo contendere.

Defendant:
☐ was sentenced pursuant to ☐ §§16-93-301 et seq., or ☐ other §§ ____
☐ entered a plea and was sentenced by a jury.
☐ was found guilty by the court & sentenced by ☐ court ☐ jury.
☐ was found guilty at a jury trial & sentenced by ☐ court ☐ jury.
☐ was found guilty of lesser included offense by ☐ court ☐ jury.

| Sentence is a Departure ☐ Yes ☐ No | Sentence Departure is ☐ Durational or ☐ Dispositional. If durational, state how many months above/below the presumptive sentence: |
|---|---|

**Departure Reason** (See page 2 for a list of reasons)

Aggravating # ____ or Mitigating # ____. For Agg. #17 or Mit. #9,

or if departing from guidelines, please explain: ____

Sentence will run: ☐ Consecutive ☐ Concurrent ☐
to Offense # ____ or
Case # ____

Defendant's Full Name: Murphy, Logan Wade

## Special Conditions

### Sex Offenses

Defendant has been adjudicated guilty of an offense requiring sex offender registration and must complete the Sex Offender Registration Form and pay the Mandatory Sex Offender Fee of $250. ☐ Yes ■ No

Defendant has committed an aggravated sex offense as defined in A.C.A. §12-12-903.
☐ Yes ■ No

Defendant is alleged to be a sexually dangerous person and is ordered to undergo an evaluation at a facility designated by A.D.C. pursuant to A.C.A. §12-12-918.
☐ Yes ■ No

Defendant, who has been adjudicated guilty of an offense requiring registration, has been adjudicated guilty of a prior sex offense under a separate case number. ☐ Yes ■ No
If yes, list prior case numbers:

### Domestic Violence Offenses

Defendant has been adjudicated guilty of a domestic-violence related offense and **must pay** additional court costs of $25 pursuant to §16-10-305.    Yes ■ No ☐

Defendant was originally charged with a domestic-violence related offense.
■ Yes ☐ No
If yes, state the A.C.A. # of the offense:

If yes to either question, identify the relationship of the victim to the Defendant by offense number.
Father

### DNA Sample/Qualifying Offense

Defendant has been adjudicated guilty of a qualifying offense or repeat offense (as defined in A.C.A. §12-12-1103). ■ Yes ☐ No

Defendant is ordered to have a DNA sample drawn at ☐ A.C.C. facility ☐ the A.D.C. or

■ other Probation Office

### Drug Crime

Defendant has been convicted of a drug crime, as defined in §12-17-101.
☐ Yes ■ No

## Fines, Fees, Restitution

| | |
|---|---|
| Court Costs | $ 150 |
| Fines | $ 1000 |
| Booking/Admin Fees ($40) | $ 40 |
| Drug Crime Assessment Fee ($125) | $ |
| DNA Sample Fee ($250) | $ 250 |
| Children's Advocacy Center Fund Fee | $ |
| Public Defender User Fee | $ |
| Public Defender Attorney Fee | $ 500 |
| Other (explain) Domestic Peace Fund Fee | $ 250 |

Restitution $_____ Payable to [If multiple beneficiaries, give names and payment priority] _____
Terms
☐ Due Immediately
■ Installments of: $50.00 per month plus a $5.00 Coll. Fee to BCCC
■ Payments must be made within 30 days of release from A.D.C.
■ Upon release from confinement, Defendant must return to court to establish payment of restitution
☐ Restitution is joint and several with co-defendant(s) who was found guilty – List name(s) and case number(s) _____

## Sentence Options

Defendant was convicted of a target offense(s) and is sentenced pursuant to provisions of the Community Punishment Act. ■ Yes ☐ No

The Court hereby orders a judicial transfer to the AR Division of Community Correction. ☐ Yes ■ No

Pursuant to the Community Punishment Act, the Defendant shall be eligible to have his/her records sealed. ■ Yes ☐ No

**Extended Juvenile Jurisdiction Applied**
☐ Yes ■ No

| JAIL TIME CREDIT | TOTAL TIME TO BE SERVED FOR ALL OFFENSES | Death Penalty | If Yes, State Execution Date: |
|---|---|---|---|
| 113 | In months: _____ ☐ Life ☐ LWOP | ☐ Yes ■ No | |

DEFENDANT IS ASSIGNED TO: ☐ ADC  ☐ ADC, Admin.Transfer NOT Authorized  ☐ CCC  ☐ COUNTY JAIL  ■ PROBATION  ☐ SIS

Conditions of disposition or probation are attached. ■ Yes ☐ No

A copy of the pre-sentence investigation on sentencing information is attached ☐ Yes ■ No    ☐ Defendant is subject to delayed release pursuant to A.C.A. § 5-4-405.

A copy of the Prosecutor's Short Report is attached ☐ Yes ☐ No

DEFENDANT WAS INFORMED OF APPELLATE RIGHTS ■ Yes ☐ No  Appeal Bond $

The County Sheriff is hereby ordered to: ☐ transport the defendant to county jail ☐ take custody for referral to CCC ☐ transport to ADC

Defendant shall report to ACC probation officer for report date to CCC ☐ Yes ☐ No

## Signature

Prosecuting Attorney/Deputy (Print Name): Wilson Raines

Signature: _Wilson Raines_    Date: 6/8/23

Circuit Judge (Print Name): Robin F. Green

Signature: _Robin Green_    Date: 6-12-23

Additional Info: 1) The Defendant is to serve 113 days in BC Jail with 113 days credit. 2) Evaluate at OGC or similar facility for alcohol and substance abuse issues within 30 days of plea or release, whichever is later and comply with recommended treatment. 3) The Defendant is to enroll in and complete anger management classes. 4) No violence with Bucky Murphy.

Defendant's Full Name: Murphy, Logan Wade

| Reasons for Departure | |
|---|---|
| (Please see complete list of departure criteria found at A.C.A. §16-90-804) | |
| **Aggravating** | **Mitigating** |
| 1. Offender's conduct manifested deliberate cruelty to the victim during commission of current offense. | 1. Victim played an aggressive role or provoked the incident or was a willing participant. |
| 2. Offender knew victim vulnerable due to extreme youth, advanced age, disability or ill health. | 2. Offender played a minor or passive role in commission of the offense. |
| 3. Offense was major economic offense established by one of the following criteria: (a) multiple victims/incidents, (b) monetary loss substantially greater than typical, (c) degree of sophistication or time, (d) misuse of fiduciary duty, or (e) other similar conduct. | 3. Offender compensated/made an effort to compensate for damage or injury before detection. |
| | 4. Offender was lesser participant showing caution/concern for safety or well-being of victim. |
| 4. Current Offense was major controlled substance offense if two or more of the following are present:  (a) Three or more separate transactions involve sale, transfer or possession with purpose; (b) Amount substantially larger than the statutory minimums which define the offense;  (c) Offense involved a high degree of planning or lengthy period or broad geographic area; (d) Offender occupied a high position in the drug distribution hierarchy; (e) Offender misused position of trust or status or fiduciary duty to facilitate commission; (f) Offender has received substantial income or resources from drug trafficking. | 5. Offender or offender's children acted in response to continuing physical/sexual abuse by victim. |
| | 6. Policy on multiple offenses in single course of conduct in offender's prior criminal history results in sentence which is excessive for the offense. |
| | 7. Offender voluntarily admitted sexual offense and sought and participated in treatment before detection. |
| | 8. Offender made effort to provide assistance in investigation or prosecution of another as indicated by motion of state (can weigh timeliness of assistance, nature and extent of assistance, and truthfulness, completeness, and demonstrable reliability of info or testimony). |
| 5. Current offense is a felony and the offender employed a firearm in furtherance or flight unless such use is element of offense. | 9. Other |
| 6. Current offense was sexual offense and part of pattern with same or different victims under eighteen manifested by multiple incidents over a prolonged period of time. | |
| 7. Policy on multiple offenses in a single course of conduct in offender's prior criminal history results in a sentence that is clearly too lenient. | |
| 8. Offense was committed in manner that exposed risk of injury to others. | |
| 9. Offense was a violent or sexual offense committed in victim's zone of privacy. | |
| 10. Offender attempted to cover or conceal the offense by intimidation of witnesses, tampering of evidence, or misleading authorities. | |
| 11. Offense committed to avoid arrest or effecting an escape from custody. | |
| 12. Offender lacks minimum insurance in a vehicular homicide. | |
| 13. Statutory minimum sentence overrides the presumptive sentence. | |
| 14. Multiple concurrent sentences being entered at this time require a higher sentence. | |
| 15. Sentence is higher as a result of other charges being dropped or merged. | |
| 16. Sentence is outside the presumptive range but is not a departure due to statutory override or because the offender/offense is ineligible for a Community Correction Center. | |
| 17. Other. | |

**NOTE:**

**\* Defendant Sentence.** "Imposed ADC" means incarceration in an Arkansas Division of Correction facility. "Imposed Judicial Transfer" means incarceration in an Arkansas Division of Community Correction Center. "Imposed County Jail" means incarceration in a county jail facility. Indicate in months the total time the Defendant was sentenced to a term of incarceration. DO NOT INCLUDE TIME FOR SIS.

**# Victim Info.** For more than one victim, please use the "Additional Victim Information" page to disclose additional victim demographics. If there is no victim, check not applicable.

**+ A.C.A. # of Offense/Name of Offense & Probation/SIS Revocation.** If an offender is being sentenced as a result of a revocation of probation or SIS, check the box indicating this is a "Probation/SIS Revocation", and enter the A.C.A. number and name of the offense for which the defendant was originally convicted. Do not enter the code provision for revocation or the cause of the revocation.

04CR-22-1028-2

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2022-May-24  12:24:57
04CR-22-1028
C09/VD02    9 Pages

BENTON COUNTY DETENTION CENTER

## COURT INFORMATION SHEET

| NAME Farella, Abigail | OCA # 140951 | | DATE 05/22/22 |
|---|---|---|---|
| CHARGE PCS, PDP, Shoplifting | | DATE CONFINED 5-20-22 | |
| COURT DISPOSITION | | | |

DIV 2

6/27/22 @ 0800

| | AMOUNT | TYPE BOND REQUIRED | SPECIAL CONDITIONS |
|---|---|---|---|
| BOND | $10,000 | ☑ CASH/CORP. SUR.    ☐ SIGNATURE<br>☐ PROPERTY    ☐ O.R. | |

| JUDGE ANGLIN | COURT |
|---|---|
| | ☒ CIRCUIT DIV 2    ☐ ROGERS DISTRICT |
| TRANSP. OFF.<br>AGENCY Fugerburg | ☐ BENTONVILLE DISTRICT    ☐ SILOAM SPRINGS DISTRICT |
| | ☐ BENTON CO. WEST    ☐ OTHER |

PROBABLE CAUSE Ⓨ NO    WARRANT ORDER: Y OR N    AFFADAVIT: Ⓨ OR N

| RESIDENCE: |
|---|
| JOB/WORK: |
| FAMILY/LOCAL TIES: |
| PROBABTION OR PAROLE: |
| RESIDE WITH: |
| CRIMINAL HISTORY: |
| FTA HISTORY: |

## PUBLIC DEFENDER APPOINTED Ⓨ̲E̲S̲ OR NO



EXHIBIT 3
WIT: Anglin
DATE: 4/5/2024
DANA HAYDEN

IN THE BENTON COUNTY CIRCUIT COURT

STATE OF ARKANSAS                                    PLAINTIFF

VS:

ABIGAIL ELLA FARELLA                                 DEFENDANT
W/F; DOB: 03/16/2000
MODL.
04CR-22-1028-2

### AFFIDAVIT OF PROBABLE CAUSE

Comes now, Detective Corporal Kevin Albert of the Bentonville Police Department, Criminal Investigation Division, and under oath doth state:

After an extensive investigation, the defendant, Abigail Ella Farella, was arrested on, May 20th, 2022, for Possession of a Schedule I/II Controlled Substance §5-64-419, a Class D Felony, Possession of Drug Paraphernalia §5-64-443, a Class A Misdemeanor, and Theft of Property-Shoplifting §5-36-103, a Class A Misdemeanor. The facts of this investigation are set out in an arrest report completed by Corporal Henry Brockmeyer:

**See Attached Report**

**A search of Farella's criminal history revealed the following:** 08/2018 Trespassing (No Dispo, Aurora, CO), 02/2019 Theft-Misd (Guilty), 12/2019 Vehicle Theft-Felony (No Dispo, Denver, CO), 05/2020 Petty Theft (Guilty), 05/2020 Obstruct Police (Guilty), 08/2020 Obstruct Police (Guilty), 11/2020 Smuggle Contraband into Prison (Guilty), 07/2021 Contempt of Court (No Dispo, Douglas County, CO), and 08/2021 Shoplifting (No Dispo, Lafayette, CO).

Based upon the nature of the crime, the likelihood of conviction, the possible severity of penalty that could be imposed, the State joins me in requesting that a bond of $2,500, be set on the defendant, Abigail Ella Farella.

Detective Corporal Kevin Albert
Bentonville Police Department

STATE OF ARKANSAS
COUNTY OF BENTON

Subscribed and sworn to before me this 20th day of May, 2022.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: _July 8, 2031_

KIERSTEN HAYES
MY COMMISSION # 12715307
EXPIRES: July 8, 2031
Benton County

APPROVED: Zach Morton
DEPUTY PROSECUTING ATTORNEY
Incident #2022-16832

2022-16832                     Arrest Narrative                     Cpl. H. Brockmeyer

SOURCE OF ACTIVITY

On May 20, 2022, at 0911 hours, I was dispatched to a shoplifting that had just occurred at Walmart Supercenter (406 S. Walton). According to the Asset Protection associate Christy Brafford, the female suspect had run from her and got into a red Mustang convertible and left. She went on to say there was a male with the female who she suspects of shoplifting as well. She told dispatch the vehicle left the main entrance and turned south onto Walton.

OBSERVATION

I had arrived on scene as the car was leaving. I was able to catch up to the Mustang baring Missouri vehicle license XG5M7N, as it was stopped on S. Walton and SW 8th. I observed three occupants in the vehicle two of which I knew to be females, however I could not tell who was in the front passenger seat. I activated my emergency and initiated a traffic stop on the vehicle.

I contacted the occupants of the vehicle and after I identified myself and agency, I advised them that I was stopping them because they were alleged to have been caught shoplifting at Walmart Supercenter. The female driver, later identified as Abigail Farella, was shaking, and appeared extremely nervous. She said she had a receipt and that she paid for everything.

While I was speaking to the occupants in the vehicle, Sgt Nick Brown was at Walmart reviewing video of the theft. He sent me a photograph of the male and female suspects as they entered the store. They matched the description of Abigail and the juvenile male, later identified as _____ who was seated in the front passenger seat.

Sgt Brown spoke with Christy at Wal-Mart. She advised she first observed _____, walking around the store and appeared to be messing with his pants and also avoiding her. She stated she followed him around where he met up with Abigail. Christy stated she later observed Abigail concealing items in her purse and watched her go past all points of sale where she approached her. Christy stated Abigail was very aggressive towards her and started cussing at her, ultimately leaving with none of the merchandise being returned (see written statement for full statement).

I mirandized Abigail and she agreed to provide a statement without an attorney. She said her sister, Melanie Farella, the backseat passenger, had texted her while she was in the store, so she ran out to the vehicle with 1 item in her hand because she wanted to get to her sister to calm her down because she has bad anxiety. Abigail said she was going to turn around, go back to Walmart and pay for the items.

Abigail asked if she could get the stolen items she was refereeing to. Abigail had in her possession, a Hart Automotive Hand vacuum (Valued $39.88), Oral B Water Flosser (valued $99.97), a Hart 20V Battery and charger (Valued at $69.00) and a Cobra Dash Cam (valued at $179.00). As she was recovering the items, I observed a blue and white object between the passenger seat and center console, where _____ was seated. The object looked like a plastic pistol of some sort. Cpl. Nunez located a plastic piece in _____'s pants pocket that went to the item, which was later identified as GelBee Stinger, airsoft pistol (Valued at $38.74) Sgt Brown observed _____ in the video carrying the pistol in his hands along with a bag of Gel BB's (valued at $9.97) for the pistol. He said _____ walked down the aisle next to where he selected

2022-16832                          Arrest Narrative                    Cpl. H. Brockmeyer

the item and when he came out of the isle, he was no longer carrying the items. Sgt Brown went to the isle and located the empty package for the pistol but did not locate the package of BB's. Cpl. Nunez located the bag of unopened bag of BB's in a blue bag in the front passenger floorboard. Also in the bag were 2 syringes with meth residue in them (field tested positive for methamphetamine).

Cpl. Nunez searched the vehicle for more evidence. During the search, he located a glass pipe in the glovebox of the vehicle. In a trunk of the vehicle, was a black backpack that contained men's clothing, deodorant, and belt. Cpl. Nunez also located a small baggie of methamphetamine (1.5 grams) and two clear plastic baggies, two broken glass pipes and a white plastic straw in backpack. All paraphernalia contained suspected methamphetamine residue. Cpl. Nunez field tested the baggie of meth and one of the broken glass pipes. The tested positive for methamphetamine. A red plastic straw was located under the floor mat in the back left passenger floorboard. _____ has history of meth possession in Kansas and Abigail admitted to meth use to Ofc. David Leehans. Abigail denied any of the paraphernalia or methamphetamine being hers. She stated her car was recently stolen and it must have been left in there from the suspects. We did not ask _____' any questions about the theft or narcotics as he was a juvenile and did not have a parent present.

ARREST

Abigail and ___ were arrested for Possession of a Controlled Substance (meth), Possession of Drug Paraphernalia (misdemeanor) and Shoplifting. Abigail was transported to the Benton County Jail where she was processed and held for a bond hearing.

Sgt Brown contacted _____ s mother, Evelyn Mosher via telephone. She lived in Pittsburg Kansas and had no means of transportation to come and get ___

I contacted Kim, a Benton County Juvenile intake officer to report ___ 's arrest and the fact that his mother could not come and get him at this time. Kim advised to take ___ to Benton County's Juvenile Detention Center.

BOOKING

Both Abigail and ___ current information was obtained and added to this case.

EVIDENCE

The narcotics and paraphernalia were seized and logged into evidence by Cpl. Nunez. The narcotics, 2 syringes, clear glass pipe were sent to the Arkansas Crime Laboratory for a drug analysis.

Abigail's vehicle was released to her Melanie, her sister who was not charged in this case.

ADDITIONAL INROMATION

All stolen items were returned to Walmart and Christy provided me with a statement of what she observed. She is working on getting the video evidence prepared for this case. It will be booked into evidence upon receiving it.

2022-16832                          Arrest Narrative                          Cpl. H. Brockmeyer

Dash/Body Cam: Yes

Cpl. Hank Brockmeyer #970

IN THE BENTON COUNTY CIRCUIT COURT

STATE OF ARKANSAS                                                    PLAINTIFF

VS:

ABIGAIL ELLA FARELLA                                               DEFENDANT
W/F; DOB: 03/16/2000
MODL:

## ORDER OF PROBABLE CAUSE AND ORDER TO APPEAR

Now on this 22nd day of May, 2022, came on for consideration in the matter of Probable Cause for the continued detention of Abigail Ella Farella: ~~witnesses having been sworn and evidence having been taken~~, the Court finds that there is sufficient probable cause for detaining Abigail Ella Farella for the offense(s) of:

Possession of a Schedule I/II Controlled Substance §5-64-419, a Class D Felony

Possession of Drug Paraphernalia §5-64-443, a Class A Misdemeanor

Theft of Property-Shoplifting §5-36-103, a Class A Misdemeanor

~~WHEREFORE, IT IS HEREBY ORDERED that the Defendant be released on his personal recognizance and Defendant is hereby ordered to appear on the 27th day of June, 2022, at 8:00 a.m. in the Benton County Circuit Court Division 2 for further proceedings.~~ OR

WHEREFORE, IT IS HEREBY ORDERED that the Defendant be detained upon probable cause for the offense(s) set forth herein above in the custody of the Sheriff of Benton County, Arkansas, pending further proceedings.

IT IS FURTHER ORDERED that bail be set in the amount of $ 10,000 to ensure the Defendant's future appearances, and should such be posted on behalf of Defendant, the Defendant is hereby ordered to appear on the 27th day of June, 2022, at 8:00 a.m. in the Benton County Circuit Court Division 2 for further proceedings.

THE NATURE OF THE BAIL IS ORDERED TO BE:

_____✓_____ Cash or corporate surety bond

_____ 10% deposit

_____ Defendant's unsecured signature bond

IT IS FURTHER ORDERED THAT:

___✓___ Public Defender, Attorney at Law, be appointed to represent the Defendant.

_____ No attorney be appointed at this time.

_____
Judge

_____ Time

Incident # 2022-16832

**BENTONVILLE POLICE CASE-----**
**Please FAX a copy of signed order to (479) 271-3187**

# ORDER OF INDIGENCY

**THAT**, the following individual appeared before me to determine their indigency status: **AND THAT**, under oath, provides the following:

DEFENDANT'S NAME **Abigail Ella Farella**

DOB: **3-16-2000**

1. Do you want to be represented by the Public Defender's Office?
   Yes ___✓___ No_____

2. Affidavit of Indigency completed?
   Yes_____ No ___✓___
   If "no", complete the following questions:
   - Are you currently employed?
     Yes ___✓___ No_____
   - Take home pay: $ **60.00** per **day**
   - If married, what is spouse's income? $_____ per_____
   - Assets:
     - Cash:                                                              $_____
     - Savings:                                                          $_____
     - Stocks:                                                           $_____
     - Vehicle(s): total value for all                          $_____
     - Real Estate: value minus outstanding encumbrances   $_____
   - Total monthly expenses: estimated                   $_____

Defendant swears that the above statements are true and correct to the best of his/her knowledge and recollection, that she/he has not sold or disposed of any assets for less than their fair market value prior to the commencement of the above-captioned proceeding in order to obtain appointed counsel and that she/he understands that furnishing false information under oath may subject him/her to a criminal prosecution, with a possible punishment of up to 10 years in the Arkansas Department of Corrections and a fine of up to $ 10,000. Further, defendant states that any change in his/her financial condition will be reported to both this Court and appointed counsel immediately.

**THAT**, after reviewing the above information with Defendant, this Court Orders:

___✓___ **Public Defender is appointed**

_____ **Public Defender is NOT appointed**

**THAT, Defendant is ordered to make contact with Benton County Public Defender's Office upon release.**

_____          **May 22, 2022**
District/Circuit Judge                                    Date

# SENTENCING ORDER | 2022-1028-2

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2023-Aug-14  13:32:16
04CR-22-1028
C19WD02 : 5 Pages

IN THE CIRCUIT COURT OF __BENTON__ COUNTY, ARKANSAS,
__19-W__ JUDICIAL DISTRICT __II__ DIVISION

On __July 25, 2023__ the Defendant appeared before the Court, was advised of the nature of the charge(s), of Constitutional and legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing.

## Offender

| Defendant [Last, First, MI] Farella, Abigail E | DOB 03/16/2000 | Sex ☐ Male ☑ Female | Total Number of Counts 2 |
|---|---|---|---|

SID # 4 2 2 9 8 4 8  Race & Ethnicity ☑ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic

Supervision Status at Time of Offense

## Court Info

Judge Hon. Brad Karren

Prosecuting Attorney/Deputy Sharon Nowlin

Defendant's Attorney Victoria Gammill  ☑ Private ☐ Public Defender ☐ Pro Se ☐ Appointed

File Stamp

EXHIBIT 4
WIT: Nowlin
DATE: 4/5/2024
DANA HAYDEN

Change of Venue ☐ Yes ☑ No  If yes, from:

## Legal Statement

☐ Pursuant to A.C.A. ☐ §§16-93-301 et seq., or ☐ §§ _____ this Court, without making a finding of guilt or entering a judgment of guilt and with the consent of the Defendant defers further proceedings and places the Defendant on probation.

☑ There being no legal cause shown by the Defendant, as requested, why judgment should not be pronounced, a judgment: is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. Defendant was advised of the conditions of the sentence and/or placement on probation and understands the consequences of violating those conditions. The Court retains jurisdiction during the period of probation/suspension and may change or set aside the conditions of probation/suspension for violations or failure to satisfy Arkansas Division of Community Correction (A.C.C) rules and regulations.

☐ of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Division of Correction (A.D.C.) for the term specified on each offense shown below.

Defendant made a voluntary, knowing, and intelligent waiver of the right to counsel. ☐ Yes ☑ No

## Offense #1

| A.C.A. # of Offense/ Name of Offense+ THEFT OF PROPERTY | | Case # 2022-1028-2 |
|---|---|---|

A.C.A. # of Original Charged Offense 5-36-103(a) and (b)(4)(A)  ATN BTN006625665  Offense was ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted

Appeal from District Court ☐ Yes ☑ No | Probation/SIS Revocation+ ☐ Yes ☑ No

| Offense Date May 20, 2022 | Offense is ☐ Felony ☑ Misd. ☐ Viol. | Offense Classification ☐ Y ☑ A ☐ B ☐ C ☐ D ☐ U |
|---|---|---|

| Number of Counts: 1 | Criminal History Score 0 | Seriousness Level 2 | Defendant ☐ Attempted ☐ Solicited ☐ Conspired to commit the offense |
|---|---|---|---|

Presumptive Sentence ☐ Prison Sentence of ____ to ____ months  ☑ Community Corrections Center  ☑ Alternative Sanction

Defendant Sentence* (see Page 2)
Imposed ☐ADC ☐ Jud. Tran. ☐ County Jail  | If probation or SIS accompanied by period of confinement, state time: 38 days or ____ months.

_____ months

Sentence was enhanced _____ months, pursuant to A.C.A. §§ _____

Probation _____ months

Enhancement(s) is to run: ☐ Concurrent ☐ Consecutive.

SIS 12 months

Defendant was sentenced as a habitual offender, pursuant to A.C.A. §5-4-501, subsection ☐ (a) ☐ (b) ☐ (c) ☐ (d)

Other ☐ Life ☐ LWOP ☐ Death

Victim Info# (See page 2) ☐ N/A  Age ____  Sex ☐ Male ☐ Female  Race & Ethnicity ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic
[Multiple Victims ☐ Yes ☐ No]

Defendant voluntarily, intelligently, and knowingly entered a
☑ negotiated plea of ☑ guilty or ☐ nolo contendere.
☐ plea directly to the court of ☐ guilty or ☐ nolo contendere.

Defendant:
☐ was sentenced pursuant to ☐ §§16-93-301 et seq., or ☐ other §§ _____
☐ entered a plea and was sentenced by a jury.
☐ was found guilty by the court & sentenced by ☐ court ☐ jury.
☐ was found guilty at a jury trial & sentenced by ☐ court ☐ jury.
☐ was found guilty of lesser included offense by ☐ court ☐ jury.

| Sentence is a Departure ☐ Yes ☑ No | Sentence Departure is ☐ Durational or ☐ Dispositional. If durational, state how many months above/below the presumptive sentence: |
|---|---|

Departure Reason (See page 2 for a list of reasons)
Aggravating # _____ or Mitigating # _____ . For Agg. #17 or Mit. #9, or if departing from guidelines, please explain: _____

Sentence will run: ☐ Consecutive ☑ Concurrent
to Offense # All _____ or
Case # _____

Defendant's Full Name: Farella, Abigail E

| Reasons for Departure |
| :---: |
| (Please see complete list of departure criteria found at A.C.A. §16-90-804) |

| Aggravating | Mitigating |
| --- | --- |
| 1. Offender's conduct manifested deliberate cruelty to the victim during commission of current offense. | 1. Victim played an aggressive role or provoked the incident or was a willing participant. |
| 2. Offender knew victim vulnerable due to extreme youth, advanced age, disability or ill health. | 2. Offender played a minor or passive role in commission of the offense. |
| 3. Offense was major economic offense established by one of the following criteria: (a) multiple victims/incidents, (b) monetary loss substantially greater than typical, (c) degree of sophistication or time, (d) misuse of fiduciary duty, or (e) other similar conduct. | 3. Offender compensated/made an effort to compensate for damage or injury before detection. |
| | 4. Offender was lesser participant showing caution/concern for safety or well-being of victim. |
| 4. Current Offense was major controlled substance offense if two or more of the following are present: (a) Three or more separate transactions involve sale, transfer or possession with purpose; (b) Amount substantially larger than the statutory minimums which define the offense; (c) Offense involved a high degree of planning or lengthy period or broad geographic area; (d) Offender occupied a high position in the drug distribution hierarchy; (e) Offender misused position of trust or status or fiduciary duty to facilitate commission; (f) Offender has received substantial income or resources from drug trafficking. | 5. Offender or offender's children acted in response to continuing physical/sexual abuse by victim. |
| | 6. Policy on multiple offenses in single course of conduct in offender's prior criminal history results in sentence which is excessive for the offense. |
| | 7. Offender voluntarily admitted sexual offense and sought and participated in treatment before detection. |
| | 8. Offender made effort to provide assistance in investigation or prosecution of another as indicated by motion of state (can weigh timeliness of assistance, nature and extent of assistance, and truthfulness, completeness, and demonstrable reliability of info or testimony). |
| 5. Current offense is a felony and the offender employed a firearm in furtherance or flight unless such use is element of offense. | |
| 6. Current offense was sexual offense and part of pattern with same or different victims under eighteen manifested by multiple incidents over a prolonged period of time. | 9. Other |
| 7. Policy on multiple offenses in a single course of conduct in offender's prior criminal history results in a sentence that is clearly too lenient. | |
| 8. Offense was committed in manner that exposed risk of injury to others. | |
| 9. Offense was a violent or sexual offense committed in victim's zone of privacy. | |
| 10. Offender attempted to cover or conceal the offense by intimidation of witnesses, tampering of evidence, or misleading authorities. | |
| 11. Offense committed to avoid arrest or effecting an escape from custody. | |
| 12. Offender lacks minimum insurance in a vehicular homicide. | |
| 13. Statutory minimum sentence overrides the presumptive sentence. | |
| 14. Multiple concurrent sentences being entered at this time require a higher sentence. | |
| 15. Sentence is higher as a result of other charges being dropped or merged. | |
| 16. Sentence is outside the presumptive range but is not a departure due to statutory override or because the offender/offense is ineligible for a Community Correction Center. | |
| 17. Other. | |

**NOTE:**

**\* Defendant Sentence.** "Imposed ADC" means incarceration in an Arkansas Division of Correction facility. "Imposed Judicial Transfer" means incarceration in an Arkansas Division of Community Correction Center. "Imposed County Jail" means incarceration in a county jail facility. Indicate in months the total time the Defendant was sentenced to a term of incarceration. DO NOT INCLUDE TIME FOR SIS.

**# Victim Info.** For more than one victim, please use the "Additional Victim Information" page to disclose additional victim demographics. If there is no victim, check not applicable.

**+ A.C.A. # of Offense/Name of Offense & Probation/SIS Revocation.** If an offender is being sentenced as a result of a revocation of probation or SIS, check the box indicating this is a "Probation/SIS Revocation", and enter the A.C.A. number and name of the offense for which the defendant was originally convicted. Do not enter the code provision for revocation or the cause of the revocation.

Defendant's Full Name: Farella, Abigail E

| A.C.A. # of Offense/ Name of Offense+ | DRUG PARAPHERNALIA (FIRST OFFENSE - AFTER 7-28-21) | Case # | 2022-1028-2 |
|---|---|---|---|

**Offense #: 2**

| A.C.A. # of Original Charged Offense | 5-64-443(a)(1) | | |
|---|---|---|---|
| | | ATN BTN006625665 | Offense was ■ Nolle Prossed ☐ Dismissed ☐ Acquitted |
| | | Appeal from District Court ☐ Yes ■ No | Probation/SIS Revocation+ ☐ Yes ☐ No |

| Offense Date May 20, 2022 | Offense is ☐ Felony ■ Misd. ☐ Viol. | Offense Classification ☐ Y ■ A ☐ B ☐ C ☐ D ☐ U |
|---|---|---|

| Number of Counts: 1 | Criminal History Score 0 | Seriousness Level 2 | Defendant ☐ Attempted ☐ Solicited ☐ Conspired to commit the offense |
|---|---|---|---|

| Presumptive Sentence ☐ Prison Sentence of ____ to ____ months | ☐ Community Corrections Center | ☐ Alternative Sanction |
|---|---|---|

**Defendant Sentence*** (see Page 2)

Imposed ☐ ADC ☐ Jud. Tran. ☐ County Jail

If probation or SIS accompanied by period of confinement, state time: ____ days or ____ months.

_____ months

Sentence was enhanced _____ months, pursuant to

Probation _____ months

A.C.A. §§ _____

Enhancement(s) is to run: ☐ Concurrent ☐ Consecutive.

SIS _____ months

Defendant was sentenced as a habitual offender, pursuant to A.C.A. §5-4-501, subsection

Other ☐ Life ☐ LWOP ☐ Death

☐ (a) ☐ (b) ☐ (c) ☐ (d)

| Victim Info# (See page 2) ☐ N/A [Multiple Victims ☐ Yes ■ No] | Age | Sex ☐ Male ☐ Female | Race & Ethnicity ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic |
|---|---|---|---|

**Defendant voluntarily, intelligently, and knowingly entered a**
■ negotiated plea of ■ guilty or ☐ nolo contendere.
☐ plea directly to the court of ☐ guilty or ☐ nolo contendere.

Defendant:
☐ was sentenced pursuant to ☐ §§16-93-301 et seq., or ☐ other §§ ____
☐ entered a plea and was sentenced by a jury.
☐ was found guilty by the court & sentenced by ☐ court ☐ jury.
☐ was found guilty at a jury trial & sentenced by ☐ court ☐ jury.
☐ was found guilty of lesser included offense by ☐ court ☐ jury.

| Sentence is a Departure ☐ Yes ■ No | Sentence Departure is ☐ Durational or ☐ Dispositional. If durational, state how many months above/below the presumptive sentence: |
|---|---|

**Departure Reason** (See page 2 for a list of reasons)

Aggravating # _____ or Mitigating # _____. For Agg. #17 or Mit. #9,

or if departing from guidelines, please explain: _____

Sentence will run: ☐ Consecutive
Concurrent ■
to Offense # All _____ or
Case # _____

---

**Offense #: 3**

| A.C.A. # of Offense/ Name of Offense+ | | Case # | |
|---|---|---|---|

| A.C.A. # of Original Charged Offense | | ATN | |
|---|---|---|---|
| | | | Offense was ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted |
| | | Appeal from District Court ☐ Yes ■ No | Probation/SIS Revocation+ ☐ Yes ☐ No |

| Offense Date | Offense is ☐ Felony ☐ Misd. ☐ Viol. | Offense Classification ☐ Y ☐ A ☐ B ☐ C ☐ D ☐ U |
|---|---|---|

| Number of Counts: | Criminal History Score | Seriousness Level | Defendant ☐ Attempted ☐ Solicited ☐ Conspired to commit the offense |
|---|---|---|---|

| Presumptive Sentence ☐ Prison Sentence of ____ to ____ months | ☐ Community Corrections Center | ☐ Alternative Sanction |
|---|---|---|

**Defendant Sentence*** (see Page 2)

Imposed ☐ ADC ☐ Jud. Tran. ☐ County Jail

If probation or SIS accompanied by period of confinement, state time: ____ days or ____ months.

_____ months

Sentence was enhanced _____ months, pursuant to

Probation _____ months

A.C.A. §§ _____

Enhancement(s) is to run: ☐ Concurrent ☐ Consecutive.

SIS _____ months

Defendant was sentenced as a habitual offender, pursuant to A.C.A. §5-4-501, subsection

Other ☐ Life ☐ LWOP ☐ Death

☐ (a) ☐ (b) ☐ (c) ☐ (d)

| Victim Info# (See page 2) ☐ N/A [Multiple Victims ☐ Yes ☐ No] | Age | Sex ☐ Male ☐ Female | Race & Ethnicity ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic |
|---|---|---|---|

**Defendant voluntarily, intelligently, and knowingly entered a**
■ negotiated plea of ☐ guilty or ☐ nolo contendere.
☐ plea directly to the court of ☐ guilty or ☐ nolo contendere.

Defendant:
☐ was sentenced pursuant to ☐ §§16-93-301 et seq., or ☐ other §§ ____
☐ entered a plea and was sentenced by a jury.
☐ was found guilty by the court & sentenced by ☐ court ☐ jury.
☐ was found guilty at a jury trial & sentenced by ☐ court ☐ jury.
☐ was found guilty of lesser included offense by ☐ court ☐ jury.

| Sentence is a Departure ☐ Yes ■ No | Sentence Departure is ☐ Durational or ☐ Dispositional. If durational, state how many months above/below the presumptive sentence: |
|---|---|

**Departure Reason** (See page 2 for a list of reasons)

Aggravating # _____ or Mitigating # _____. For Agg. #17 or Mit. #9,

or if departing from guidelines, please explain: _____

Sentence will run: ☐ Consecutive
Concurrent ☐
to Offense # All _____ or
Case # _____

Defendant's Full Name: Farella, Abigail E

## Special Conditions

### Sex Offenses

Defendant has been adjudicated guilty of an offense requiring sex offender registration and must complete the Sex Offender Registration Form and pay the Mandatory Sex Offender Fee of $250.  ☐ Yes  ☑ No

Defendant has committed an aggravated sex offense as defined in A.C.A. §12-12-903.  ☐ Yes  ☑ No

Defendant is alleged to be a sexually dangerous person and is ordered to undergo an evaluation at a facility designated by A.D.C. pursuant to A.C.A. §12-12-918.  ☐ Yes  ☑ No

Defendant, who has been adjudicated guilty of an offense requiring registration, has been adjudicated guilty of a prior sex offense under a separate case number.  ☐ Yes  ☑ No
If yes, list prior case numbers:

### Domestic Violence Offenses

Defendant has been adjudicated guilty of a domestic-violence related offense and **must pay** additional court costs of $25 pursuant to §16-10-305.  ☐ Yes  ☑ No

Defendant was originally charged with a domestic-violence related offense.  ☐ Yes  ☑ No
If yes, state the A.C.A. # of the offense:

If yes to either question, identify the relationship of the victim to the Defendant by offense number.

### DNA Sample/Qualifying Offense

Defendant has been adjudicated guilty of a qualifying offense or repeat offense (as defined in A.C.A. §12-12-1103).  ☐ Yes  ☐ No
Defendant is ordered to have a DNA sample drawn at ☐ A.C.C. facility ☐ the A.D.C. or
☐ other

### Drug Crime

Defendant has been convicted of a drug crime, as defined in §12-17-101.  ☐ Yes  ☐ No

## Fines, Fees, Restitution

| | |
|---|---|
| Court Costs | $150 |
| Fines | $500 |
| Booking/Admin Fees ($40) | $40 |
| Drug Crime Assessment Fee ($125) | $ |
| DNA Sample Fee ($250) | $ |
| Children's Advocacy Center Fund Fee | $ |
| Public Defender User Fee | $ |
| Public Defender Attorney Fee | $500 |
| Other (explain) | |

Restitution $_____ Payable to [If multiple beneficiaries, give names and payment priority] _____
Terms
☐ Due Immediately
☑ Installments of: $50 + $5 collection fee to begin 120 days from plea
☐ Payments must be made within _____ days of release from A.D.C.
☐ Upon release from confinement, Defendant must return to court to establish payment of restitution
☐ Restitution is joint and several with co-defendant(s) who was found guilty – List name(s) and case number(s) _____

## Sentence Options

Defendant was convicted of a target offense(s) and is sentenced pursuant to provisions of the Community Punishment Act.  ☐ Yes ☐ No
The Court hereby orders a judicial transfer to the AR Division of Community Correction.  ☐ Yes ☐ No
Pursuant to the Community Punishment Act, the Defendant shall be eligible to have his/her records sealed ☐ Yes ☐ No

Extended Juvenile Jurisdiction Applied ☐ Yes ☑ No

JAIL TIME CREDIT  38

TOTAL TIME TO BE SERVED FOR ALL OFFENSES
In months: _____  ☐ Life  ☐ LWOP

Death Penalty ☐ Yes ☑ No

If Yes, State Execution Date:

DEFENDANT IS ASSIGNED TO:  ☐ ADC  ☐ ADC, Admin.Transfer NOT Authorized  ☐ CCC  ☐ COUNTY JAIL  ☐ PROBATION  ☐ SIS

Conditions of disposition or probation are attached. ☐ Yes ☑ No

A copy of the pre-sentence investigation on sentencing information is attached ☐ Yes ☑ No  ☐ Defendant is subject to delayed release pursuant to A.C.A. § 5-4-405.

A copy of the Prosecutor's Short Report is attached ☐ Yes ☑ No

DEFENDANT WAS INFORMED OF APPELLATE RIGHTS ☑ Yes ☐ No  Appeal Bond $

The County Sheriff is hereby ordered to: ☐ transport the defendant to county jail ☐ take custody for referral to CCC ☐ transport to ADC

Defendant shall report to ACC probation officer for report date to CCC ☐ Yes ☑ No

## Signature

Prosecuting Attorney/Deputy (Print Name): Sharon Nowlin

Signature: _____  Date: July 25, 2023

Circuit Judge (Print Name): Brad Karren

Signature: _____  Date: 8-14-23

Additional Info: Payment schedule to occur as determined by plea agreement.

Defendant's Full Name: Farella, Abigail E

## Additional Victim Information

[CHECK ALL THAT APPLY]
[DO NOT ENTER THE NAME OF ANY VICTIM]

| Offense # | Victim # | Age | Sex | Race/Ethnicity |
|---|---|---|---|---|
| | | | ☐ Male ☐ Female | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
| | | | ☐ Male ☐ Female | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
| | | | ☐ Male ☐ Female | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
| | | | ☐ Male ☐ Female | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
| | | | ☐ Male ☐ Female | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
| | | | ☐ Male ☐ Female | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
| | | | ☐ Male ☐ Female | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
| | | | ☐ Male ☐ Female | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
| | | | ☐ Male ☐ Female | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
| | | | ☐ Male ☐ Female | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
| | | | ☐ Male ☐ Female | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
| | | | ☐ Male ☐ Female | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
| | | | ☐ Male ☐ Female | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
| | | | ☐ Male ☐ Female | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
| | | | ☐ Male ☐ Female | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
| | | | ☐ Male ☐ Female | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
| | | | ☐ Male ☐ Female | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
| | | | ☐ Male ☐ Female | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
| | | | ☐ Male ☐ Female | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
| | | | ☐ Male ☐ Female | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
| | | | ☐ Male ☐ Female | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
| | | | ☐ Male ☐ Female | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
| | | | ☐ Male ☐ Female | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
| | | | ☐ Male ☐ Female | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
| | | | ☐ Male ☐ Female | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
| | | | ☐ Male ☐ Female | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |
| | | | ☐ Male ☐ Female | ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Unknown ☐ Other ☐ Hispanic |

Revised: July 2021

04CR-2023-330-2

_Redacted_

IN THE __Circuit__ COURT OF BENTON COUNTY, ARKANSAS

STATE OF ARKANSAS                                                PLAINTIFF

CASE NO: _____

Bryan Alarcon                                                    DEFENDANT

### NO CONTACT ORDER/CONDITIONS OF RELEASE

Now on this __20th__ day of __February__, 20 __23__ the Defendant, having been charged with __Rape + Agg. Assault +__ IS HEREBY ORDERED:
__Sexual Assault 4th Degree__

1. **YOU ARE ORDERED NOT TO CONTACT** ▓▓▓▓▓▓ Juvenile _____ (hereafter referred to as "Complainant") either in person, by telephone, in writing, electronically, or otherwise, either directly or indirectly, or through another person, and stay at least 1500 feet away from Complainant, <u>even if Complainant seems to allow or request contact.</u>

2. **YOU ARE ORDERED TO IMMEDIATELY LEAVE AND/OR STAY AWAY FROM COMPLAINANT'S RESIDENCE AND WORKPLACE.** (Listed below ONLY if available and not confidential)

   _____

3. **YOU ARE ORDERED NOT TO BE IN POSSESSION** of any firearms or ammunition, alcohol, illegal <u>controlled substances</u>, or any controlled substance for which you do not currently have a valid prescription.

4. **YOU ARE ALSO ORDERED:** _____

**THIS ORDER SHALL REMAIN IN EFFECT UNTIL MODIFIED OR TERMINATED BY SUBSEQUENT ORDER OF A COURT WITH JURISDICTION OVER THE ABOVE MENTIONED CASE OR UNTIL FINAL DISPOSITION OF THE UNDERLYING CASE BY THE APPORPRIATE COURT.**

A Violation of this No Contact Order may constitute a separate criminal offense punishable as a Class "A" Misdemeanor under A.C.A. 16-85-714(d). A Class "A" misdemeanor is punishable by up to one year in jail and/or up to $2,500 in fines. This Order issued under A.C.A. 16-85-714 <u>AND</u> Rules 9.3, 9.4, and 9.5 of the Arkansas Rules of Criminal Procedure.

In addition to the potential penalties listed in A.C.A. 16-85-714, a law enforcement officer having reasonable grounds to believe that you have violated the conditions of your release under Rule 9.3 (Arkansas Rules of Criminal Procedure) is authorized to arrest you and take you forthwith before any judicial officer having jurisdiction when it would be impracticable to secure a warrant pursuant to Rule 9.5 (Arkansas Rules of Criminal Procedure). After a hearing and upon a finding that you have willfully violated reasonable conditions or terms of an order under Rule 9.3, the judicial officer may impose different or additional conditions upon you or revoke your release.

Date: __Feb. 20, 2023__                          Hon. Judge __A.J. Anglin__

By signing below, Defendant acknowledges receipt of a copy of this No Contact Order:

Defendant's Signature __Bryan A__          Date: __2/20/23 @ 0646__

And/Or Served on __2__ / __10__ /20__23__ by Officer/Deputy __M. Deppen__



EXHIBIT 5
WIT: Anglin
DATE: 4/5/2024
DANA HAYDEN

IN THE CIRCUIT COURT OF _____ COUNTY, ARKANSAS

_____DIVISION

STATE OF ARKANSAS                                                          PLAINTIFF

V.                                     CASE No._____

_____                                                   DEFENDANT

## *AFFIDAVIT OF INDIGENCY*

_____, the defendant in the above-captioned proceeding, being first duly sworn on oath, deposes and states:

**A. PUBLIC DEFENDER INFORMATION**

I have been evaluated by the office of the state public defender:     ( )Yes     ( )No

If yes, I have been found:     ( )Eligible     ( )Ineligible     ( )Partially Eligible

**B. PERSONAL INFORMATION**

Date of Birth: _____

Martial Status:     ( )Single     ( )Married     ( )Separated     ( )Divorced

Children and Ages:_____, _____, _____, _____

Do these children live in the home?     ( )Yes     ( )No

Do any other persons live in your home?     ( )Yes     ( )No

If yes, explain: _____

**C. EMPLOYMENT INFORMATION**

Current Employer: _____

Address and Telephone of Employer: _____

Supervisor:_____Net or take home pay: $ _____per: _____

If married and not separated:

Spouse's Employer: _____

Address and Telephone of Employer: _____

Supervisor: _____ Net or take home pay: $ _____per: _____

**D. ASSETS** (Include assets of spouse if married and not separated)

| | | | |
|---|---|---|---|
| Cash: | $ _____ | Stocks/Bonds: | $ _____ |
| Savings: | $ _____ | Cash Value Life Insurance: | $ _____ |
| Checking: | $ _____ | Other: | $ _____ |

**E. NON-LIQUID ASSETS** (Equity = value - money owed) (Include assets of spouse if married and not separated)

Real Estate (house):     $ _____

Vehicles (car, truck, cycle):     $ _____

Other:     $ _____

**F. LIABILITIES** (Money owed, including that of your spouse if married and not separated) (Include source, reason, amount and monthly payment)

| SOURCE | REASON | TOTAL AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

EXHIBIT 6
WIT: Anglin
DATE: 4/15/2024
DANA HAYDEN

## G. AVERAGE MONTHLY BUDGET

House (rent, mortgage): $ _____
Food:                   $ _____          Utilities:                    $ _____
Transportation:         $ _____          Health/Vehicle Insurance:     $ _____
Day Care:               $ _____          Child Support:                $ _____
Recurring Medical:      $ _____          Recurring Prescription Drugs  $ _____
Educational:            $ _____          Court Proceeding:             $ _____

## H. FAILED ATTEMPTS TO SECURE LEGAL COUNSEL

(List names and addresses of attorneys whom you have consulted)

_____
_____
_____
_____

I swear that the above statements are true and correct to the best of my knowledge and recollection; that I have not sold or disposed of any assets for less than their fair market value prior to the commencement of the above-captioned proceeding in order to obtain appointed counsel; and that I understand that furnishing false information under oath may subject me to a criminal prosecution, with a possible punishment of up to 6 years in the Arkansas Department of Corrections and a fine of up to $10,000. Further, I state that any change in my financial condition will be reported to both this Court and appointed counsel immediately.

In exchange for legal representation provided by the State, I, _____, agree to pay the amount ordered by the Court, both upon the initial Appointment of an Attorney (user fee) and for any amount ordered by the Court after the case has concluded (attorney fee).

Your state income tax refund, legal settlements or favorable verdicts, lottery winnings, or any moneys or property forfeited by the State shall be intercepted to satisfy this debt under Ark. Code Ann. § 16-87-217.

_____
Defendant

Subscribed and sworn to before me this _____ day of _____, 20___.

_____
State of Arkansas Notary Public

My commission expires: _____

_____        _____
JUDGE                                     DATE