1              IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
2                   FAYETTEVILLE DIVISION

3  ABIGAIL FARELLA and LOGAN W.        )
   MURPHY, on behalf of themselves     )
4  and all others similarly           )
   situated,                          )
5                                      )
                PLAINTIFFS,            )  CASE NO.
6                                      )  5:22-CV-05121-TLB
   VS.                                 )
7                                      )
   DISTRICT JUDGE A.J. ANGLIN;         )
8  GREGG PARRISH EXECUTIVE DIRECTOR    )
   OF ARKANSAS PUBLIC DEFENDER         )
9  COMMISSION; JAY SAXTON, CHIEF       )
   BENTON COUNTY PUBLIC DEFENDER,      )
10                                     )
                DEFENDANTS.            )
11

12         ------------------------------------

13               ORAL DEPOSITION OF

14                  LOGAN MURPHY

15                 April 5, 2024

16         ------------------------------------

17     ORAL DEPOSITION OF LOGAN MURPHY, produced as a

18  witness at the instance of DEFENDANT ANGLIN, and duly

19  sworn, was taken in the above-styled and numbered

20  cause on the 5th day of April, 2024, from 8:43 a.m. to

21  9:24 a.m., before Dana Hayden, CCR in and for the

22  State of Arkansas, RMR, CRR, CRC, reported by machine

23  shorthand, at Friday, Eldredge Clark, Rogers,

24  Arkansas, pursuant to the Federal Rules of Civil

25  Procedure.

> **EXHIBIT**
>
> 2



**ARKANSAS**
R E A L T I M E   R E P O R T I N G

1                            APPEARANCES

2   FOR THE PLAINTIFFS:

3       Mr. Doug Norwood
        Ms. Alison Lee
4       Norwood & Norwood, P.A.
        2001 South Dixieland Road
5       Rogers, Arkansas 72758
        (479) 235-4600
6       Doug@norwoodattorneys.com
        Alison@norwoodattorneys.com
7

8   FOR THE DEFENDANT DISTRICT JUDGE A.J. ANGLIN:

9       Ms. Christine Cryer
        Mr. Justin Brascher
10      Arkansas Attorney General's Office
        323 Center Street, Suite 200
11      Little Rock, Arkansas 72201
        (501) 682-2029
12      Christine.cryer@arkansasag.gov

13

    FOR THE DEFENDANTS GREGG PARRISH, EXECUTIVE DIRECTOR
14  OF ARKANSAS PUBLIC DEFENDER COMMISSION; JAY SAXTON,
    CHIEF BENTON COUNTY PUBLIC DEFENDER:
15
        Ms. Katherine C. Campbell
16      Friday, Eldredge & Clark, LLP
        3350 S. Pinnacle Hills Parkway, Suite 301
17      Rogers, Arkansas 72758
        (479) 695-6040
18      Kcampbell@fridayfirm.com

19


20  ALSO PRESENT:

21      Mr. Gregg Parrish

22      District Judge A.J. Anglin

23

24

25



www.ArkansasRealtimeReporting.com

FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
MURPHY, LOGAN on 04/05/2024                                          3

```
                    I N D E X

                  April 5, 2024

                                              PAGE:

Stipulations                                    1

Appearances                                     2

Reporter Certification                          38


WITNESS: LOGAN MURPHY

    Examination By Ms. Cryer                     4



                    EXHIBITS

NO.              DESCRIPTION                   MARKED

Exhibit 1        Affidavit of Probable Cause     34
```

FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
MURPHY, LOGAN on 04/05/2024                                                    4

```
 1                    ***** PROCEEDINGS *****

 2                       LOGAN MURPHY,

 3     having been first duly sworn, testified as follows:

 4                       EXAMINATION

08:43AM  5     BY MS. CRYER:

 6     Q.    Good morning, Mr. Murphy.  I introduced myself

 7     before we came in this morning.  I'm Christine Cryer.

 8     I'm a senior assistant attorney general.  I am

 9     representing Judge Anglin in a lawsuit that you and

08:43AM 10     Ms. Farella have filed against him and others.

11              I know that your attorney, before we

12     went on the record, gave you one of the things that I

13     call a ground rule for taking a deposition, and before

14     I start asking you substantive questions, I want to

08:43AM 15     see if you and I can get agreement on some things,

16     okay.

17     A.    All right.

18     Q.    All right.  I am going to ask you a series of

19     questions this morning.  If it is a question that can

08:44AM 20     be answered with a "yes" or "no," if you'll try and

21     remember to say "yes" or "no" rather than "uh-huh" or

22     "huh-uh," shaking, nodding your head.  Those are

23     things we do in conversation every day, but because we

24     have a court reporter that's going to take down

08:44AM 25     everything that everyone in the room says, we need to
```



**www.ArkansasRealtimeReporting.com**

| | | |
|---|---|---|
| | 1 | make sure that we have a record that accurately |
| | 2 | reflects what your response is. |
| | 3 | A.    All right. |
| | 4 | Q.    So if I ask you, "Was that a 'yes,'" or, "Was |
| 08:44AM | 5 | that a 'no'," I'm not trying to be rude.  I'm purely |
| | 6 | trying to make sure that we have an accurate record, |
| | 7 | okay? |
| | 8 | A.    You got it. |
| | 9 | Q.    You're also doing a wonderful job of waiting |
| 08:44AM | 10 | until I finish asking my question before you start |
| | 11 | giving me your answer.  If we can try and both |
| | 12 | remember to do that throughout the deposition, that |
| | 13 | makes it, again, much easier for the court reporter to |
| | 14 | document what your response was, what my question was, |
| 08:44AM | 15 | or any question that anyone else asked, okay? |
| | 16 | A.    Okay. |
| | 17 | Q.    All right.  It is -- I have not had caffeine |
| | 18 | this morning.  I sometimes ask questions and I try and |
| | 19 | do my best to make sure that they make sense, but |
| 08:45AM | 20 | every once in a while, I get one wrong. |
| | 21 | A.    Okay. |
| | 22 | Q.    If I ask you a question that you do not |
| | 23 | understand, would you please tell me you do not |
| | 24 | understand the answer [sic] and I will do my absolute |
| 08:45AM | 25 | best to rephrase it. |



FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
MURPHY, LOGAN on 04/05/2024                                      6

```
          1   A.    All right.
          2   Q.    All right.  If, on the other side of that, if
          3   you give me an answer to a question, I'm going to
          4   assume that you understood my question and that you
08:45AM   5   were giving me your correct answer in response to it,
          6   okay?
          7   A.    Okay.
          8   Q.    All right.  This is not going to be a marathon.
          9   I do not anticipate it lasting very long, but if for
08:45AM  10   any reason you need to take a break, please let me
         11   know.  The only thing that I would ask is if I've
         12   asked you a question, I'm going to ask you to give --
         13   provide me a response to that question before you take
         14   a break.
08:45AM  15   A.    Okay.
         16   Q.    And then if you need to speak with your
         17   attorney, go to the restroom, make a phone call,
         18   anything like that, that will be fine, okay?
         19   A.    All right.
08:45AM  20   Q.    All right.  Would you please state your full
         21   name for the record.
         22   A.    Logan Wade Murphy.
         23   Q.    All right.  And what -- I don't need a specific
         24   address, but what city do you reside in?
08:46AM  25   A.    Centerton.
```



**www.ArkansasRealtimeReporting.com**

FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
MURPHY, LOGAN on 04/05/2024                                                    7

|        |    |                                                                    |
|--------|----|--------------------------------------------------------------------|
|        | 1  | Q.    How long have you lived in Centerville?                       |
|        | 2  | A.    That's Centerton.                                             |
|        | 3  | Q.    Centerton.  I'm so sorry.  Again, haven't had my              |
|        | 4  | coffee.  I apologize.                                               |
| 08:46AM | 5  | A.    Twenty-three years.                                          |
|        | 6  | Q.    All right.  Would that make you 23 years old?                 |
|        | 7  | A.    Yes, ma'am.                                                   |
|        | 8  | Q.    All right.  Are you currently employed?                       |
|        | 9  | A.    Yes, ma'am.                                                   |
| 08:46AM | 10 | Q.    Where are you employed?                                      |
|        | 11 | A.    Just started a job with -- it's like a car wash              |
|        | 12 | installation --                                                    |
|        | 13 | Q.    Okay.                                                         |
|        | 14 | A.    -- thing.                                                     |
| 08:46AM | 15 | Q.    All right.  Have you ever had your deposition               |
|        | 16 | taken before?                                                      |
|        | 17 | A.    No, I don't think so.                                        |
|        | 18 | Q.    Okay.  I'm going to ask you some questions                    |
|        | 19 | specific to your lawsuit.  Again, some of those                    |
| 08:46AM | 20 | questions may be a little bit uncomfortable, and I'm              |
|        | 21 | not trying to do that.  I just need to make sure that              |
|        | 22 | I understand the reasons for the lawsuit, okay?                    |
|        | 23 | A.    All right.                                                   |
|        | 24 | Q.    All right.  Where did you attend school?                     |
| 08:47AM | 25 | A.    Bentonville West High School.                               |

| | | |
|---|---|---|
| | 1 | Q.    And -- |
| | 2 | A.    You're talking about just, like -- |
| | 3 | Q.    Yes. |
| | 4 | A.    Okay.  That's what I thought. |
| 08:47AM | 5 | Q.    And did you graduate? |
| | 6 | A.    No.  I dropped out, got my GED. |
| | 7 | Q.    All right.  What year did you drop out? |
| | 8 | A.    2018. |
| | 9 | Q.    What grade? |
| 08:47AM | 10 | A.    Junior. |
| | 11 | Q.    Junior?  And what year did you obtain your GED? |
| | 12 | A.    2021. |
| | 13 | Q.    Okay. |
| | 14 | A.    Yeah. |
| 08:47AM | 15 | Q.    One of the things I also did not say is if I ask |
| | 16 | you a specific question about a date, if you remember |
| | 17 | the date, that's great; and if you don't, you can give |
| | 18 | me a general -- |
| | 19 | A.    That's a rough estimate. |
| 08:47AM | 20 | Q.    And that's perfectly fine.  Something like that |
| | 21 | is not something that I will hold you to and come |
| | 22 | back.  I don't go back and check on your educational |
| | 23 | background or anything like that. |
| | 24 | A.    All right. |
| 08:48AM | 25 | Q.    This just helps me to get to know you a little |



FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
MURPHY, LOGAN on 04/05/2024

9

```
 1  better.
 2  A.      Awesome.
 3  Q.      Does your family reside in Centerton?
 4  A.      Some, yes.
08:48AM  5  Q.      All right.  Who resides in Centerton?
 6  A.      My grandpa.
 7  Q.      All right.  What is his name?
 8  A.      Alvin.
 9  Q.      Any other family members reside in Centerton?
08:48AM 10  A.      My Uncle Devin.
11  Q.      All right.  And this may seem like a silly
12  question.  Is your uncle over the age of 18?
13  A.      Yeah.
14  Q.      All right.
08:48AM 15  A.      I hope so.
16  Q.      All right.  One of the reasons that I ask this,
17  if I'm not mistaken, I believe a jury trial has been
18  requested.  Trying to go back and look quickly.  If it
19  is set for a jury trial, I kind of want to know if
08:48AM 20  there are family members that could potentially be on
21  a jury panel.  I don't -- I'm not going to contact
22  your jury -- your family members or anything like
23  that; that's just my reason for asking about family
24  members.
08:48AM 25  A.      Okay.
```



FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
MURPHY, LOGAN on 04/05/2024

10

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | Q.    All right.  So the lawsuit that you filed was          |
|       | 2  | back in '22, and it involves an arrest that occurred          |
|       | 3  | in, I believe, June of '22.  Is that what you under --        |
|       | 4  | A.    Yeah.                                                   |
| 08:49AM | 5 | Q.    Do you recall being arrested in June of '22?          |
|       | 6  | A.    Yeah.                                                   |
|       | 7  | Q.    Okay.  Before June of '22, had you ever been          |
|       | 8  | arrested?                                                     |
|       | 9  | A.    Yes.                                                    |
| 08:49AM | 10 | Q.    All right.  How many times?                          |
|       | 11 | A.    I believe I was arrested once, when I first           |
|       | 12 | turned 18.                                                    |
|       | 13 | Q.    Okay.  Where were you arrested?                        |
|       | 14 | A.    Centerton.                                             |
| 08:49AM | 15 | Q.    And do you recall what you were arrested for?        |
|       | 16 | A.    No.  I just, I spent the night, and that's it.        |
|       | 17 | Q.    Were you released the next day, as far as you         |
|       | 18 | remember?                                                     |
|       | 19 | A.    Yeah.                                                   |
| 08:50AM | 20 | Q.    All right.                                           |
|       | 21 | A.    Like, they just held me overnight.                    |
|       | 22 | Q.    Okay.  So --                                           |
|       | 23 | A.    Oh, I remember.                                        |
|       | 24 | Q.    Okay.                                                  |
| 08:50AM | 25 | A.    It was distributing to the delinquency of a         |

FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
MURPHY, LOGAN on 04/05/2024

11

```
        1   minor.   Because I just turned 18, and they just -- and
        2   they just had to get me with something, I guess.
        3              But, yeah, I was drinking, and I had
        4   somebody who was younger than 18, but I gave them
08:50AM 5   alcohol.   Even though they're, like, still, you know,
        6   like, 17.   Like, I'm still underage.   I was 18, so
        7   they hit me with that.
        8   Q.    Okay.
        9   A.    But that's been expunged and -- you know.
08:50AM 10  Q.    Which is fine.   And, again, I'm just trying to
        11  make sure that I know how many times.   I'm not
        12  judging, and I promise I'm not asking who else was
        13  there or anything else for that reason.
        14             Any other times that you can think of
08:50AM 15  that you were arrested before June of '22?
        16  A.    Not that I can think of.
        17  Q.    Okay.   Let's go ahead, and I want to talk about
        18  the arrest that occurred in June of '22.
        19  A.    Okay.
08:51AM 20  Q.    And let me ask.   Before we do that, to your
        21  knowledge, do -- are you able to remember those
        22  events?
        23  A.    I remember after quite a bit, but, like, leading
        24  up to it --
08:51AM 25  Q.    Yes.
```



|          | 1  | A.    -- I was kind of in a weird mental state.  So I |
|----------|----|------|
|          | 2  | don't know.  I can't really remember much or why or |
|          | 3  | even what was said, like, during the arrest or |
|          | 4  | anything.  I can't even recall.  I just remember |
| 08:51AM  | 5  | getting arrested and running, yeah. |
|          | 6  | Q.    Okay.  Had you consumed alcohol or consumed any |
|          | 7  | medication, anything that would have caused you to not |
|          | 8  | be able to recall the events of that night? |
|          | 9  | A.    I mean, yeah, I guess.  If you -- like, I mean, |
| 08:51AM  | 10 | if that makes you not recall stuff, yeah. |
|          | 11 | Q.    Maybe I can ask a -- |
|          | 12 | A.    Well, I wasn't -- to be more specific, I wasn't |
|          | 13 | drunk or high. |
|          | 14 | Q.    Okay. |
| 08:52AM  | 15 | A.    I was -- I had dranked earlier that day, like, a |
|          | 16 | little bit of a margarita. |
|          | 17 | Q.    Okay. |
|          | 18 | A.    And -- but I wasn't, like, overly intoxicated, |
|          | 19 | where I should -- I should be able to recall things. |
| 08:52AM  | 20 | Q.    Okay. |
|          | 21 | A.    It's just mental state wasn't there. |
|          | 22 | Q.    Had you consumed any drugs? |
|          | 23 | A.    No. |
|          | 24 | Q.    Illegal, anything else? |
| 08:52AM  | 25 | A.    (Shakes head back and forth.) |



**ARKANSAS**
REALTIME REPORTING

FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
MURPHY, LOGAN on 04/05/2024                                                    13

```
       1   Q.    All right.

       2   A.    No, I'm a drinker.

       3   Q.    Again, I'm not judging.  Simply, I promise

       4   you --

08:52AM  5   A.    I understand.

       6   Q.    Just asking questions.  All right.

       7                 Do you recall, were you arrested during

       8   the day or during the evening?

       9   A.    Evening.

08:52AM 10   Q.    Evening?

      11   A.    Like early morning, evening.

      12   Q.    Middle of the night?

      13   A.    Yeah.

      14   Q.    Fair?  Okay.  Do you recall where you were

08:52AM 15   arrested?

      16   A.    A gas station.  I forget.  It's like a Casey's

      17   or Kum & Go something like that, but it was in Lowell,

      18   I know that.  That's where I was -- I'm still paying

      19   fines.

08:52AM 20   Q.    In Lowell?

      21   A.    Yeah.

      22   Q.    All right.  When you were arrested, do you by

      23   any chance recall who it was that transport -- I

      24   assume you were taken, once you were arrested, you

08:53AM 25   were taken to --
```



**www.ArkansasRealtimeReporting.com**

FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
MURPHY, LOGAN on 04/05/2024

14

```
 1    A.    No, I don't know his name.

 2    Q.    Okay.

 3    A.    Are you talking about the officer who --

 4    Q.    Yes.

 5    A.    No, I don't know his name.  I remember he had a

 6    short, like, military-style haircut with a tattoo,

 7    like, on his right sleeve.  Looked new-ish, definitely

 8    hadn't been on force that long, at most five years, I

 9    would say.

10    Q.    Okay.

11    A.    Because he's young.

12    Q.    Okay.  Where did he take you?

13    A.    Straight to the -- where they, like, put you in

14    this little cage-looking thing.  I would sit and make

15    you wait until they figure out what to do with you, I

16    guess.  I forget where it was.  I think it was at

17    Bentonville, somewhere.

18          I remember we took off -- we got out at

19    exit, where you go towards the community college.  So

20    I think that's -- I don't remember what exit it's

21    called, but we went to the -- yeah, I guess it would

22    be the Bentonville police station.

23    Q.    Okay.

24    A.    I just, I wasn't looking around or anything.  I

25    was just kind of talking to him and freaking out.
```

08:53AM (lines 5, 10, 15, 20, 25)

FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
MURPHY, LOGAN on 04/05/2024

15

|   | 1 | Q.    Do you recall what happened after they took you |
|---|---|---|
|   | 2 | to the Bentonville police station? |
|   | 3 | A.    Yeah.  I sat in a -- I sat in a little, like, |
|   | 4 | holding area for a minute.  They -- |
| 08:54AM | 5 | Q.    At the police station? |
|   | 6 | A.    Yeah. |
|   | 7 | Q.    Okay. |
|   | 8 | A.    They were going to -- I thought they were going |
|   | 9 | to do a blood test, but then they came back, said it |
| 08:54AM | 10 | wasn't needed.  And then they just sat me in a chair. |
|   | 11 | I did paperwork or something or I signed something |
|   | 12 | while he was talking to me and then took me to jail. |
|   | 13 | Q.    Do you remember what you signed? |
|   | 14 | A.    I don't know. |
| 08:54AM | 15 | Q.    Okay.  Do you remember if he gave you a copy of |
|   | 16 | it? |
|   | 17 | A.    No. |
|   | 18 | Q.    Okay.  Who -- how did you then get to jail? |
|   | 19 | A.    They took me. |
| 08:54AM | 20 | Q.    Was it the same officer that had arrested you? |
|   | 21 | A.    Maybe?  I'm not sure if it was. |
|   | 22 | Q.    Okay. |
|   | 23 | A.    That I can't recall. |
|   | 24 | Q.    Tell me what the process was once you arrived at |
| 08:55AM | 25 | jail. |



08:55AM

1    A.    So I sat in the booking area and then waited for

2    them to find a place for me.  Then I went in there and

3    did my fingerprints and all that.  Then I went to the

4    holding, the pod.  And then I sat in there for, I

5    think it was, like, a day at most, and they got me in

6    to see my bond hearing.

7    Q.    Can you describe for me what was the pod area

8    where they housed you?  What did it look like?

9    A.    It was just a big area for inmates.  It was just

10   like an open area with a bunch of -- it looks like --

11              MR. NORWOOD:  Put your arm down.  I've

12          got to be able to see you.

13              THE WITNESS:  Oh, okay.

14   A.    It's like a cafeteria area basically, like you

15   see at school, but a lot more depressing.

16   Q.    Were there other individuals that had been

17   arrested there --

18   A.    Yes.

19   Q.    -- in there with you?

20   A.    Yeah.  It was like a -- it was D pod, felony

21   pod.

22   Q.    Had you ever been inside D pod before?

23   A.    No.

24   Q.    All right.  Do you recall how many other

25   individuals were in D pod with you?



1    A.    I definitely wasn't counting.  So, no.  I don't

2    know.

3    Q.    Okay.

4    A.    Probably no more than 30.

08:56AM    5    Q.    Okay.

6    A.    In my pod.

7    Q.    Sure.  Do you know right offhand how many pods

8    they have at the Benton County Jail?

9    A.    They usually have four on -- two on each side.

08:56AM    10    I would say probably, like, 20 pods.  Like 20 little

11    rooms.

12               They have different pods.  They have,

13    like, D pod, E pod, and, like, H pod or F pod for the

14    females.  But then they have, like, specific numbers

08:57AM    15    for, like, the rooms that they housed all the inmates

16    in.  So, like -- you have, like, 20 inmates in this

17    one room and it's like D-130, then D-132 with a list.

18    Yeah, kind of like that.

19    Q.    In order for you to sleep, did you have your own

08:57AM    20    cell or your own room that you got to go into?

21    A.    I mean, yeah.  I was -- I wasn't alone in there.

22    I had another inmate in there.  But, yeah, I had my

23    own, like, room.

24    Q.    Okay.  And I guess I'm trying to find out.

08:57AM    25    There are some jails and prisons where you have what's



FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
MURPHY, LOGAN on 04/05/2024                                          18

```
        1   kind of called an open-style barrack.  So you have,
        2   like, one large room --
        3   A.     Yeah.
        4   Q.     -- and you have beds all throughout it?
08:57AM 5   A.     I never got in that part.
        6   Q.     Okay.
        7   A.     I was always on a full lockdown pod or -- like,
        8   the one I got closest to was probably -- was -- I
        9   forget what it was called, what pod area.  But it was
08:58AM 10  like you had -- it didn't have, like, the lockdown
        11  doors.  It had, like, the -- it had doors with regular
        12  handles --
        13  Q.     Okay.
        14  A.     -- and stuff.
08:58AM 15  Q.     But that was -- was that later, or was that
        16  the --
        17  A.     Yeah, that's later.
        18  Q.     All right.
        19  A.     When I first got there --
08:58AM 20  Q.     Yes.
        21  A.     -- yeah, I was in a full lockdown pod.
        22  Q.     Okay.  Did they have telephones --
        23  A.     Yeah.
        24  Q.     -- throughout the pod?
08:58AM 25  A.     Yeah.  Well, not throughout the pod.  They had a
```



```
         1   section.

         2   Q.     Okay.

         3   A.     So they would have, like, a screen where you do

         4   your commissary and, like, you're able to talk to,

08:58AM  5   like, medical and stuff like that.  And then they have

         6   two little kiosks where you can type to your family

         7   and, like, messages and pictures, where you can send

         8   them pictures and stuff.  And then they have, it's

         9   sometimes two phones, sometimes three phones.  But,

08:58AM  10  yeah.

         11  Q.     Okay.

         12  A.     It will have, like, its own little section on

         13  one wall.

         14  Q.     Where did you eat meals?

08:59AM  15  A.     Either on the ground or at a table, if I was

         16  invited.

         17  Q.     Okay.  Inside --

         18  A.     Yeah.

         19  Q.     -- D pod?

08:59AM  20  A.     Yeah.

         21  Q.     All right.

         22  A.     They bring your food inside the pod and then

         23  serve it to you.

         24  Q.     Okay.  While you were in D pod, did you

08:59AM  25  recognize any -- did you know anyone else that was in
```



|          | 1  | there?                                              |
|----------|----|-----------------------------------------------------|
|          | 2  | A.    No.                                            |
|          | 3  | Q.    All right.                                     |
|          | 4  | A.    Glad I didn't.                                 |
| 08:59AM  | 5  | Q.    Do you remember going over to the courtroom for |
|          | 6  | your bail hearing?                                   |
|          | 7  | A.    Yeah.                                           |
|          | 8  | Q.    Okay.  Did you go by yourself?                 |
|          | 9  | A.    No.  They brought a bunch of us.  They would do, |
| 08:59AM  | 10 | like, a -- they would gather up who all the newbies |
|          | 11 | pretty much, and try to fit them all in.  Because I |
|          | 12 | think they do, like, seven -- they give them, like, 72 |
|          | 13 | hours to get your bond set, something like that.  It's |
|          | 14 | like a set time you need to get your bond set or I |
| 09:00AM  | 15 | think they, like, let you go.  I don't know what -- |
|          | 16 | Q.    Okay.                                           |
|          | 17 | A.    -- was said about it.                          |
|          | 18 | Q.    Do you remember going to your bond hearing?   |
|          | 19 | A.    Yeah.                                           |
| 09:00AM  | 20 | Q.    Okay.  At some point between the time that you |
|          | 21 | arrived at the Benton County Jail and the time that |
|          | 22 | you went for your bond hearing, were you wearing the |
|          | 23 | clothes that you were arrested in?                   |
|          | 24 | A.    No.                                             |
| 09:00AM  | 25 | Q.    Or did they have you change?                   |



FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
MURPHY, LOGAN on 04/05/2024

21

|         |    |                                                        |
|---------|----|--------------------------------------------------------|
|         | 1  | A.    They -- as soon as I got there, they had me      |
|         | 2  | change.  After they got -- so you'll sit in there.     |
|         | 3  | You'll do all your, like, booking process to get your  |
|         | 4  | fingerprints and mug shot first --                     |
| 09:00AM | 5  | Q.    Okay.                                             |
|         | 6  | A.    -- in your regular clothes.                      |
|         | 7  | Q.    Okay.                                             |
|         | 8  | A.    Unless they have to give you clothes or          |
|         | 9  | something, like, ripped or something like that.        |
| 09:00AM | 10 | But -- and then they will have you change after you    |
|         | 11 | got your mug shot and all that finished.                |
|         | 12 | Q.    Do you remember what you changed into?           |
|         | 13 | A.    Just stripes.                                     |
|         | 14 | Q.    Okay.                                             |
| 09:00AM | 15 | A.    I got orange --                                   |
|         | 16 |            THE STENOGRAPHER:  I'm sorry.  I didn't      |
|         | 17 |        hear your answer.                                |
|         | 18 | A.    I had orange stripes because I ran.  So they put |
|         | 19 | you in, like, a different color than the rest.  So     |
| 09:01AM | 20 | they know you're a flight risk.  So, like, they know   |
|         | 21 | this guy's a runner.                                    |
|         | 22 | Q.    Had you tried to run while you were inside the   |
|         | 23 | jail, or was that before you got there?                |
|         | 24 | A.    That was before I got there.                      |
| 09:01AM | 25 | Q.    Okay.                                             |



1    A.     It's impossible.  Apparently some guy did it.  I

2    was hearing a lot of stories in there, but some guy

3    got away for, like, 30 minutes at one time, so --

4    Q.     Okay.  You did not?

09:01AM    5    A.     No.  I learned my lesson.

6    Q.     Okay.  Do you remember -- and I am very bad with

7    distance, but do you remember how far it was from D

8    pod to the courtroom?

9    A.     It's all pretty close by.

09:01AM    10   Q.     Okay.

11   A.     You just basically, there's like a roundabout in

12   the middle and then it sections off.  So it will have

13   a hallway going to, like, the female pod, then a

14   hallway going to D pod and another hallway.  And it

09:02AM    15   will have another hallway going to, like, the

16   cafeteria and other, like, places.  And so -- and then

17   it will have a hallway going to booking.  And then

18   while -- in that hallway off to the right, like, when

19   you're heading to booking is a courtroom to the right.

09:02AM    20   So it's, like, just kind of walk down the hallway, go

21   around that roundabout to the right and then right

22   there.

23   Q.     Okay.

24   A.     It's not too far.

09:02AM    25   Q.     So you didn't have to go outside or --

FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
MURPHY, LOGAN on 04/05/2024                                                    23

|       |    |                                                            |
|-------|----|------------------------------------------------------------|
|       | 1  | A.     No.                                                 |
|       | 2  | Q.     -- in order to get there?                           |
|       | 3  | A.     Yeah.                                                |
|       | 4  | Q.     Okay.                                                |
| 09:02AM | 5  | A.     Yeah, it's all right there, humped up.            |
|       | 6  | Q.     Okay.  I have not been to that courtroom.  Can      |
|       | 7  | you give me an idea about how large the courtroom is?      |
|       | 8  | A.     Very small.                                         |
|       | 9  | Q.     Okay.  I know we're in a conference room right      |
| 09:02AM | 10 | now.                                                     |
|       | 11 | A.     Probably as big as this conference room.            |
|       | 12 | Q.     Okay.  And I'm not going to ask you dimensions      |
|       | 13 | because I don't know them and I wouldn't expect you to     |
|       | 14 | know them.                                                 |
| 09:02AM | 15 | A.     Yeah.                                              |
|       | 16 | Q.     But just kind of trying to figure out --            |
|       | 17 | A.     So, like --                                         |
|       | 18 | Q.     -- what we're talking about?                        |
|       | 19 | A.     Basically, like where you are would be the          |
| 09:02AM | 20 | judge.  I'd be on this back wall and it would be lined    |
|       | 21 | up with other inmates doing their hearings or, like,       |
|       | 22 | just at court --                                           |
|       | 23 | Q.     Okay.                                               |
|       | 24 | A.     -- and stuff.  And, yeah, I'll be sitting on        |
| 09:03AM | 25 | this wall waiting for my name and then I just go up to    |



**www.ArkansasRealtimeReporting.com**

1    a podium with a little mic on it.  And then the judge

2    and everything will be on a screen sometimes.

3    Q.    Okay.

4    A.    Or -- but -- or she would be, I guess -- they

09:03AM    5    would have, like, a screen there sometimes.

6    Q.    Okay.

7    A.    And then I think the judge was there, though,

8    doing the bond hearings.

9    Q.    Okay.

09:03AM    10    A.    Like he actually had a seat.

11    Q.    Let me ask:  Do you recall, were any of the

12    other -- do you want me to use the word "detainees" or

13    "inmates"?  I'm fine with --

14    A.    It don't matter.  I'm not one of them.

09:03AM    15    Q.    Okay.  How about individuals?

16    A.    Yeah.

17    Q.    Any of the other individuals who were escorted

18    from, whether it was the D pod or with your group,

19    from the jail over to the courtroom, were any of those

09:03AM    20    other individuals wearing orange stripes?

21    A.    Like, there's very few of us but, yeah.

22    Q.    Okay.  All right.

23    A.    A lot of people don't run.

24    Q.    Did you have handcuffs on between the time that

09:04AM    25    you left D pod and the time you got over to the



1    courtroom?

2    A.    No.  But they do make you hold your hands behind

3    your back.

4    Q.    All right.

09:04AM    5    A.    But no cuffs.

6    Q.    Okay.  Once you got into the courtroom, do

7    you -- and I think you just testified a minute ago, do

8    you remember the judge actually being there in person?

9    A.    Yeah.

09:04AM    10    Q.    All right.  Tell me what you recall about -- I

11    assume he called you up or he called your name?

12    A.    Yeah.

13    Q.    All right.  Tell me what you remember about

14    happening.

09:04AM    15    A.    So you -- all he did was read off my charges and

16    then set my bond and then "Have a great life."

17    Q.    Okay.  Do you recall if he asked you any

18    questions?

19    A.    No.

09:04AM    20    Q.    Okay.

21    A.    I mean, like, I do.  He didn't.  He didn't ask

22    me any questions.

23    Q.    He didn't ask you any questions?

24    A.    No.

09:05AM    25    Q.    All right.  At the time that you were arrested,

1    were you working?

2    A.    Yes.

3    Q.    All right.  Do you recall where you were

4    working?

09:05AM    5    A.    I was working at the airport.  I had a very

6    comfy job.

7    Q.    Okay.  Do you recall at your bail hearing, did

8    the judge appoint counsel for you, or did you say --

9    A.    Yeah.

09:05AM    10    Q.    -- "Thanks, I've already got an attorney"?

11    A.    No, that's when he appointed the counsel there.

12    And then he sets your bond hearing and then -- oh, I

13    guess he did ask me one question.  He asked me if I

14    would like an attorney or not.

09:05AM    15    Q.    Okay.

16    A.    So there was one question asked.

17    Q.    There was one question?  Okay.  And did you say,

18    "Yes, I would like" --

19    A.    Yeah.

09:05AM    20    Q.    -- "an attorney"?

21    A.    Of course.  I'm not smart.

22    Q.    Did you say, "I already have one"?

23    A.    No, I didn't.

24    Q.    Okay.  That morning, while you were having that

09:06AM    25    hearing, did you know who Mr. Norwood was?

1    A.    No.

2    Q.    Okay.  And by "Mr. Norwood," I'm referring to

3    Doug Norwood, the gentleman sitting to your right.

4    A.    Yeah.

09:06AM  5    Q.    Okay.  What happened after you had the bail

6    hearing?

7    A.    Well, I just went back to my pod, called my

8    grandparents and was like, "Hey, try to bond me out."

9    Q.    Okay.  Okay.  Let me ask.  My understanding is I

09:06AM  10    believe you had your bail hearing within a day or so

11    of being arrested?

12    A.    Yeah.  I think it's -- they got three days, so

13    it's within three days of being -- with -- I think

14    when getting there.

09:06AM  15    Q.    Okay.  You were appointed a public defender?

16    A.    Yeah.

17    Q.    And then according to the docket sheet, within a

18    week, Mr. Norwood, I believe, entered his appearance

19    on your behalf?

09:07AM  20    A.    Yeah.

21    Q.    Okay.

22              THE WITNESS:  Thank you, by the way.

23    Q.    I'm going to ask you a little bit about that.  I

24    do not want to know what he said to you, and I don't

09:07AM  25    want to know what you said to him.

FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
MURPHY, LOGAN on 04/05/2024                                        28

1    A.    All right.

2    Q.    What I do want to know is:  How did that come

3    about?  How did it -- how did it end up that you were

4    going to be represented by Mr. Norwood and not a

09:07AM   5    public defender?

6    A.    I have no idea.  I was just told that.  Like, I

7    think it -- I think you guys, like, messaged me or

8    something or, like, I think it was meeting or, like,

9    they called a meeting, and then I went --

09:07AM  10    Q.    Don't tell -- remember don't tell me anything

11    that was said.

12    A.    No, I know.

13    Q.    Okay.

14    A.    No.  I think it was, like, they brought me out

09:07AM  15    to either a meeting or they messaged me on the kiosk.

16    Q.    Okay.  Okay.  And, again, before then, did you

17    know who Mr. Norwood or anyone at his law firm was?

18    A.    No.  But the only thing I did, I saw literally

19    his name penciled in and his number on, like, one of

09:08AM  20    the walls.

21    Q.    Okay.

22    A.    And then I just -- and then he actually, like,

23    is my lawyer.  I literally just, like, saw it.  That

24    was weird.

09:08AM  25    Q.    Okay.  You know I'm going to ask:  Did you write



ARKANSAS
R E A L T I M E  R E P O R T I N G

www.ArkansasRealtimeReporting.com

FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
MURPHY, LOGAN on 04/05/2024

29

| | | |
|---|---|---|
| | 1 | his name on the wall? |
| | 2 | A.    No, no. |
| | 3 | Q.    All right. |
| | 4 | A.    He's popular in there. |
| 09:08AM | 5 | Q.    That's a good thing. |
| | 6 | A.    I know. |
| | 7 | Q.    I hope it's a good popular and not a bad |
| | 8 | popular. |
| | 9 | A.    No, it is.  They said he's, like, one of the |
| 09:08AM | 10 | best lawyers. |
| | 11 | Q.    Okay. |
| | 12 | A.    So when I heard that he took my case pro bono, I |
| | 13 | was like, "What?" |
| | 14 | Q.    So I'm trying to figure out how to ask this |
| 09:08AM | 15 | question.  One of the allegations in your lawsuit is |
| | 16 | that you were denied an attorney at your bail hearing. |
| | 17 | And so let me ask:  Did you request an attorney to be |
| | 18 | present at your bail hearing? |
| | 19 | A.    I didn't request, no. |
| 09:09AM | 20 | Q.    Okay. |
| | 21 | A.    But I didn't know.  I didn't know you could have |
| | 22 | a lawyer at your bail hearing. |
| | 23 | Q.    Okay.  So just to be clear, you did not already |
| | 24 | have an attorney lined up, and you were not allowed to |
| 09:09AM | 25 | have that person in with you? |

**ARKANSAS**
REALTIME REPORTING

www.ArkansasRealtimeReporting.com

1    A.    Yeah.  They literally just appointed right after
2    they set my bond.
3    Q.    Okay.  Did you at any time ask for an attorney
4    to be present with you at that bail hearing and the
09:09AM  5    judge -- and I'm pointing to my left, Judge Anglin --
6    at any time did Judge Anglin tell you, "No, I'm not
7    going to appoint you an attorney"?
8    A.    No, he didn't say that.
9    Q.    Okay.  What do you think would have been
09:10AM  10    different at your bail hearing if you had had an
11    attorney present?
12    A.    Well, I'm sure -- I'm sure he would have done
13    his research on my record and everything and saw,
14    like, maybe being able to talk the judge down a little
09:10AM  15    bit because, like, it was my first offense.  And also,
16    I had no criminal background or anything, so --
17    Q.    What was your bail set at?
18    A.    It was set at, I think, was it 40,000 the first
19    one?  Yeah.
09:10AM  20    Q.    Okay.  What do you think that your bail should
21    have been set at?
22    A.    I have no idea.
23    Q.    Okay.
24    A.    But I don't know.  That seemed like a big number
09:10AM  25    because I was always, I was always poor.  So I didn't



1  have 40,000.  I've not even seen $10,000 in my life.

2  Q.    Okay.  Did you ask the judge why he was setting

3  that amount at -- for bail?

4  A.    No.  My heart sank as soon as he said the

09:11AM  5  number.  So I was just, like, I wanted to get back to

6  my cell and call my grandparents.

7  Q.    Okay.

8  A.    I didn't want to argue, didn't want to make the

9  bail go up more.  I've seen that happen before.

09:11AM  10  People try to argue or they get mad or something.  I

11  just try to keep my cool, not let my emotions drive me

12  and just, you know, get out of there, you know.

13  Q.    Had you spoken with your grandparents on the

14  telephone before your bail hearing?

09:11AM  15  A.    When I first got in there, yes.

16  Q.    Okay.

17  A.    I told them I was in there.

18  Q.    Okay.  Do you -- as you sit here today, do you

19  know what information Judge Anglin had before him and

09:11AM  20  reviewed in order to make his determination as to what

21  your bail should be?

22  A.    I've -- I don't know what he had in front of

23  him.  I don't even know.

24  Q.    Okay.

09:12AM  25  A.    I'm guessing it was just like the cops -- what



**www.ArkansasRealtimeReporting.com**

FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
MURPHY, LOGAN on 04/05/2024                                                    **32**

```
 1   the cops said about the stop and everything, the
 2   arrest, and probably some other information about me.
 3   Q.    Okay.  And you don't need to guess.  I'm not
 4   trying to hold you to that.  Just didn't know if you
 5   had any idea what he actually had in front of him.
 6               Do you remember what time the bail
 7   hearing was?
 8   A.    It was in the morning.  I know that it was
 9   like -- I know I ate breakfast, so probably around
10   8:00, 9:00, 10:00.  Like, around there.  Before --
11   before lunch.
12   Q.    Okay.
13   A.    I know that.
14   Q.    Okay.
15   A.    It was, like, maybe right before lunch, though.
16   11:00 is usually when we have lunch.
17   Q.    Why did you decide to file a lawsuit against
18   Judge Anglin and others?  I'm not trying to just to
19   specifically --
20   A.    I mean --
21   Q.    But why did you decide to file a lawsuit against
22   him?
23   A.    I just said yes.  I don't know.  I was asked if
24   I could -- if my case could be used.  And then I also
25   started to hear about, like, what the lawsuit was for,
```

1  and I thought it was like maybe -- it was a good

2  thing, you know.  Because a lot of people's bails

3  maybe sometimes, like, get set too high or, like, it

4  would be, like -- you know, it's always good to have

09:13AM  5  your lawyer there to represent you no matter -- like,

6  as soon as you get arrested.  Always that's good, so I

7  just felt like, yeah.  I mean, if it helped me, why

8  wouldn't it help others.

9  Q.     Okay.  Did you ask your attorneys to file this

09:14AM  10  lawsuit?

11  A.     No.

12          MS. CRYER:  Yeah.  Can we take a short

13          break?  Is that okay?

14          MR. NORWOOD:  Okay.

09:14AM  15          (Recess from 9:14 a.m. to 9:20 a.m.)

16  Q.     Okay.  Mr. Murphy, I have just a couple of

17  questions and then I will turn it over to others if

18  they have any questions.

19          At any time throughout this litigation

09:21AM  20  or even before, do you recall ever seeing the

21  affidavit of probable cause that was completed by

22  Detective Corporal Andrew Corbett?

23  A.     I probably did.

24  Q.     Okay.

09:21AM  25  A.     I don't remember.



**www.ArkansasRealtimeReporting.com**

```
1    Q.    All right.  If you don't mind, I'm going to show

2    you, and I guess we can go ahead and mark it as

3    Exhibit 1 to your deposition.

4                    (Exhibit 1 marked for identification.)

5                    MS. CRYER:  I only have my one copy.

6                    MR. NORWOOD:  Yeah.

7                    MS. CRYER:  But if you want to look and

8           see.  It's three pages.

9                    MR. NORWOOD:  Yeah.

10   Q.    Okay.  I'm going to have you -- if you want to

11   take a look at that and the two pages behind it.

12   A.    120?  My car only went 120.  So that's crazy.

13   Yeah, that seems crazy.  I don't...

14   Q.    The question that -- have you had a chance to

15   look over it?

16   A.    Oh, yeah.

17   Q.    Okay.

18   A.    Sorry.

19   Q.    The question that I want to ask is --

20                   MS. CRYER:  All charges have been

21          resolved with regard to this, correct?

22                   MR. NORWOOD:  Yes.

23   Q.    Okay.  All right.  I just wanted to make sure

24   before I asked my question.

25                   Do you recall, you mentioned just
```

09:21AM  5
09:21AM  10
09:22AM  15
09:22AM  20
09:23AM  25



1    something a minute ago just about the 120 miles per

2    hour.  Do you remember why you were going that fast?

3    A.    No.

4    Q.    Okay.  Do you remember why you were, at least as

09:23AM  5    it alleges in this affidavit, do you remember why you

6    were running from the police?

7    A.    Yeah.

8    Q.    Okay.

9    A.    I literally just don't remember, like, exactly

09:23AM  10   why or, like -- it's kind of just, like -- I don't

11   even know.

12   Q.    Okay.

13   A.    I don't know.

14   Q.    Okay.

09:23AM  15   A.    I don't remember it.

16   Q.    All right.  You mentioned seeing the name of

17   your attorney that was written around a phone or

18   written on a phone or something like that?

19   A.    Yeah, it was right above where the phone --

09:23AM  20   like, the -- all the rest of, like, the attorneys and

21   stuff are.

22   Q.    Okay.

23   A.    But he didn't have, like, one, like, on the

24   sheet of paper, so someone wrote his name.

09:23AM  25   Q.    Okay.  Do you remember there being a list of

```
 1   bail bondsmen?

 2   A.    Yeah.

 3   Q.    Okay.  I know I asked you while you were in --

 4   I'm sorry, this kind of jumps around a little bit.

 5             When you were in the courtroom in front

 6   of Judge Anglin, do you recall him reading you your

 7   rights?

 8   A.    Yeah.

 9   Q.    Okay.  Do you recall if you responded that you

10   understood those charges?

11   A.    Yeah.

12   Q.    Okay.

13   A.    They asked if I did, and I said yeah.

14   Q.    Okay.  That's fine.  Previously you said that

15   the only question that he had -- that he asked is if

16   you wanted an attorney.

17   A.    Oh, yeah.

18   Q.    And that was your -- so I'm not trying to trip

19   you up on that.  I just want to make sure that I am

20   correct that he did actually read his rights to you

21   and that you understood those rights.

22   A.    Yeah.

23   Q.    Okay.  All right.

24             MS. CRYER:  I think that's all the

25             questions that I've got.
```

09:24AM (lines 5, 10, 15, 20, 25)



**ARKANSAS**
REALTIME REPORTING

**www.ArkansasRealtimeReporting.com**

FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
MURPHY, LOGAN on 04/05/2024

37

1        MR. NORWOOD:   Okay.   You can go home.

2    Go wherever you need to go.   Thanks for

3    coming.

4        (Proceedings adjourned at 9:24 a.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              REPORTER CERTIFICATION

 2         I, DANA HAYDEN, Certified Court Reporter for

 3    the State of Arkansas, do hereby certify to the

 4    following:

 5         1) that on 04/05/2024, the witness, LOGAN

 6    MURPHY, was duly sworn by me prior to the taking of

 7    testimony as to the truth of the matters attested to

 8    and contained therein;

 9         2) that the foregoing pages contain and are a

10    true and correct transcription of the proceedings as

11    reported verbatim by me via realtime stenography to

12    the best of my ability and transcribed at or under my

13    direction and supervision, and subject to appropriate

14    changes submitted by witness, if any, during his/her

15    requested reading and signing of this deposition

16    according to the Arkansas Rules of Civil Procedure;

17         3) that I am neither counsel for, related to,

18    nor employed by any of the parties to the action in

19    which this proceeding was taken; and that I am not a

20    relative or employee of any attorney employed by the

21    parties hereto;

22         4) that I am not financially interested or

23    otherwise interested in the outcome of this action

24    that affects or has substantial tendency to affect

25    impartiality or requires me to relinquish control of
```



FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
MURPHY, LOGAN on 04/05/2024

39

1    an original or copies of a deposition transcript

2    before it is certified, or that requires me to provide

3    any service not made available to all parties to the

4    action; and

5         5) that I have no contract with the parties,

6    attorneys, or persons with an interest in the action;

7    and that I am not knowingly identified on a preferred

8    provider list, whether written or oral, for any

9    litigant, insurance company, or third-party

10   administrator involved in this matter;

11        6) that signature of the witness is waived.

12   This transcript is prepared at request of counsel for

13   DEFENDANT ANGLIN, and all fees are billed directly to

14   them in compliance with Arkansas Board of Court

15   Reporter Examiners Regulations Section 19.

16        Witness my hand and seal this 22nd of

17   April, 2024.

18

19

20                          DANA HAYDEN, CCR, RMR, CRR, CRC
                            LS Certificate #714, State of Arkansas
21                          Arkansas Realtime Reporting
                            1130 E Millsap Rd
22                          Fayetteville AR 72703
                            479-301-2040
23                          www.ArkansasRealtimeReporting.com

24

25



FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
MURPHY, LOGAN on 04/05/2024                    Index: $10,000..commissary

**Exhibits**

**L. Murphy Exhibit_001**
3:12 34:3,4

**$**

**$10,000** 31:1

**1**

**10:00** 32:10
**11:00** 32:16
**17** 11:6
**18** 9:12 10:12 11:1,4,6

**2**

**20** 17:10,16
**2018** 8:8
**2021** 8:12
**22** 10:2,3,5,7 11:15,18
**23** 7:6

**3**

**30** 17:4 22:3

**4**

**40,000** 30:18 31:1

**7**

**72** 20:12

**8**

**8:00** 32:10

**9**

**9:00** 32:10

**9:14** 33:15
**9:20** 33:15

**A**

**a.m.** 33:15
**absolute** 5:24
**accurate** 5:6
**accurately** 5:1
**address** 6:24
**affidavit** 33:21
**age** 9:12
**agreement** 4:15
**ahead** 11:17
**airport** 26:5
**alcohol** 11:5 12:6
**allegations** 29:15
**allowed** 29:24
**Alvin** 9:8
**amount** 31:3
**Andrew** 33:22
**Anglin** 4:9 30:5,6 31:19
32:18
**anticipate** 6:9
**apologize** 7:4
**Apparently** 22:1
**appearance** 27:18
**appoint** 26:8 30:7
**appointed** 26:11 27:15
30:1
**area** 15:4 16:1,7,9,10,14
18:9
**argue** 31:8,10
**arm** 16:11
**arrest** 10:2 11:18 12:3
32:2
**arrested** 10:5,8,11,13,
15 11:15 12:5 13:7,15,
22,24 15:20 16:17 20:23
25:25 27:11 33:6

**arrived** 15:24 20:21
**assistant** 4:8
**assume** 6:4 13:24 25:11
**ate** 32:9
**attend** 7:24
**attorney** 4:8,11 6:17
26:10,14,20 29:16,17,24
30:3,7,11
**attorneys** 33:9
**Awesome** 9:2

**B**

**back** 8:22 9:18 10:2
12:25 15:9 23:20 25:3
27:7 31:5
**background** 8:23 30:16
**bad** 22:6 29:7
**bail** 20:6 26:7 27:5,10
29:16,18,22 30:4,10,17,
20 31:3,9,14,21 32:6
**bails** 33:2
**barrack** 18:1
**basically** 16:14 22:11
23:19
**beds** 18:4
**behalf** 27:19
**Benton** 17:8 20:21
**Bentonville** 7:25 14:17,
22 15:2
**big** 16:9 23:11 30:24
**bit** 7:20 11:23 12:16
27:23 30:15
**blood** 15:9
**bond** 16:6 20:13,14,18,
22 24:8 25:16 26:12 27:8
30:2
**bono** 29:12
**booking** 16:1 21:3
22:17,19
**break** 6:10,14 33:13

**breakfast** 32:9
**bring** 19:22
**brought** 20:9 28:14
**bunch** 16:10 20:9

**C**

**cafeteria** 16:14 22:16
**caffeine** 5:17
**cage-looking** 14:14
**call** 4:13 6:17 31:6
**called** 14:21 18:1,9
25:11 27:7 28:9
**car** 7:11
**case** 29:12 32:24
**Casey's** 13:16
**caused** 12:7
**cell** 17:20 31:6
**Centerton** 6:25 7:2,3
9:3,5,9 10:14
**Centerville** 7:1
**chair** 15:10
**chance** 13:23
**change** 20:25 21:2,10
**changed** 21:12
**charges** 25:15
**check** 8:22
**Christine** 4:7
**city** 6:24
**clear** 29:23
**close** 22:9
**closest** 18:8
**clothes** 20:23 21:6,8
**coffee** 7:4
**college** 14:19
**color** 21:19
**comfy** 26:6
**commissary** 19:4

ARKANSAS
REALTIME REPORTING

community 14:19
completed 33:21
conference 23:9,11
consumed 12:6,22
contact 9:21
conversation 4:23
cool 31:11
cops 31:25 32:1
copy 15:15
Corbett 33:22
Corporal 33:22
correct 6:5
counsel 26:8,11
counting 17:1
County 17:8 20:21
couple 33:16
court 4:24 5:13 23:22
courtroom 20:5 22:8,19 23:6,7 24:19 25:1,6
criminal 30:16
Cryer 4:5,7 33:12
cuffs 25:5

**D**

D-130 17:17
D-132 17:17
date 8:16,17
day 4:23 10:17 12:15 13:8 16:5 27:10
days 27:12,13
decide 32:17,21
defender 27:15 28:5
delinquency 10:25
denied 29:16
deposition 4:13 5:12 7:15
depressing 16:15

describe 16:7
detainees 24:12
Detective 33:22
determination 31:20
Devin 9:10
dimensions 23:12
distance 22:7
distributing 10:25
docket 27:17
document 5:14
doors 18:11
Doug 27:3
dranked 12:15
drinker 13:2
drinking 11:3
drive 31:11
drop 8:7
dropped 8:6
drugs 12:22
drunk 12:13
duly 4:3

**E**

earlier 12:15
early 13:11
easier 5:13
eat 19:14
educational 8:22
emotions 31:11
employed 7:8,10
end 28:3
entered 27:18
escorted 24:17
estimate 8:19
evening 13:8,9,10,11
events 11:22 12:8

**EXAMINATION** 4:4
exit 14:19,20
expect 23:13
expunged 11:9

**F**

Fair 13:14
family 9:3,9,20,22,23 19:6
Farella 4:10
felony 16:20
felt 33:7
female 22:13
females 17:14
figure 14:15 23:16 29:14
file 32:17,21 33:9
filed 4:10 10:1
find 16:2 17:24
fine 6:18 8:20 11:10 24:13
fines 13:19
fingerprints 16:3 21:4
finish 5:10
finished 21:11
firm 28:17
fit 20:11
flight 21:20
food 19:22
force 14:8
forget 13:16 14:16 18:9
freaking 14:25
front 31:22 32:5
full 6:20 18:7,21

**G**

gas 13:16
gather 20:10

gave 4:12 11:4 15:15
GED 8:6,11
general 4:8 8:18
gentleman 27:3
give 6:3,12 8:17 20:12 21:8 23:7
giving 5:11 6:5
Glad 20:4
good 4:6 29:5,7 33:1,4,6
grade 8:9
graduate 8:5
grandpa 9:6
grandparents 27:8 31:6,13
great 8:17 25:16
ground 4:13 19:15
group 24:18
guess 11:2 12:9 14:16, 21 17:24 24:4 26:13 32:3
guessing 31:25
guy 22:1,2
guy's 21:21
guys 28:7

**H**

haircut 14:6
hallway 22:13,14,15,17, 18,20
handcuffs 24:24
handles 18:12
hands 25:2
happen 31:9
happened 15:1 27:5
happening 25:14
head 4:22 12:25
heading 22:19
hear 21:17 32:25
heard 29:12



**hearing**  16:6 20:6,18,22 22:2 26:7,12,25 27:6,10 29:16,18,22 30:4,10 31:14 32:7

**hearings**  23:21 24:8

**heart**  31:4

**held**  10:21

**helped**  33:7

**helps**  8:25

**Hey**  27:8

**high**  7:25 12:13 33:3

**hit**  11:7

**hold**  8:21 25:2 32:4

**holding**  15:4 16:4

**hope**  9:15 29:7

**hours**  20:13

**housed**  16:8 17:15

**huh-uh**  4:22

**humped**  23:5

---

**I**

**idea**  23:7 28:6 30:22 32:5

**Illegal**  12:24

**impossible**  22:1

**individuals**  16:16,25 24:15,17,20

**information**  31:19 32:2

**inmate**  17:22

**inmates**  16:9 17:15,16 23:21 24:13

**inside**  16:22 19:17,22 21:22

**installation**  7:12

**intoxicated**  12:18

**introduced**  4:6

**invited**  19:16

**involves**  10:2

---

**J**

**jail**  15:12,18,25 17:8 20:21 21:23 24:19

**jails**  17:25

**job**  5:9 7:11 26:6

**judge**  4:9 23:20 24:1,7 25:8 26:8 30:5,6,14 31:2, 19 32:18

**judging**  11:12 13:3

**June**  10:3,5,7 11:15,18

**Junior**  8:10,11

**jury**  9:17,19,21,22

---

**K**

**kind**  9:19 12:1 14:25 17:18 18:1 22:20 23:16

**kiosk**  28:15

**kiosks**  19:6

**knowledge**  11:21

**Kum**  13:17

---

**L**

**large**  18:2 23:7

**lasting**  6:9

**law**  28:17

**lawsuit**  4:9 7:19,22 10:1 9:15 32:17,21,25 33:10

**lawyer**  28:23 29:22 33:5

**lawyers**  29:10

**leading**  11:23

**learned**  22:5

**left**  24:25 30:5

**lesson**  22:5

**life**  25:16 31:1

**lined**  23:20 29:24

**list**  17:17

**literally**  28:18,23 30:1

---

**litigation**  33:19

**lived**  7:1

**lockdown**  18:7,10,21

**Logan**  4:2 6:22

**long**  6:9 7:1 14:8

**Looked**  14:7

**lot**  16:15 22:2 24:23 33:2

**Lowell**  13:17,20

**lunch**  32:11,15,16

---

**M**

**mad**  31:10

**make**  5:1,6,19 6:17 7:6, 21 11:11 14:14 25:2 31:8,20

**makes**  5:13 12:10

**marathon**  6:8

**margarita**  12:16

**matter**  24:14 33:5

**meals**  19:14

**medical**  19:5

**medication**  12:7

**meeting**  28:8,9,15

**members**  9:9,20,22,24

**mental**  12:1,21

**messaged**  28:7,15

**messages**  19:7

**mic**  24:1

**middle**  13:12 22:12

**military-style**  14:6

**minor**  11:1

**minute**  15:4 25:7

**minutes**  22:3

**mistaken**  9:17

**morning**  4:6,7,19 5:18 13:11 26:24 32:8

**mug**  21:4,11

---

**Murphy**  4:2,6 6:22 33:16

---

**N**

**needed**  15:10

**new-ish**  14:7

**newbies**  20:10

**night**  10:16 12:8 13:12

**no'**  5:5

**nodding**  4:22

**Norwood**  16:11 26:25 27:2,3,18 28:4,17 33:14

**number**  28:19 30:24 31:5

**numbers**  17:14

---

**O**

**obtain**  8:11

**occurred**  10:2 11:18

**offense**  30:15

**offhand**  17:7

**officer**  14:3 15:20

**open**  16:10

**open-style**  18:1

**orange**  21:15,18 24:20

**order**  17:19 23:2 31:20

**overly**  12:18

**overnight**  10:21

---

**P**

**panel**  9:21

**paperwork**  15:11

**part**  18:5

**paying**  13:18

**penciled**  28:19

**people**  24:23 31:10

**people's**  33:2



FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
MURPHY, LOGAN on 04/05/2024

Index: perfectly..telephone

**perfectly** 8:20

**person** 25:8 29:25

**phone** 6:17

**phones** 19:9

**pictures** 19:7,8

**place** 16:2

**places** 22:16

**pod** 16:4,7,20,21,22,25 17:6,13 18:7,9,21,24,25 19:19,22,24 22:8,13,14 24:18,25 27:7

**podium** 24:1

**pods** 17:7,10,12

**point** 20:20

**pointing** 30:5

**police** 14:22 15:2,5

**poor** 30:25

**popular** 29:4,7,8

**potentially** 9:20

**present** 29:18 30:4,11

**pretty** 20:11 22:9

**prisons** 17:25

**pro** 29:12

**probable** 33:21

**PROCEEDINGS** 4:1

**process** 15:24 21:3

**promise** 11:12 13:3

**provide** 6:13

**public** 27:15 28:5

**purely** 5:5

**put** 14:13 16:11 21:18

---

**Q**

**question** 4:19 5:10,14, 15,22 6:3,4,12,13 8:16 9:12 26:13,16,17 29:15

**questions** 4:14,19 5:18 7:18,20 13:6 25:18,22,23 33:17,18

**quickly** 9:18

---

**R**

**ran** 21:18

**read** 25:15

**reason** 6:10 9:23 11:13

**reasons** 7:22 9:16

**recall** 10:5,15 12:4,8,10, 19 13:7,14,23 15:1,23 16:24 24:11 25:10,17 26:3,7 33:20

**recess** 33:15

**recognize** 19:25

**record** 4:12 5:1,6 6:21 30:13

**referring** 27:2

**reflects** 5:2

**regular** 18:11 21:6

**released** 10:17

**remember** 4:21 5:12 8:16 10:18,23 11:21,23 12:2,4 14:5,18,20 15:13, 15 20:5,18 21:12 22:6,7 25:8,13 28:10 32:6 33:25

**rephrase** 5:25

**reporter** 4:24 5:13

**represent** 33:5

**represented** 28:4

**representing** 4:9

**request** 29:17,19

**requested** 9:18

**research** 30:13

**reside** 6:24 9:3,9

**resides** 9:5

**response** 5:2,14 6:5,13

**rest** 21:19

**restroom** 6:17

**reviewed** 31:20

**ripped** 21:9

**risk** 21:20

**room** 4:25 17:17,20,23 18:2 23:9,11

**rooms** 17:11,15

**rough** 8:19

**roundabout** 22:11,21

**rude** 5:5

**rule** 4:13

**run** 21:22 24:23

**runner** 21:21

**running** 12:5

---

**S**

**sank** 31:4

**sat** 15:3,10 16:1,4

**school** 7:24,25 16:15

**screen** 19:3 24:2,5

**seat** 24:10

**section** 19:1,12

**sections** 22:12

**send** 19:7

**senior** 4:8

**sense** 5:19

**series** 4:18

**serve** 19:23

**set** 9:19 20:13,14 25:16 30:2,17,18,21 33:3

**sets** 26:12

**setting** 31:2

**shakes** 12:25

**shaking** 4:22

**sheet** 27:17

**short** 14:6 33:12

**shot** 21:4,11

**sic** 5:24

**side** 6:2 17:9

**signed** 15:11,13

**silly** 9:11

**Simply** 13:3

**sit** 14:14 21:2 31:18

**sitting** 23:24 27:3

**sleep** 17:19

**sleeve** 14:7

**small** 23:8

**smart** 26:21

**speak** 6:16

**specific** 6:23 7:19 8:16 12:12 17:14

**specifically** 32:19

**spent** 10:16

**spoken** 31:13

**start** 4:14 5:10

**started** 7:11 32:25

**state** 6:20 12:1,21

**station** 13:16 14:22 15:2,5

**STENOGRAPHER** 21:16

**stop** 32:1

**stories** 22:2

**Straight** 14:13

**stripes** 21:13,18 24:20

**stuff** 12:10 18:14 19:5,8 23:24

**substantive** 4:14

**sworn** 4:3

---

**T**

**table** 19:15

**taking** 4:13

**talk** 11:17 19:4 30:14

**talking** 8:2 14:3,25 15:12 23:18

**tattoo** 14:6

**telephone** 31:14



**www.ArkansasRealtimeReporting.com**

**telephones**  18:22

**test**  15:9

**testified**  4:3 25:7

**thing**  6:11 7:14 14:14
  28:18 29:5 33:2

**things**  4:12,15,23 8:15
  12:19

**thought**  8:4 15:8 33:1

**time**  20:14,20,21 22:3
  24:24,25 25:25 30:3,6
  32:6 33:19

**times**  10:10 11:11,14

**today**  31:18

**told**  28:6 31:17

**transport**  13:23

**trial**  9:17,19

**turn**  33:17

**turned**  10:12 11:1

**Twenty-three**  7:5

**type**  19:6

---

**U**

---

**uh-huh**  4:21

**uncle**  9:10,12

**uncomfortable**  7:20

**underage**  11:6

**understand**  5:23,24
  7:22 13:5

**understanding**  27:9

**understood**  6:4

---

**W**

---

**Wade**  6:22

**wait**  14:15

**waited**  16:1

**waiting**  5:9 23:25

**walk**  22:20

**wall**  19:13 23:20,25 29:1

**walls**  28:20

**wanted**  31:5

**wash**  7:11

**wearing**  20:22 24:20

**week**  27:18

**weird**  12:1 28:24

**West**  7:25

**wonderful**  5:9

**word**  24:12

**working**  26:1,4,5

**write**  28:25

**wrong**  5:20

---

**Y**

---

**year**  8:7,11

**years**  7:5,6 14:8

**yes,'**  5:4

**young**  14:11

**younger**  11:4



## IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS

**STATE OF ARKANSAS**                                              **PLAINTIFF**

**VS:**

**LOGAN WADE MURPHY**                                             **DEFENDANT**
**W/M; DOB: 11/07/2000**
**AR DL#:**
**LKA: 496 SPRING ST**
**CENTERTON, AR 72719**

### AFFIDAVIT OF PROBABLE CAUSE

Comes now, Detective Cpl. Andrew Corbett #308 of the Bentonville Police Department, Criminal Investigations Division, and under oath doth state:

After an extensive investigation, the defendant, Logan Wade Murphy, was arrested on June 20, 2022, for Fleeing, a Class C Felony and Reckless Driving, a Violation. The facts of this investigation are set out in an arrest report completed by Officer Geoffrey Day:

A review of Murphy's criminal history revealed the following arrests (No Convictions): Contributing to the Delinquency of a Minor (December 2018) and Public Intoxication (June 2022). Based upon the nature of the crime, the likelihood of conviction, the possible severity of penalty that could be imposed, the State joins me in requesting that a bond of $25,000  be set on the defendant, Logan Wade Murphy.

Detective Cpl. Andrew Corbett #308
Bentonville Police Department

STATE OF ARKANSAS
COUNTY OF BENTON

Subscribed and sworn to before me this __20th__ day of ____June____, 2022.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: __6-1-29__
APPROVED:
Lauren Aldridge
DEPUTY PROSECUTING ATTORNEY
Incident #2022-20779

KRISTINA FELTON
MY COMMISSION # 12707905
EXPIRES: June 1, 2029
Benton County



EXHIBIT #1
WIT: L. Murphy
DATE: 4/5/2024
DANA HAYDEN

2022-20779                          Arrest Murphy                    Officer Geoffrey Day 943

**Source of Activity**

On June 20th, 2022, at approximately 0055 hours I was on patrol driving North out of the Sonic Parking lot on SW 14th Street.

**Observations**

I observed a blue passenger car displaying Arkansas VL AHP03T driving excessively fast, heading East on SW 14th in the inside lane. The vehicle passed a silver SUV that was in the outside lane and nearly struck it while changing lanes. The blue car entered the Southbound I-49 onramp. I initiated my blue lights and siren and followed the vehicle. I paced the vehicle at over 100 miles per hour. We passed multiple vehicles on the freeway, reaching speeds of 120 MPH. The vehicle was weaving in its lane multiple times, and I suspected the driver was intoxicated.

The blue vehicle never slowed down and continued over 100 MPH until the pursuit was terminated by Sergeant Danny Henry. The VL came back to a blue Ford Focus and registered to Logan Murphy, who we had arrested a few days ago for public intoxication at a disturbance.

A bolo was sent out for the vehicle and driver for Felony Fleeing by Vehicle. Lowell Police Department observed the vehicle driving and pull into Workman's at 898 W Monroe Ave in Lowell just moments after the pursuit was terminated. Lowell placed Logan in Handcuffs based on our charges. I drove to the stop location and spoke with Logan after reading him his Miranda rights.

Logan had bloodshot watery eyes and had slow speech. I could smell the odor of intoxicants from his person. Logan admitted to driving the vehicle and running from me. He also admitted to driving over 100 MPH. Logan admitted to drinking a margarita and using marijuana before driving. He said he has a drinking problem, and he knows he needs to stop. Logan told me he saw the blue lights and did not pull over and fled because "it felt right" to run. Logan told me that he felt like God was with him while he fled.

Logan's responses were very odd and delayed. I asked him if he had been drinking while driving or after he stopped, and he said no, only before driving. An open alcohol container was found inside the vehicle. I asked him if he would be willing to do field sobriety and he agreed.

2022-20779                          Arrest Murphy                     Officer Geoffrey Day 943

Logan exited the vehicle and SFST's were performed by Lowell Police. Logan told the officer he had used marijuana when he was drinking. I observed him visibly swaying while standing.

Arrest

Lowell PD arrested Logan for driving while intoxicated.

Booking

Lowell PD later advised me he refused testing and was charged with DWI and Refusal to Submit to a Chemical Test (Lowell Case Number 22-00818). Vehicle inventoried and towed by Lowell PD. I updated his jacket with his current address and phone number.

He was charged with Felony Fleeing by Vehicle and Reckless Driving out of Bentonville Police Department and held for a bond hearing.

DCBC YES

Officer Geoffrey Day 943