IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ABIGAIL FARELLA and LOGAN W.    )
MURPHY, on behalf of themselves )
and all others similarly        )
situated,                       )
                                )
              PLAINTIFFS,        )   CASE NO.
                                )   5:22-CV-05121-TLB
VS.                             )
                                )
DISTRICT JUDGE A.J. ANGLIN;     )
GREGG PARRISH EXECUTIVE DIRECTOR )
OF ARKANSAS PUBLIC DEFENDER     )
COMMISSION; JAY SAXTON, CHIEF   )
BENTON COUNTY PUBLIC DEFENDER,  )
                                )
              DEFENDANTS.        )

**EXHIBIT**

tabbies

**3**

------------------------------------

ORAL DEPOSITION OF

ABIGAIL FARELLA

April 5, 2024

------------------------------------

    ORAL DEPOSITION OF ABIGAIL FARELLA, produced as a

witness at the instance of DEFENDANT ANGLIN, and duly

sworn, was taken in the above-styled and numbered

cause on the 5th day of April, 2024, from 9:31 a.m. to

10:07 a.m., before Dana Hayden, CCR in and for the

State of Arkansas, RMR, CRR, CRC, reported by machine

shorthand, at Friday, Eldredge Clark, Rogers,

Arkansas, pursuant to the Federal Rules of Civil

Procedure.



**ARKANSAS**
REALTIME REPORTING

**www.ArkansasRealtimeReporting.com**

FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
FARELLA, ABIGAIL on 04/05/2024

2

```
 1                        APPEARANCES

 2   FOR THE PLAINTIFFS:

 3      Mr. Doug Norwood
        Ms. Alison Lee
 4      Norwood & Norwood, P.A.
        2001 South Dixieland Road
 5      Rogers, Arkansas 72758
        (479) 235-4600
 6      Doug@norwoodattorneys.com
        Alison@norwoodattorneys.com
 7

 8   FOR THE DEFENDANT DISTRICT JUDGE A.J. ANGLIN:

 9      Ms. Christine Cryer
        Mr. Justin Brascher
10      Arkansas Attorney General's Office
        323 Center Street, Suite 200
11      Little Rock, Arkansas 72201
        (501) 682-2029
12      Christine.cryer@arkansasag.gov

13

     FOR THE DEFENDANTS GREGG PARRISH, EXECUTIVE DIRECTOR
14   OF ARKANSAS PUBLIC DEFENDER COMMISSION; JAY SAXTON,
     CHIEF BENTON COUNTY PUBLIC DEFENDER:
15
        Ms. Katherine C. Campbell
16      Friday, Eldredge & Clark, LLP
        3350 S. Pinnacle Hills Parkway, Suite 301
17      Rogers, Arkansas 72758
        (479) 695-6040
18      Kcampbell@fridayfirm.com

19


20   ALSO PRESENT:

21      Mr. Gregg Parrish

22      District Judge A.J. Anglin

23

24

25
```



www.ArkansasRealtimeReporting.com

FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
FARELLA, ABIGAIL on 04/05/2024

3

1                        I N D E X

2                    April 5, 2024

3                                                   PAGE:

4    Stipulations                                    1

5    Appearances                                     2

6    Reporter Certification                         27

7
     WITNESS: ABIGAIL FARELLA
8
        Examination By Ms. Cryer:                    4
9

10
                         EXHIBITS
11
     NO.            DESCRIPTION                  MARKED
12
     Exhibit 1      Affidavit of Probable Cause    23
13                  re State of Arkansas v.
                    Abigail Ella Farella,
14                  04CR-22-1028-2

15

16

17

18

19

20

21

22

23

24

25

**ARKANSAS**
R E A L T I M E   R E P O R T I N G

**www.ArkansasRealtimeReporting.com**

1                    ABIGAIL FARELLA,

2    having been first duly sworn, testified as follows:

3                      EXAMINATION

4    BY MS. CRYER:

09:31AM    5    Q.    Good morning, Ms. Farella.  My name is Christine

6    Cryer.  I introduced myself before we came in here.  I

7    am a senior assistant attorney general.  I am here

8    representing Judge Anglin in a lawsuit that you and

9    Mr. Murphy have filed against him.

09:31AM    10                Before I start asking you a lot of

11    questions, I'm going to go over what we call some of

12    the ground rules for taking a deposition and just to

13    kind of make sure that you and I are on the same page,

14    okay?

09:32AM    15                If I ask you a question that calls for a

16    "yes" or "no" answer, and I would like for you to say

17    "yes" or "no" rather than "uh-huh," "huh-uh," shaking,

18    nodding our head.  That's what we do in everyday

19    conversation when we're sitting across from people.

09:32AM    20    But because we have a court reporter that's going to

21    take down everything that you say, everything that I

22    say, we need to make sure that we have a clear record,

23    okay.

24    A.    All right.

09:32AM    25    Q.    All right.  If I ask you, "Was that a 'yes' or



FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
FARELLA, ABIGAIL on 04/05/2024                                        5

```
        1   was that a 'no,'" I promise I'm not trying to be rude.

        2   I'm just trying to make sure that we have a clear

        3   record, okay?

        4   A.    Okay.

09:32AM 5   Q.    You are very soft-spoken.  I think my voice

        6   carries.  So if you would, try and speak up.  You

        7   don't have to yell or anything, but we may ask you to

        8   speak up again.  I'm not trying to be rude by doing

        9   that; I just need to make sure that the court reporter

09:32AM 10  can hear everything, okay?

        11  A.    Okay.

        12  Q.    All right.  I am on my first can of Diet Coke

        13  this morning for my caffeine, so I may not be

        14  completely awake, and I say all of that to say the

09:33AM 15  questions that I'm going to ask you today, I don't

        16  think it's going to take very long at all, but there

        17  is a chance that I may ask you a question that just

        18  does not make sense to you.

        19            I'm not trying to trick you into saying

09:33AM 20  anything.  My mind's just not quite awake to help me

        21  formulate the questions that I'm wanting to ask.  So

        22  if I ask you a question and if you do not understand

        23  my question, would you please let me know you do not

        24  understand my question.

09:33AM 25  A.    Yes.
```

| | | |
|---|---|---|
| | 1 | Q.    All right.  On the opposite side of that, if you |
| | 2 | give me an answer to my question, I'm going to assume |
| | 3 | that you understood my question and that your answer |
| | 4 | is responsive, okay? |
| 09:33AM | 5 | A.    Okay. |
| | 6 | Q.    All right.  This is not a marathon.  It is not |
| | 7 | going to take very long, but if for any reason at any |
| | 8 | time you need to take a break, please let us know. |
| | 9 | The only thing that I would ask is that if I have |
| 09:33AM | 10 | asked you a question, I'll ask you to give me a |
| | 11 | response to that question before we take a break.  And |
| | 12 | then if you need to use the restroom, talk to your |
| | 13 | attorneys, anything like that, that will be fine, |
| | 14 | okay? |
| 09:34AM | 15 | A.    Okay. |
| | 16 | Q.    All right.  Is there any reason today, as we sit |
| | 17 | here, that you would not be able to provide truthful |
| | 18 | information? |
| | 19 | A.    No. |
| 09:34AM | 20 | Q.    Okay.  And I'm going to ask the court reporter. |
| | 21 |         MS. CRYER:  Are you able to hear her. |
| | 22 |         THE STENOGRAPHER:  I'm reading lips more |
| | 23 |     than -- |
| | 24 |         MR. NORWOOD:  Yeah.  Abigail, speak up |
| 09:34AM | 25 |     because let me explain.  You're a young |

|       |     |                                                        |
|-------|-----|--------------------------------------------------------|
|       | 1   | person.  You can hear good.  I'm old -- but            |
|       | 2   | she's not old, I mean --                                |
|       | 3   |     MS. CRYER:  I'm getting there.   |
|       | 4   |     MR. NORWOOD:  Talk a little louder. |
| 09:34AM | 5 |     THE WITNESS:  My voice comes and goes. |
|       | 6   |     MS. CAMPBELL:  Do you want some water? |
|       | 7   |     THE WITNESS:  No, it's -- yeah, it comes |
|       | 8   | and goes.                                               |
|       | 9   | Q.    Allergy season is wonderful for mine.  It's      |
| 09:34AM | 10 | absolutely affecting all of my stuff.  Okay.          |
|       | 11  |     Well, let me ask:  Would you go ahead |
|       | 12  | and state your full name for the record.               |
|       | 13  | A.    Abigail Ella Farella.                            |
|       | 14  | Q.    How do you spell your middle name?               |
| 09:35AM | 15 | A.    E-l-l-a.                                         |
|       | 16  | Q.    Okay.  And where do you currently reside?        |
|       | 17  | A.    Joplin.                                          |
|       | 18  | Q.    Joplin, Missouri?                                |
|       | 19  | A.    Yes, ma'am.                                      |
| 09:35AM | 20 | Q.    All right.  How long have you resided in Joplin? |
|       | 21  | A.    Since March of 2021.                             |
|       | 22  | Q.    Where were you residing before Joplin?           |
|       | 23  | A.    Colorado.                                        |
|       | 24  | Q.    All right.  Are you from Colorado?               |
| 09:35AM | 25 | A.    No.                                              |



**www.ArkansasRealtimeReporting.com**

FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
FARELLA, ABIGAIL on 04/05/2024

8

| | | |
|---|---|---|
| | 1 | Q. Okay. Where are you from? |
| | 2 | A. Mississippi. |
| | 3 | Q. Okay. How long had you lived in Colorado? |
| | 4 | A. Eight years. |
| 09:35AM | 5 | Q. Okay. One thing I meant to tell you before. If |
| | 6 | I ask you about dates or time spans, I'm not expecting |
| | 7 | a specific date. Time spans are great. |
| | 8 | So the best you can do is great, and I |
| | 9 | do appreciate your answers so far, but just know I |
| 09:36AM | 10 | don't -- I'm not going to ever come back and go, "A |
| | 11 | ha, it was actually seven years, nine months, and 14 |
| | 12 | days." I promise I'm not going to do anything like |
| | 13 | that, okay? |
| | 14 | A. All right. |
| 09:36AM | 15 | Q. All right. Before Colorado, where did you live? |
| | 16 | A. Mississippi. |
| | 17 | Q. Mississippi? Okay. Have you ever resided in |
| | 18 | Arkansas? |
| | 19 | A. No. |
| 09:36AM | 20 | Q. All right. Am I correct that you were arrested |
| | 21 | in Arkansas in May of '22? |
| | 22 | A. Yes. |
| | 23 | Q. All right. Do you recall what you were doing in |
| | 24 | Arkansas? |
| 09:36AM | 25 | A. Yes. |



ARKANSAS
REALTIME REPORTING

www.ArkansasRealtimeReporting.com

| | | |
|---|---|---|
| | 1 | Q.    Okay.  What were you doing? |
| | 2 | A.    My sister was here for spinal surgery. |
| | 3 | Q.    Okay.  Does your sister reside in Arkansas? |
| | 4 | A.    No.  She came out here to see a specialist, from |
| 09:36AM | 5 | Florida. |
| | 6 | Q.    Okay.  Do you have any family members in |
| | 7 | Arkansas? |
| | 8 | A.    Not to my knowledge. |
| | 9 | Q.    Okay.  Before your arrest in Arkansas in May of |
| 09:37AM | 10 | '22, had you ever been arrested before that? |
| | 11 | A.    Yes. |
| | 12 | Q.    Do you remember -- do you remember how many |
| | 13 | times? |
| | 14 | A.    Like, five. |
| 09:37AM | 15 | Q.    Five?  Okay.  And I think I already know the |
| | 16 | answer.  Had you ever been arrested in Arkansas before |
| | 17 | May of '22? |
| | 18 | A.    No, ma'am. |
| | 19 | Q.    Okay.  Had you been arrested in Missouri before |
| 09:37AM | 20 | May of '22? |
| | 21 | A.    No. |
| | 22 | Q.    Okay.  What about Colorado? |
| | 23 | A.    Yes. |
| | 24 | Q.    Okay.  Did those happen before you were 18 or |
| 09:37AM | 25 | after you turned 18? |



FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
FARELLA, ABIGAIL on 04/05/2024

**10**

| | |
|---|---|
| 1 | A.    The ones in Colorado, before, and right as I |
| 2 | turned 19. |
| 3 | Q.    Okay.  I don't want to know anything about what |
| 4 | happened before you turned 18. |
| 09:37AM  5 | Do you recall what you were arrested for |
| 6 | just as you turned 19? |
| 7 | A.    Second-degree criminal trespass. |
| 8 | Q.    Okay.  Did you attend high school? |
| 9 | A.    Yes. |
| 09:38AM  10 | Q.    Okay.  Did you graduate? |
| 11 | A.    No. |
| 12 | Q.    Okay.  What was the last year that you |
| 13 | completed? |
| 14 | A.    Eleventh. |
| 09:38AM  15 | Q.    Okay.  And where did you go to high school? |
| 16 | THE STENOGRAPHER:  What high school? |
| 17 | A.    Smoky Hill High School. |
| 18 | Q.    Where is Smoky Hill High School? |
| 19 | A.    Aurora, Colorado. |
| 09:38AM  20 | Q.    Okay.  Have you obtained your GED since leaving |
| 21 | high school? |
| 22 | A.    In the process of it. |
| 23 | Q.    Okay.  Congratulations.  Well, let's go ahead |
| 24 | and let me ask some questions now about the specific |
| 09:38AM  25 | lawsuit that has been filed. |

```
 1            I know there was an original complaint

 2   that was filed and then an amended complaint.  Have

 3   you seen a copy of the amended complaint that was

 4   filed?

 5   A.     Yes.

 6   Q.     Okay.  Do you want to look at a copy just to

 7   make sure, or do you feel certain that --

 8   A.     I'm pretty sure I have.

 9   Q.     Okay.  All right.  That's fine.

10            So let's talk about May of '22.  Can you

11   tell me what led up to your arrest?

12   A.     In terms of what, like?

13   Q.     What were you arrested for?

14   A.     Shoplifting, possession, and paraphernalia.

15   Q.     Okay.  Where were you arrested?

16   A.     Rogers.

17   Q.     Do you recall where in Rogers?

18   A.     Like, right next to Walmart.

19   Q.     Okay.  Right next to Walmart?

20   A.     Yeah.

21   Q.     All right.  And the items that you were accused

22   of shoplifting, had those come from Walmart?

23   A.     (Nods head up and down.)

24   Q.     Let me also ask:  Has this -- has this criminal

25   case, has it been resolved and can I ask that
```

The timestamps in the left margin: 09:39AM (line 5), 09:39AM (line 10), 09:39AM (line 15), 09:39AM (line 20), 09:40AM (line 25).

|  |  |  |
|--|--|--|
|  | 1 | question? |
|  | 2 | MS. LEE:  It's been resolved. |
|  | 3 | MS. CRYER:  Okay.  I don't want to ask |
|  | 4 | any questions that's going to get her in |
| 09:40AM | 5 | trouble legally, so I just wanted to make |
|  | 6 | sure.  Okay.  All right. |
|  | 7 | Q.     Okay.  Do you remember, once you were arrested, |
|  | 8 | were you transported by police somewhere? |
|  | 9 | A.     To the jail. |
| 09:40AM | 10 | Q.     To the jail?  Okay.  Do you recall by any chance |
|  | 11 | who it was that escorted you or who transported you to |
|  | 12 | the jail? |
|  | 13 | A.     A sergeant.  I don't know his name. |
|  | 14 | Q.     That's fine.  Tell me, if you will, what do you |
| 09:40AM | 15 | recall -- what happened once you arrived at the jail? |
|  | 16 | A.     We came through the doors and then they asked a |
|  | 17 | bunch of questions, made you sign a piece of paper, |
|  | 18 | tell you whether or not -- |
|  | 19 | THE STENOGRAPHER:  I'm sorry.  Can you |
| 09:41AM | 20 | repeat? |
|  | 21 | A.     I came through the doors, and then they make |
|  | 22 | you, like, sign papers for, like, if you have a ticket |
|  | 23 | summons or if it's a felony, whether or not you're, |
|  | 24 | like, being booked-in booked-in.  And then I was being |
| 09:41AM | 25 | booked in.  And then they sat me in the chairs, and I |

1  sat in the booking chairs for, like, 10 1/2 hours.

2  Q.    After, after that process, did they do, like,

3  take pictures, the mugshots?

4  A.    No.

09:41AM  5  Q.    Do you recall if they did that?  Okay.

6           Did they have you change out of the

7  clothes that you were wearing when you entered the

8  jail, or did you get to keep your regular clothes on?

9  A.    No, I had to change, but it wasn't for some time

09:41AM  10  after.

11  Q.    Okay.  Do you recall if you changed clothes

12  before your bail hearing or after?

13  A.    Before.

14  Q.    Okay.  Do you remember what day of the week it

09:42AM  15  was that you were arrested?

16  A.    I'm sure it was the weekend.

17  Q.    Okay.  And do you remember what day of the week

18  that you had your bail hearing?

19  A.    My bail hearing was three days later.

09:42AM  20  Q.    Three days later?  Okay.

21           Where were you during the three days

22  between the day that you're arrested and the day that

23  you have your bail hearing?

24  A.    In a holding pod.

09:42AM  25  Q.    Okay.  Do you remember if the holding pod had a



FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
FARELLA, ABIGAIL on 04/05/2024

**14**

```
 1   name or a number, or was it just the holding pod?

 2   A.      Yeah, it has a name or a number.  The number

 3   goes from the booking to, like, the pod that you sleep

 4   in.

 5   Q.      Okay.  Were you housed with other females?

 6   A.      Yes.

 7   Q.      Okay.  Do you by any chance recall how many

 8   other females were in there with you?

 9   A.      There were six of us.

10   Q.      Six of you?  Did you know any of the other

11   people that were in there?

12   A.      No.

13   Q.      No?  Okay.  When they did have you change out of

14   your clothes, do you remember what clothes they had

15   you change into?

16   A.      Pretty sure they were, like, orange, oranges.

17   Q.      Oranges?  Okay.  Were they, like, solid orange

18   or stripes?

19   A.      No, I had solid orange here.

20   Q.      Solid orange?  Okay.  The area that you slept

21   in, were those, like, individual cells?

22   A.      No.

23   Q.      Okay.  Can you describe that area for me?

24   A.      It was one cell with -- so it's three of us on

25   floors and three of us in beds.
```

09:42AM (line 5)
09:43AM (line 10)
09:43AM (line 15)
09:43AM (line 20)
09:44AM (line 25)



1    Q.    Okay.  Did you get floor or bed?

2    A.    Floor -- well, both, but your bed in a boat.

3    Q.    Okay.  You put your bed in a boat?

4    A.    Yeah.  It's a bevel like a mat, just a layout

09:44AM   5    thing.

6    Q.    Okay.

7    A.    It rolls out, and you stick it inside of a

8    plastic thing and you lay in it.

9    Q.    Okay.  Do you recall if there were -- was a

09:44AM   10   telephone or telephones in the area where you slept?

11   A.    Not in the cell itself.  In the dayroom.

12   Q.    Okay.  All right.  Do you remember how many

13   phones there were in the dayroom?

14   A.    One.

09:44AM   15   Q.    Okay.  Did you ever use that phone?

16   A.    No.

17   Q.    All right.  When you were brought in for

18   booking, did they allow you to use the phone?

19   A.    No.

09:45AM   20   Q.    Okay.  Did you ask to use the phone?

21   A.    Yes.

22   Q.    Okay.  Do you remember who you asked?

23   A.    No.

24   Q.    Okay.  So let's talk about the day that you went

09:45AM   25   for your bail hearing.



FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
FARELLA, ABIGAIL on 04/05/2024

16

```
 1              Do you recall if the judge presiding
 2   over the bail hearing was there in person, or was the
 3   judge appearing over a monitor?
 4   A.     In person.
 5   Q.     In person?  Okay.  Do you remember who that
 6   judge was?
 7   A.     Yes.
 8   Q.     Okay.  Who was that?
 9   A.     Judge Karren.
10   Q.     I'm sorry?
11   A.     Judge Karren.
12   Q.     Judge Karren?  Okay.  Okay.  Do you recall
13   appearing in front of Judge Anglin?
14   A.     I might have my names mixed up, so I'm going to
15   say yes.
16   Q.     That's okay.  It's not meant to be a trick
17   question.
18              Do you recognize Judge Anglin sitting at
19   this table?
20   A.     To be honest, I don't remember that.  I don't
21   even remember what the people looked like that were
22   completely around me --
23   Q.     That's fine.
24   A.     -- that day.
25   Q.     That's fine.  How far -- and I'm not asking you
```

09:45AM (line 5)
09:45AM (line 10)
09:46AM (line 15)
09:46AM (line 20)
09:46AM (line 25)

FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
FARELLA, ABIGAIL on 04/05/2024

**17**

```
 1   specific measurements or anything.  How far was the

 2   walk from the holding area or the pod where you were

 3   housed to the courtroom?

 4   A.    Not very far at all.

09:46AM  5   Q.    Okay.  Did you have to go outside of the

 6   building in order to go to the courtroom, or was it

 7   all kind of just connected?

 8   A.    No, it -- before they take you to, like, general

 9   population for females, it's all connected up front,

09:47AM 10   in the front part of the jail.

11   Q.    Okay.  Do you recall specifically going to the

12   walk from the holding area to the courtroom?

13   A.    Yeah.  It's not, like, where the courtroom is.

14   It's kind of like a little room.

09:47AM 15   Q.    Okay.  Is it a room like the size of the

16   conference room that we're in, smaller, bigger?

17   A.    Smaller.

18   Q.    Okay.  Do you remember, were you in handcuffs

19   walking from the holding area to the courtroom?

09:47AM 20   A.    Yeah.

21   Q.    Okay.  Do you remember, were you handcuffed in

22   front, or were you handcuffed in back?

23   A.    Front.

24   Q.    Were you handcuffed to anyone else, or were you

09:47AM 25   handcuffed by yourself?
```



1   A.      (Unintelligible.)

2                   THE STENOGRAPHER:  Can you repeat that?

3   A.      I don't think I was handcuffed to anybody else.

4   Q.      Were the other individuals who were also going

09:48AM   5   to their bail hearings, were they in handcuffs?

6   A.      No.

7   Q.      Okay.  Do you know why you were in handcuffs?

8   A.      Probably because I caught attitude.

9   Q.      Okay.  Do you remember copping an attitude?

09:48AM   10   A.      Yeah.

11   Q.      Who did you cop an attitude with?

12   A.      One of the booking officers.

13   Q.      Okay.  So let's talk about once you get into the

14   courtroom.  Tell me what you remember about that.

09:48AM   15   A.      In reading my charges.

16   Q.      Okay.

17   A.      Asking me if I had employment or not.

18   Q.      Okay.  And did you at the time?

19   A.      Yes.

09:49AM   20   Q.      Okay.

21   A.      Setting my bond amount.

22   Q.      Okay.

23   A.      And giving me a court date.

24   Q.      Okay.  Do you remember whether or not he read

09:49AM   25   you your rights?

FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
FARELLA, ABIGAIL on 04/05/2024

**19**

```
 1    A.    No.

 2    Q.    No, he didn't, or, no, you don't remember?

 3    A.    No, I don't remember.

 4    Q.    Okay.  Did he ask you any other questions that

 5    you remember?

 6    A.    No.

 7    Q.    Okay.  Did he ask for a statement from you?

 8    A.    No.

 9    Q.    Okay.  Was the arresting police officer present?

10    A.    No.  But there was officers present.

11    Q.    Okay.  Were they police officers, or were they

12    the jail --

13    A.    The jailers.

14    Q.    Okay.  Do you recall what he set your bail at?

15    A.    I think it was 15,000.

16    Q.    15,000?  Okay.  And you kind of made a face.  Do

17    you --

18    A.    I want to say 15,000.

19    Q.    Okay.  And if it's a different amount and it's

20    documented somewhere, we're happy to go with that.

21    Just trying to remember what -- see what you remember

22    about that.

23                 Did -- were you appointed a public

24    defender at that -- at your bail hearing?

25    A.    No.
```

09:49AM  5
09:49AM  10
09:50AM  15
09:50AM  20
09:50AM  25



20

| | | |
|---|---|---|
| | 1 | Q.    Okay.  Did you have an attorney that was -- did |
| | 2 | you have a private attorney? |
| | 3 | A.    No. |
| | 4 | Q.    Okay.  And to make sure, you don't recall Judge |
| 09:50AM | 5 | Anglin asking if -- appointing a private -- I mean, |
| | 6 | appointing a public defender to you? |
| | 7 | A.    No. |
| | 8 | Q.    Okay.  Did he say anything to you, that you |
| | 9 | recall, about an attorney? |
| 09:51AM | 10 | A.    No. |
| | 11 | Q.    Okay.  Do you know why he asked you if you were |
| | 12 | working? |
| | 13 | A.    To decide whether or not I was indigent. |
| | 14 | Q.    Okay.  Did he -- do you recall him making any |
| 09:51AM | 15 | determination whether you were indigent? |
| | 16 | A.    I want to say yes. |
| | 17 | Q.    Okay.  And that's kind of a weird question. |
| | 18 | Do you remember, did he -- did he find |
| | 19 | that you were indigent? |
| 09:51AM | 20 | A.    Yes. |
| | 21 | Q.    Yes?  Okay.  Where did you go after the bail |
| | 22 | hearing? |
| | 23 | A.    Back to the holding pod. |
| | 24 | Q.    Okay. |
| 09:52AM | 25 | A.    For, I think it was, like, another day, give or |



1    take.

2    Q.    Okay.  What happened after that day that you

3    were in the holding pod?

4    A.    They put you in classifications and then you go

09:52AM  5    back to the females' part of the jail there.

6    Q.    Okay.  I'm going to ask you a couple of

7    questions about your attorney.  I do not want to know

8    anything about what you and your attorney have talked

9    about.  I don't want to know anything that he has said

09:52AM  10    to you, and I don't want to know anything that you

11    have said to him, okay?

12                Let me ask:  How did you first come into

13    contact with Mr. Norwood?

14    A.    To be honest, I don't remember.

09:53AM  15    Q.    Okay.  Do you -- let me ask this way:  Do you

16    recall seeing his name on a list somewhere and

17    telephoning him, calling him?

18    A.    I don't remember.

19    Q.    Okay.  Did you ever meet with a public defender?

09:53AM  20    A.    No.

21    Q.    Okay.  Did you meet with -- again, don't -- I

22    don't want to know what anything was talked about.

23                Did you meet with Mr. Norwood or anyone

24    from his law firm before you were released?

09:53AM  25    A.    Yes.



1    Q.    Okay.  Did you ask to be a plaintiff in this
2    lawsuit?
3    A.    I don't think I understand that question.
4    Q.    Sure.
09:54AM    5    A.    Sorry.  My voice.
6    Q.    Did you ask -- that's fine.  Did you ask to file
7    a lawsuit against Judge Anglin and others?
8    A.    I still don't understand it.  I'm sorry.
9    Q.    Okay.  It's fine.
09:54AM    10        Do you know, why are you suing Judge
11    Anglin?
12    A.    Okay.  Now I understand what you're saying.
13    Q.    Okay.
14    A.    Yes and no.  Yes.
09:55AM    15    Q.    Okay.  Why are you suing Judge Anglin?
16    A.    For not having legal -- legal for indigent.
17    Q.    Okay.  What do you think would have been
18    different in your situation had you -- if you had had
19    an attorney present with you at your bail hearing?
09:55AM    20    A.    I probably would have been able to understand
21    the situation a lot better, probably would have been
22    able to get out faster, and probably wouldn't have
23    lost my job, my house, and my car.
24    Q.    Okay.  How long after Mr. Norwood and his firm
09:55AM    25    started representing you were you released?

FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
FARELLA, ABIGAIL on 04/05/2024                                    23

```
        1   A.    I was in there for 30-something days.  So the
        2   day I had court.
        3   Q.    Okay.
        4   A.    Which is, from my knowledge, normal in Benton
09:56AM 5   County.
        6   Q.    Okay.  Do you remember how long you had
        7   Mr. Norwood or his firm as an attorney until you had
        8   the hearing where you were released?
        9   A.    The whole time.
09:56AM 10  Q.    The whole time?  Okay.
        11  A.    Right around the whole time.
        12  Q.    Okay.
        13              THE STENOGRAPHER:  Can you repeat that.
        14  A.    Right around the whole time.
09:56AM 15              MS. CRYER:  If we can, let's take a
        16          break for just a minute.
        17              (Recess from 9:56 a.m. to 10:00 a.m.)
        18              (Exhibit 1 marked for identification.)
        19  Q.    Okay.  I'm going to show your attorneys what
10:00AM 20  we're going to mark as Exhibit Number 1.  Okay.
        21              Ms. Farella, I'm going to ask you if you
        22  will look at what we have marked as Exhibit Number 1
        23  to your deposition, and I believe this is the
        24  affidavit of probable cause along with a statement
10:01AM 25  from the arresting officer.
```



1    And let me ask:  Before today, have you

2   ever seen that document?

3   A.    Yeah.

4   Q.    Yes?  Okay.  If you want to take a minute and to

10:01AM  5   kind of just look through, I think there are four or

6   five pages.  Would you look through that and let me

7   know if there's anything in there that you disagreed

8   with?

9   A.    In terms of what?

10:01AM 10   Q.    In terms of the facts regarding the arrest.

11   Actually, it can be on anything.

12   A.    There wasn't just three people in the car.

13   There was four of us.

14   Q.    Okay.

10:02AM 15   A.    Two of which were my siblings.

16   Q.    Okay.

17   A.    I also stated to him that I have really bad

18   anxiety and I'm on medication for it, hence the

19   shaking and the nervousness.

10:03AM 20   Q.    Okay.

21   A.    And my sister in the back also said something

22   about it.

23    The part where he Mirandized me, that's

24   not how that went.  I explained to him that my sister

10:04AM 25   is not from this state, neither am I, and that she has

1    anxiety.  And in the process of her telling me that,

2    she gets really bad anxiety and has bad attacks really

3    bad.

4         And the fact that I had not even a 9-year-old

10:04AM  5    little brother with me makes it very difficult for her

6    to be in the store, hence me leaving the store with

7    the items that I had because I was worried about my

8    little brother just due to the fact that he's not all

9    here, if that makes sense.

10:04AM  10    Q.    Sure.

11    A.    Not that that's anybody's --

12    Q.    Okay.  So your testimony is that he did not

13    Mirandize you?

14    A.    No, no.  He did.

10:04AM  15    Q.    He did?

16    A.    I didn't say that.  He did definitely Mirandize

17    me.

18    Q.    Okay.

19    A.    But the statement that he says that I made,

10:04AM  20    that's not exactly how that went.

21    Q.    Okay.  Have you had a chance to look over all of

22    it?

23    A.    (Nods head up and down.)

24    Q.    Okay.  Have we talked about everything that you

10:07AM  25    did not agree with or disputed in this affidavit of



1  probable cause?

2  A.    Yeah.

3  Q.    Okay.  All right.  I think that's all the

4  questions that I've got.

10:07AM  5              MR. NORWOOD:  Okay.  You can go back

6          home now.  Thank you.

7              (Proceedings adjourned at 10:07 a.m.)

REPORTER CERTIFICATION

1

2          I, DANA HAYDEN, Certified Court Reporter for

3    the State of Arkansas, do hereby certify to the

4    following:

5          1) that on 04/05/2024, the witness, ABIGAIL

6    FARELLA, was duly sworn by me prior to the taking of

7    testimony as to the truth of the matters attested to

8    and contained therein;

9          2) that the foregoing pages contain and are a

10   true and correct transcription of the proceedings as

11   reported verbatim by me via realtime stenography to

12   the best of my ability and transcribed at or under my

13   direction and supervision, and subject to appropriate

14   changes submitted by witness, if any, during his/her

15   requested reading and signing of this deposition

16   according to the Arkansas Rules of Civil Procedure;

17         3) that I am neither counsel for, related to,

18   nor employed by any of the parties to the action in

19   which this proceeding was taken; and that I am not a

20   relative or employee of any attorney employed by the

21   parties hereto;

22         4) that I am not financially interested or

23   otherwise interested in the outcome of this action

24   that affects or has substantial tendency to affect

25   impartiality or requires me to relinquish control of



1  an original or copies of a deposition transcript

2  before it is certified, or that requires me to provide

3  any service not made available to all parties to the

4  action; and

5      5) that I have no contract with the parties,

6  attorneys, or persons with an interest in the action;

7  and that I am not knowingly identified on a preferred

8  provider list, whether written or oral, for any

9  litigant, insurance company, or third-party

10  administrator involved in this matter;

11      6) that signature of the witness is waived.

12  This transcript is prepared at request of counsel for

13  DEFENDANT DISTRICT JUDGE A.J. ANGLIN, and all fees are

14  billed directly to them in compliance with Arkansas

15  Board of Court Reporter Examiners Regulations Section

16  19.

17      Witness my hand and seal this 22nd of

18  April, 2024.

19

20  DANA HAYDEN
CERTIFIED COURT REPORTER
ARKANSAS SUPREME COURT
21  LS NO. 714
DANA HAYDEN, CCR, RMR, CRR, CRC

22  LS Certificate #714, State of Arkansas
Arkansas Realtime Reporting

23  1130 E Millsap Rd
Fayetteville AR 72703

24  479-301-2040
www.ArkansasRealtimeReporting.com

25



**Exhibits**

**A. Farella Exhibit_001**
3:12 23:18,20,22

**1**

**1** 23:18,20,22
**1/2** 13:1
**10** 13:1
**10:00** 23:17
**14** 8:11
**15,000** 19:15,16,18
**18** 9:24,25 10:4
**19** 10:2,6

**2**

**2021** 7:21
**22** 8:21 9:10,17,20 11:10

**3**

**30-something** 23:1

**9**

**9:56** 23:17

**A**

**a.m.** 23:17
**Abigail** 4:1 6:24 7:13
**absolutely** 7:10
**accused** 11:21
**affecting** 7:10
**affidavit** 23:24
**ahead** 7:11 10:23
**Allergy** 7:9
**amended** 11:2,3
**amount** 18:21 19:19

**Anglin** 4:8 16:13,18
20:5 22:7,11,15
**answers** 8:9
**appearing** 16:3,13
**appointed** 19:23
**appointing** 20:5,6
**area** 14:20,23 15:10
17:2,12,19
**Arkansas** 8:18,21,24
9:3,7,9,16
**arrest** 9:9 11:11
**arrested** 8:20 9:10,16,
19 10:5 11:13,15 12:7
13:15,22
**arresting** 19:9 23:25
**arrived** 12:15
**assistant** 4:7
**assume** 6:2
**attend** 10:8
**attitude** 18:8,9,11
**attorney** 4:7 20:1,2,9
21:7,8 22:19 23:7
**attorneys** 6:13 23:19
**Aurora** 10:19
**awake** 5:14,20

**B**

**back** 8:10 17:22 20:23
21:5
**bail** 13:12,18,19,23
15:25 16:2 18:5 19:14,24
20:21 22:19
**bed** 15:1,2,3
**beds** 14:25
**Benton** 23:4
**bevel** 15:4
**bigger** 17:16
**boat** 15:2,3
**bond** 18:21

**booked** 12:25
**booked-in** 12:24
**booking** 13:1 14:3
15:18 18:12
**break** 6:8,11 23:16
**brought** 15:17
**building** 17:6
**bunch** 12:17

**C**

**caffeine** 5:13
**call** 4:11
**calling** 21:17
**calls** 4:15
**CAMPBELL** 7:6
**car** 22:23
**carries** 5:6
**case** 11:25
**caught** 18:8
**cell** 14:24 15:11
**cells** 14:21
**chairs** 12:25 13:1
**chance** 5:17 12:10 14:7
**change** 13:6,9 14:13,15
**changed** 13:11
**charges** 18:15
**Christine** 4:5
**classifications** 21:4
**clear** 4:22 5:2
**clothes** 13:7,8,11 14:14
**Coke** 5:12
**Colorado** 7:23,24 8:3,
15 9:22 10:1,19
**complaint** 11:1,2,3
**completed** 10:13
**completely** 5:14 16:22
**conference** 17:16

**Congratulations** 10:23
**connected** 17:7,9
**contact** 21:13
**conversation** 4:19
**cop** 18:11
**copping** 18:9
**copy** 11:3,6
**correct** 8:20
**County** 23:5
**couple** 21:6
**court** 4:20 5:9 6:20
18:23 23:2
**courtroom** 17:3,6,12,
13,19 18:14
**criminal** 10:7 11:24
**Cryer** 4:4,6 6:21 7:3
12:3 23:15

**D**

**date** 8:7 18:23
**dates** 8:6
**day** 13:14,17,22 15:24
16:24 20:25 21:2 23:2
**dayroom** 15:11,13
**days** 8:12 13:19,20,21
23:1
**decide** 20:13
**defender** 19:24 20:6
21:19
**deposition** 4:12 23:23
**describe** 14:23
**determination** 20:15
**Diet** 5:12
**documented** 19:20
**doors** 12:16,21
**duly** 4:2

**E**

**E-L-L-A** 7:15



**Eleventh** 10:14

**Ella** 7:13

**employment** 18:17

**entered** 13:7

**escorted** 12:11

**everyday** 4:18

**EXAMINATION** 4:3

**exhibit** 23:18,20,22

**expecting** 8:6

**explain** 6:25

---

**F**

**face** 19:16

**family** 9:6

**Farella** 4:1,5 7:13 23:21

**faster** 22:22

**feel** 11:7

**felony** 12:23

**females** 14:5,8 17:9

**females'** 21:5

**file** 22:6

**filed** 4:9 10:25 11:2,4

**find** 20:18

**fine** 6:13 11:9 12:14
  16:23,25 22:6,9

**firm** 21:24 22:24 23:7

**floor** 15:1,2

**floors** 14:25

**Florida** 9:5

**formulate** 5:21

**front** 16:13 17:9,10,22,
  23

**full** 7:12

---

**G**

**GED** 10:20

**general** 4:7 17:8

**give** 6:2,10 20:25

**giving** 18:23

**good** 4:5 7:1

**graduate** 10:10

**great** 8:7,8

**ground** 4:12

---

**H**

**ha** 8:11

**handcuffed** 17:21,22,
  24,25 18:3

**handcuffs** 17:18 18:5,7

**happen** 9:24

**happened** 10:4 12:15
  21:2

**happy** 19:20

**head** 4:18 11:23

**hear** 5:10 6:21 7:1

**hearing** 13:12,18,19,23
  15:25 16:2 19:24 20:22
  22:19 23:8

**hearings** 18:5

**high** 10:8,15,16,17,18,
  21

**Hill** 10:17,18

**holding** 13:24,25 14:1
  17:2,12,19 20:23 21:3

**honest** 16:20 21:14

**hours** 13:1

**house** 22:23

**housed** 14:5 17:3

**huh-uh** 4:17

---

**I**

**identification** 23:18

**indigent** 20:13,15,19
  22:16

**individual** 14:21

**individuals** 18:4

**information** 6:18

**inside** 15:7

**introduced** 4:6

**items** 11:21

---

**J**

**jail** 12:9,10,12,15 13:8
  17:10 19:12 21:5

**jailers** 19:13

**job** 22:23

**Joplin** 7:17,18,20,22

**judge** 4:8 16:1,3,6,9,11,
  12,13,18 20:4 22:7,10,15

---

**K**

**Karren** 16:9,11,12

**kind** 4:13 17:7,14 19:16
  20:17

**knowledge** 9:8 23:4

---

**L**

**law** 21:24

**lawsuit** 4:8 10:25 22:2,7

**lay** 15:8

**layout** 15:4

**leaving** 10:20

**led** 11:11

**LEE** 12:2

**legal** 22:16

**legally** 12:5

**lips** 6:22

**list** 21:16

**live** 8:15

**lived** 8:3

**long** 5:16 6:7 7:20 8:3
  22:24 23:6

**looked** 16:21

**lost** 22:23

**lot** 4:10 22:21

**louder** 7:4

---

**M**

**made** 12:17 19:16

**make** 4:13,22 5:2,9,18
  11:7 12:5,21 20:4

**making** 20:14

**marathon** 6:6

**March** 7:21

**mark** 23:20

**marked** 23:18,22

**mat** 15:4

**meant** 8:5 16:16

**measurements** 17:1

**meet** 21:19,21,23

**members** 9:6

**middle** 7:14

**mind's** 5:20

**mine** 7:9

**minute** 23:16

**Mississippi** 8:2,16,17

**Missouri** 7:18 9:19

**mixed** 16:14

**monitor** 16:3

**months** 8:11

**morning** 4:5 5:13

**mugshots** 13:3

**Murphy** 4:9

---

**N**

**names** 16:14

**no,'** 5:1

**nodding** 4:18

**nods** 11:23

**normal** 23:4



**Norwood** 6:24 7:4
21:13,23 22:24 23:7

**number** 14:1,2 23:20,22

---

**O**

**obtained** 10:20

**officer** 19:9 23:25

**officers** 18:12 19:10,11

**opposite** 6:1

**orange** 14:16,17,19,20

**oranges** 14:16,17

**order** 17:6

**original** 11:1

---

**P**

**paper** 12:17

**papers** 12:22

**paraphernalia** 11:14

**part** 17:10 21:5

**people** 4:19 14:11 16:21

**person** 7:1 16:2,4,5

**phone** 15:15,18,20

**phones** 15:13

**pictures** 13:3

**piece** 12:17

**plaintiff** 22:1

**plastic** 15:8

**pod** 13:24,25 14:1,3 17:2
20:23 21:3

**police** 12:8 19:9,11

**population** 17:9

**possession** 11:14

**present** 19:9,10 22:19

**presiding** 16:1

**pretty** 11:8 14:16

**private** 20:2,5

**probable** 23:24

**process** 10:22 13:2

**promise** 5:1 8:12

**provide** 6:17

**public** 19:23 20:6 21:19

**put** 15:3 21:4

---

**Q**

**question** 4:15 5:17,22,
23,24 6:2,3,10,11 12:1
16:17 20:17 22:3

**questions** 4:11 5:15,21
10:24 12:4,17 19:4 21:7

---

**R**

**read** 18:24

**reading** 6:22 18:15

**reason** 6:7,16

**recall** 8:23 10:5 11:17
12:10,15 13:5,11 14:7
15:9 16:1,12 17:11 19:14
20:4,9,14 21:16

**recess** 23:17

**recognize** 16:18

**record** 4:22 5:3 7:12

**regular** 13:8

**released** 21:24 22:25
23:8

**remember** 9:12 12:7
13:14,17,25 14:14 15:12,
22 16:5,20,21 17:18,21
18:9,14,24 19:2,3,5,21
20:18 21:14,18 23:6

**repeat** 12:20 18:2 23:13

**reporter** 4:20 5:9 6:20

**representing** 4:8 22:25

**reside** 7:16 9:3

**resided** 7:20 8:17

**residing** 7:22

**resolved** 11:25 12:2

**response** 6:11

**responsive** 6:4

**restroom** 6:12

**rights** 18:25

**Rogers** 11:16,17

**rolls** 15:7

**room** 17:14,15,16

**rude** 5:1,8

**rules** 4:12

---

**S**

**sat** 12:25 13:1

**school** 10:8,15,16,17,
18,21

**season** 7:9

**Second-degree** 10:7

**senior** 4:7

**sense** 5:18

**sergeant** 12:13

**set** 19:14

**Setting** 18:21

**shaking** 4:17

**shoplifting** 11:14,22

**show** 23:19

**side** 6:1

**sign** 12:17,22

**sister** 9:2,3

**sit** 6:16

**sitting** 4:19 16:18

**situation** 22:18,21

**size** 17:15

**sleep** 14:3

**slept** 14:20 15:10

**smaller** 17:16,17

**Smoky** 10:17,18

**soft-spoken** 5:5

**solid** 14:17,19,20

**spans** 8:6,7

**speak** 5:6,8 6:24

**specialist** 9:4

**specific** 8:7 10:24 17:1

**specifically** 17:11

**spell** 7:14

**spinal** 9:2

**start** 4:10

**started** 22:25

**state** 7:12

**statement** 19:7 23:24

**STENOGRAPHER**
6:22 10:16 12:19 18:2
23:13

**stick** 15:7

**stripes** 14:18

**stuff** 7:10

**suing** 22:10,15

**summons** 12:23

**surgery** 9:2

**sworn** 4:2

---

**T**

**table** 16:19

**taking** 4:12

**talk** 6:12 7:4 11:10 15:24
18:13

**talked** 21:8,22

**telephone** 15:10

**telephones** 15:10

**telephoning** 21:17

**terms** 11:12

**testified** 4:2

**thing** 6:9 8:5 15:5,8

**ticket** 12:22

**time** 6:8 8:6,7 13:9 18:18
23:9,10,11,14

**times** 9:13

**today** 5:15 6:16



FARELLA, ET AL vs DISTRICT JUDGE A.J. ANGLIN, ET AL
FARELLA, ABIGAIL on 04/05/2024

Index: transported..young

transported 12:8,11

trespass 10:7

trick 5:19 16:16

trouble 12:5

truthful 6:17

turned 9:25 10:2,4,6

─────────────

U

uh-huh 4:17

understand 5:22,24
22:3,8,12,20

understood 6:3

Unintelligible 18:1

─────────────

V

voice 5:5 7:5 22:5

─────────────

W

walk 17:2,12

walking 17:19

Walmart 11:18,19,22

wanted 12:5

wanting 5:21

water 7:6

wearing 13:7

week 13:14,17

weekend 13:16

weird 20:17

wonderful 7:9

working 20:12

─────────────

Y

year 10:12

years 8:4,11

yell 5:7

young 6:25



IN THE BENTON COUNTY CIRCUIT COURT

STATE OF ARKANSAS                                                PLAINTIFF

VS:

ABIGAIL ELLA FARELLA                                            DEFENDANT
W/F; DOB: 03/16/2000
MODL.
04CR-22-1028-2

### AFFIDAVIT OF PROBABLE CAUSE

Comes now, Detective Corporal Kevin Albert of the Bentonville Police Department, Criminal Investigation Division, and under oath doth state:

After an extensive investigation, the defendant, Abigail Ella Farella, was arrested on, May 20th, 2022, for Possession of a Schedule I/II Controlled Substance §5-64-419, a Class D Felony, Possession of Drug Paraphernalia §5-64-443, a Class A Misdemeanor, and Theft of Property-Shoplifting §5-36-103, a Class A Misdemeanor. The facts of this investigation are set out in an arrest report completed by Corporal Henry Brockmeyer:

**See Attached Report**

**A search of Farella's criminal history revealed the following:** 08/2018 Trespassing (No Dispo, Aurora, CO), 02/2019 Theft-Misd (Guilty), 12/2019 Vehicle Theft-Felony (No Dispo, Denver, CO), 05/2020 Petty Theft (Guilty), 05/2020 Obstruct Police (Guilty), 08/2020 Obstruct Police (Guilty), 11/2020 Smuggle Contraband into Prison (Guilty), 07/2021 Contempt of Court (No Dispo, Douglas County, CO), and 08/2021 Shoplifting (No Dispo, Lafayette, CO).

Based upon the nature of the crime, the likelihood of conviction, the possible severity of penalty that could be imposed, the State joins me in requesting that a bond of $2,500, be set on the defendant, Abigail Ella Farella.

Detective Corporal Kevin Albert
Bentonville Police Department

EXHIBIT # 1
WIT: A. Farella
DATE: 4 5 2024
DANA HAYDEN

STATE OF ARKANSAS
COUNTY OF BENTON

Subscribed and sworn to before me this 20th day of May, 2022.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: July 8, 2031

KIERSTEN HAYES
MY COMMISSION # 12715307
EXPIRES: July 8, 2031
Benton County

APPROVED: Zach Morton
DEPUTY PROSECUTING ATTORNEY
Incident #2022-16832

2022-16832                          Arrest Narrative                    Cpl. H. Brockmeyer

SOURCE OF ACTIVITY

On May 20, 2022, at 0911 hours, I was dispatched to a shoplifting that had just occurred at Walmart Supercenter (406 S. Walton). According to the Asset Protection associate Christy Brafford, the female suspect had run from her and got into a red Mustang convertible and left. She went on to say there was a male with the female who she suspects of shoplifting as well. She told dispatch the vehicle left the main entrance and turned south onto Walton.

OBSERVATION

I had arrived on scene as the car was leaving. I was able to catch up to the Mustang baring Missouri vehicle license XG5M7N, as it was stopped on S. Walton and SW 8th. I observed three occupants in the vehicle two of which I knew to be females, however I could not tell who was in the front passenger seat. I activated my emergency and initiated a traffic stop on the vehicle.

I contacted the occupants of the vehicle and after I identified myself and agency, I advised them that I was stopping them because they were alleged to have been caught shoplifting at Walmart Supercenter. The female driver, later identified as Abigail Farella, was shaking, and appeared extremely nervous. She said she had a receipt and that she paid for everything.

While I was speaking to the occupants in the vehicle, Sgt Nick Brown was at Walmart reviewing video of the theft. He sent me a photograph of the male and female suspects as they entered the store. They matched the description of Abigail and the juvenile male, later identified as _____ who was seated in the front passenger seat.

Sgt Brown spoke with Christy at Wal-Mart. She advised she first observed _____, walking around the store and appeared to be messing with his pants and also avoiding her. She stated she followed him around where he met up with Abigail. Christy stated she later observed Abigail concealing items in her purse and watched her go past all points of sale where she approached her. Christy stated Abigail was very aggressive towards her and started cussing at her, ultimately leaving with none of the merchandise being returned (see written statement for full statement).

I mirandized Abigail and she agreed to provide a statement without an attorney. She said her sister, Melanie Farella, the backseat passenger, had texted her while she was in the store, so she ran out to the vehicle with 1 item in her hand because she wanted to get to her sister to calm her down because she has bad anxiety. Abigail said she was going to turn around, go back to Walmart and pay for the items.

Abigail asked if she could get the stolen items she was refereeing to. Abigail had in her possession, a Hart Automotive Hand vacuum (Valued $39.88), Oral B Water Flosser (valued $99.97), a Hart 20V Battery and charger (Valued at $69.00) and a Cobra Dash Cam (valued at $179.00). As she was recovering the items, I observed a blue and white object between the passenger seat and center console, where _____ was seated. The object looked like a plastic pistol of some sort. Cpl. Nunez located a plastic piece in _____'s pants pocket that went to the item, which was later identified as GelBee Stinger, airsoft pistol (Valued at $38.74) Sgt Brown observed _____ in the video carrying the pistol in his hands along with a bag of Gel BB's (valued at $9.97) for the pistol. He said _____ walked down the aisle next to where he selected

2022-16832                         Arrest Narrative                    Cpl. H. Brockmeyer

the item and when he came out of the isle, he was no longer carrying the items. Sgt Brown went to the isle and located the empty package for the pistol but did not locate the package of BB's. Cpl. Nunez located the bag of unopened bag of BB's in a blue bag in the front passenger floorboard. Also in the bag were 2 syringes with meth residue in them (field tested positive for methamphetamine).

Cpl. Nunez searched the vehicle for more evidence. During the search, he located a glass pipe in the glovebox of the vehicle. In a trunk of the vehicle, was a black backpack that contained men's clothing, deodorant, and belt. Cpl. Nunez also located a small baggie of methamphetamine (1.5 grams) and two clear piastic baggies, two broken glass pipes and a white plastic straw in backpack. All paraphernalia contained suspected methamphetamine residue. Cpl. Nunez field tested the baggie of meth and one of the broken glass pipes. The tested positive for methamphetamine. A red plastic straw was located under the floor mat in the back left passenger floorboard. _____ has history of meth possession in Kansas and Abigail admitted to meth use to Ofc. David Leehans. Abigail denied any of the paraphernalia or methamphetamine being hers. She stated her car was recently stolen and it must have been left in there from the suspects. We did not ask _____' any questions about the theft or narcotics as he was a juvenile and did not have a parent present.

ARREST

Abigail and _____ were arrested for Possession of a Controlled Substance (meth), Possession of Drug Paraphernalia (misdemeanor) and Shoplifting. Abigail was transported to the Benton County Jail where she was processed and held for a bond hearing.

Sgt Brown contacted _____ s mother, Evelyn Mosher via telephone. She lived in Pittsburg Kansas and had no means of transportation to come and get _____

I contacted Kim, a Benton County Juvenile intake officer to report _____'s arrest and the fact that his mother could not come and get him at this time. Kim advised to take _____ to Benton County's Juvenile Detention Center.

BOOKING

Both Abigail and _____ current information was obtained and added to this case.

EVIDENCE

The narcotics and paraphernalia were seized and logged into evidence by Cpl. Nunez. The narcotics, 2 syringes, clear glass pipe were sent to the Arkansas Crime Laboratory for a drug analysis.

Abigail's vehicle was released to her Melanie, her sister who was not charged in this case.

ADDITIONAL INROMATION

All stolen items were returned to Walmart and Christy provided me with a statement of what she observed. She is working on getting the video evidence prepared for this case. It will be booked into evidence upon receiving it.

2022-16832                          Arrest Narrative                    Cpl. H. Brockmeyer

Dash/Body Cam: Yes

Cpl. Hank Brockmeyer #970