IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ABIGAIL FARELLA; LOGAN W. MURPHY;
and All Others Similarly Situated                                             PLAINTIFFS

V.                              CASE NO. 5:22-CV-5121

DISTRICT JUDGE A.J. ANGLIN;
GREGG PARRISH; and JAY SAXTON                                                DEFENDANTS

### JUDGMENT

**IT IS HEREBY ORDERED AND ADJUGED** that for the reasons stated in the Court's Memorandum Opinion and Order filed this day, Plaintiffs' Motion for Summary Judgment (Doc. 96) is **GRANTED** and Defendant Anglin's Motion for Summary Judgment (Doc. 99) is **DENIED**.

**IT IS FURTHER ORDERED, ADJUGED, AND DECLARED** that the certified class of Plaintiffs have a Sixth Amendment right to counsel at Judge Anglin's bail determinations, and that Plaintiffs right to counsel was violated by Defendants when none was appointed at their Rule 8.1 Hearings before bail was set.

**IT IS THEREFORE FURTHER ORDERED, ADJUGED, AND DECREED** that Defendants and their respective officers, agents, and attorneys are immediately **ENJOINED**: They must ensure that indigent defendants are represented by appointed counsel at Judge Anglin's Rule 8.1 Hearings when he determines bail.

**IT IS SO ORDERED AND ADJUDGED** on this 21st day of August, 2024.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE