## United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 20, 2024

Dylan L. Jacobs
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

      RE:  24-2914  Abigail Farella, et al v. District Judge A.J. Anglin

Dear Counsel:

      The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

       Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

       If you have any questions about the schedule or procedures for the case, please contact our office.

                                               Maureen W. Gornik
                                               Acting Clerk of Court

AEV

Enclosure(s)

cc:     Justin Brascher
        Clerk, U.S. District Court, Western Arkansas
        Christine Ann Cryer
        Jo Alison Lee
        Norman Douglas Norwood
        John Otho Payne

        District Court/Agency Case Number(s):   5:22-cv-05121-TLB

**Caption For Case Number:   24-2914**

Abigail Farella, All Others Similarly Situated; Logan W. Murphy, All Others Similarly Situated

>Plaintiffs - Appellees

v.

Benton County District Court, Div. 4

>Defendant

District Judge A. J. Anglin

>Defendant - Appellant

Gregg E. Parrish; Jay Saxton, Chief Benton County Public Defender

>Defendants

**Addresses For Case Participants:   24-2914**

Dylan L. Jacobs
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Justin Brascher
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Clerk, U.S. District Court, Western Arkansas
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR  72701-5354

Christine Ann Cryer
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Jo Alison Lee
NORWOOD & NORWOOD
P.O. Box 1960
Rogers, AR  72757

Norman Douglas Norwood
NORWOOD & NORWOOD
P.O. Box 1960
Rogers, AR  72757

John Otho Payne
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000